IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 19 A 9: 41

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CASE NO: 2:05-cv-00783-SRW |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) From Circuit Court of Crenshaw County |
| COMPANY OF PITTSBURGH, INC., | ) Case No: CV05-69 |
| ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, the Undersigned counsel and gives notice of her change of address as follows:

> Michelle L. Crunk
> Ferguson, Frost & Dodson, L.L.P.
> 2500 Acton Road, Suite 200
> P. O. Box 430189
> Birmingham, Alabama 35243-0189

The Undersigned respectfully requests this Court to direct the clerk to forward all future notices and court orders to the above address.

Respectfully submitted,

_Michelle L. Crunk_
Michelle L. Crunk (CRU 017)
Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.

OF COUNSEL:

FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

This is to certify that on this the 17th day of August, 2005 a copy of the foregoing document has been served upon counsel for all parties to this proceeding via United States Mail:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971

*/s/ Michelle Blik*
OF COUNSEL