**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 24, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Ollie Godwin v. Palomar Insurance Corporation, et al.**
**Case Number: 2:05cv783-A**

**Pleading : #4 - Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 8/24/2005 without Exhibit A attached.**

**The pdf document for Exhibit A is attached to this notice.**