IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PALOMAR INSURANCE )<br>CORPORATION, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:05CV783-W |

**ORDER**

For good cause, it is

ORDERED that defendants may respond to plaintiff's motion to remand (Doc. # 9) on or before September 23, 2005.

Done, this 13th day of September, 2005.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE