IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG 29  ᴾ: 00
DEBRA P. [illegible]
U.S. D[illegible]
MIDDL[illegible]

Ollie Godwin,                    )
          Plaintiff(s),          )
                                 )
v.                               )   CIVIL ACTION NO. 2:05CV783-W
                                 )
Palamar Ins. Corp., et al.       )
                                 )
          Defendant(s).          )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8-26-05
Date

Arlene M. Richardson
Signature

Ollie Godwin
Counsel For (**print** name of all parties)

P.O. Box 971, Hayneville, AL 36040
Address, City, State Zip Code

334-548-5660
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**