IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 14 A 9: 42

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Court of Crenshaw County |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES DISTRICT JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

September 12, 2005
Date

*Michelle L. Crunk*
John W. Dodson (DOD 012)
Michelle L. Crunk (CRU 017)
Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.

OF COUNSEL:

FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722