IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Court of Crenshaw County |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to FED. R. CIV. P. 26(f), a meeting was held on October 11, 19 and 21, 2005 via conference call and e-mail and was attended by:

    **Arlene M. Richardson** for plaintiff

    **Michelle L. Crunk** for defendants **AIG d/b/a National Union Fire Insurance Company of Pittsburgh, PA, Palomar Insurance Corporation, and Godwin Material Services, Inc.**

2.  **Pre-Discovery Disclosures.** The parties will exchange by **November 10, 2005** the information required by FED. R. CIV. P. 26(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    (A) Discovery will be needed on the following subjects: all of the plaintiff's allegations and all of the defendants' defenses.

    (B) All discovery commenced in time to be completed by **September 4, 2006.**

    (C)    Maximum of **40** interrogatories by each party to any other party. Responses due **30** days after service.

    (D)    Maximum of **40** requests for production by each party to any other party. Responses due **30** days after service.

    (E)    Maximum of **10** requests for admission by each party to any other party. Responses due **30** days after service.

    (F)    Maximum of **8** depositions by plaintiff(s) and **8** by defendant(s).

    (G)    Each deposition is limited to maximum of **8** hours unless extended by agreement of parties.

    (H)    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff(s) by **May 8, 2006**

        from defendant(s) by **July 3, 2006.**

    (H)    Supplementations under Rule 26(e) are due **14 days after being obtained by any party and no later than 30 days prior to trial**.

4.    **Other Items.**

    (A)    The parties **do not** request a conference with the court before entry of the scheduling order.

    (B)    The parties request a pretrial conference in **November 2006**.

    (C)    Plaintiff(s) should be allowed until **November 21, 2005** to join additional parties and to amend the pleadings.

    (D)    Defendant(s) should be allowed until **November 28, 2005** to join additional parties and to amend the pleadings.

(E) All potentially dispositive motions should be filed by **August 7, 2006.**

(F) Settlement cannot be evaluated prior to **substantial completion of discovery**.

(G) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

  from plaintiff(s) by **October 23, 2006**

  from defendant(s) by **October 23, 2006.**

(H) Parties should have **10** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(I) The case should be ready for trial by **December 4, 2006** and at this time is expected to take approximately **5** days.

Dated this 21st day of October, 2005.

Respectfully submitted,

/s/ Michelle L. Crunk
John W. Dodson (DOD012)
Michelle L. Crunk (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.*

/s/ Arlene M. Richardson (with permission)
Arlene M. Richardson (RIC045)
*Attorney for Ollie Godwin*

OF COUNSEL:
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

OF COUNSEL:
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971