IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cv-00783-SRW |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | From Circuit Ct. of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., | ) | Case No: CV05-69 |
| ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE DEADLINES IN
UNIFORM SCHEDULING ORDER OF DECEMBER 16, 2005**

COME NOW, the Plaintiff and Defendant and move this Court to extend the deadlines as set forth in the Court's Uniform Scheduling Order of December 16, 2005 and as grounds therefore states as follows:

1.  The parties had previously been engaged in settlement negotiations in which the Plaintiff had agreed to withdraw some of the claims alleged in the Complaint.

2.  In reliance on such withdrawal, the parties allowed the expert disclosure deadlines of May 8 and July 3, 2006 to lapse, there being no need to employ experts in the case.

1

3. Since the Plaintiff has now withdrawn his agreement to dismiss some of the claims as set forth in his Complaint, experts are now needed and additional time is needed to prepare this matter for trial, as well.

4. Both parties agree to an extension of the deadlines set forth in the Uniform Scheduling Order of December 16, 2005.

5. Both parties will be prejudiced without such extensions.

6. This is the first request for a continuance by either party.

7. The parties request only a 60-day continuance of each deadline as set forth in the Uniform Scheduling Order of December 16, 2005 and summarized as follows:

> Section 1  pretrial hearing – January 2, 2007
>
>       trial during term of court commencing – February 26, 2007
>
> Section 2  dispositive motion deadline – October 6, 2006
>
> Section 3  face-to-face settlement conference – October 27, 2006
>
> Section 7  discovery deadline – November 3, 2006
>
> Section 8  defendant's expert disclosure deadline – September 1, 2006
>
> Section 9  witness list exchange – December 12, 2006
>
> Section 10 document identification – January 19, 2007
>
> Section 11 exhibit exchange – January 19, 2007
>
>       objection deadline – January 26, 2007.

WHEREFORE, premises considered, the Plaintiff and Defendant respectfully request that this Court modify its Uniform Scheduling Order of December 16, 2005 to reflect a 60-day extension for each deadline as set forth therein.

| | |
|---|---|
| ___/s/ Arlene M. Richardson_____ | ___/s/ Michelle L. Crunk_____ |
| Arlene M. Richardson | John W. Dodson |
| Richardson Legal Center, LLC | Michelle L. Crunk |
| Post Office Box 971 | Ferguson, Frost & Dodson, LLP |
| Hayneville, Alabama 36040 | 2500 Acton Road, Suite 200 |
| *Attorney for Plaintiff* | Birmingham, Alabama 35243 |
| | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

This is to certify that on this the ___14th_____ day of _____July_____, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama  36040-0971


____/s/ Michelle L. Crunk_____
OF COUNSEL

133451