IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv783-SRW |
| | ) |
| NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF | ) |
| PITTSBURGH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the parties joint motion to continue deadlines (Doc. # 19), filed July 14, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All deadlines requested in the motion shall be in effect upon entry of this order. The pretrial conference is scheduled for January 2, 2007 at 4:15 p.m. This cause is set for trial during the term of court commencing on February 26, 2007 in Montgomery, Alabama.

Done, this 18th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE