# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **OLLIE GODWIN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:  2:05-cv-00783-SRW** |
| | ) | |
| **NATIONAL UNION FIRE INSURANCE** | ) | **From Circuit Court of Crenshaw Co.** |
| **COMPANY OF PITTSBURGH, INC.,** | ) | **Case No:  CV05-69** |
| **ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

### DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S SUPPLEMENTAL REQUEST FOR PRODUCTION RESPONSE AND RULE 26 DISCLOSURE OF EXPERT TESTIMONY

COMES NOW the defendant, National Union Fire Insurance Company of Pittsburgh, Pa. (hereinafter "NUFIC"), and provides the following information in accordance with Federal Rule of Civil Procedure 26(a)(2) and supplements its prior discovery as follows:

4.      Please produce the name, address, and phone number of any expert witness retained by you in the defense of this case.

**RESPONSE: NUFIC supplements its request for production response in accordance with the Federal Rules of Civil Procedure and identifies the following individual as a person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:**

> **Daniel W. Michael, M.D.:  Dr. Michael will testify regarding Mr. Godwin's knee injury and avascular necrosis.  His expert report is produced, and attached hereto as Exhibit 1, which contains a statement of his opinions and the basis and reasons therefor; the data or other information considered by Dr. Michael in forming his opinions; a copy of**

**his curriculum vitae, his fee schedule and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.**

NUFIC reserves the right to supplement its disclosures as the case progresses

to offer opinions or rebuttal testimony as need be.


/s/ Michelle L. Crunk_____
John W. Dodson            (DOD012)
Michelle L .Crunk         (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.*


OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama 35243


## CERTIFICATE OF SERVICE

This is to certify that on this the 1st day of September, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama  36040-0971


/s/ Michelle L. Crunk_____
OF COUNSEL

135898