**RE: Ollie Godwin**

The following is a summary of the records, x-rays, and MRIs that I have reviewed on Mr. Ollie Godwin relating to an alleged injury to his knee and its relationship to some hip problems. I was provided with all medical records subpoenaed in the course of Mr. Godwin's pending lawsuit as well as all x-rays and MRIs maintained on Mr. Godwin by Dr. Barrington's office. The history is well documented. He twisted his knee. Evaluation showed he had avascular necrosis of both hips. Avascular necrosis is a disease resulting from loss of blood supply to the bones. In Mr. Godwin's case this disease process involved both femoral heads of the hip joints. He underwent total hip replacement on the left side prior to having total hip replacement on the right side.

We had the opportunity to review x-rays and MRIs of Mr. Godwin prior to him undergoing the hip replacement surgery. The x-rays and MRIs reveal bilateral avascular necrosis of the hips – a disease process that was definitely present prior to Mr. Godwin's alleged injury in October, 2004. The first x-rays and MRIs are dated in the early part of November, 2004. The alleged injury was on or about October 27, 2004, so these x-rays and MRIs are appropriate to represent any problems brought on by the accident on that date. On review of these x-rays and MRIs, there is apparent avascular necrosis of the left hip with no collapse of the femoral head. Although on the x-ray film the right hip appears to be normal, the MRI shows avascular necrosis in the right hip as well. Because of the normal time that it takes for avascular necrosis to develop, particularly to the point it had developed in his left hip, it is my opinion that there is no relationship between the accident in October of 2004 and the onset and subsequent problems that he had in both hips from the avascular necrosis of the femoral heads. The medical records, x-rays and MRIs I reviewed may be used as exhibits to support my opinion.

Attached hereto my curriculum vitae, fee schedule, and a list of cases in which I have served as an expert.

_____
Daniel W. Michael, M.D.

ORTHOPEDIC SURGEONS, P.C.
2161 HIGHLAND AVENUE
SUITE 300
BIRMINGHAM, ALABAMA 35205

DANIEL W. MICHAEL M.D.

TELEPHONE
(205) 909-1000

## Daniel W. Michael, M. D.

### Curriculum Vitae

| | |
|---|---|
| Auburn University-B.S. Degree-Cum Laude | -1973 |
| University of Alabama, Birmingham-M.D. Degree | -1977 |
| Internship-Surgical-Carraway Methodist Medical Center | -1977-1978 |
| Residency-Orthopedic Surgery-Medical Center, University of Alabama | -1978-1982 |
| Private Practice | -1982-Present |
| Licensed by: Alabama State Board of Medical examiners | -1977 |
| Board Certified-American Board of Orthopedic Surgery | -1984 |
| Clinical Instructor, Div of Orthopedic Surgery University of Alabama in Birmingham | -1982-Present |
| Consultant, Kerner-Quarterback Sports Medicine Institute of Alabama, Birmingham, Alabama | -1982-Present |

MEDICAL ORGANIZATIONS AND SOCIETIES:

Alabama Orthopedic Society, Inc.

American Medical Association

Medical Association of the State of Alabama

Jefferson County Medical Society

Jefferson County Orthopedic Surgical Society

Fellowship American College of Surgeons

**Fees for expert witness (Dr. Daniel W. Michael):**

$1,250 per hour for deposition

$500 per hour for review of medical records

Expert testimony $4,000.00 per day plus expenses

---

**Expert testimony for following cases:**

Ledbetter v. United States CA No. 96-W-1619 N

Kerce v. United States CA No. 94-A-527-N

Prickett v. United States CA No. 98-D-937-N

Watts v. Olsten CV-98-HGD-0800-E

Edwards v. Amerex CV 95-6370

Rainey v. Harco Drugs CV 96-361

Henry (Floyd Gothard, deceased) v. Rogers CV-97-6054

Parker v. Newell

Wilson v. Morris CV-2000-0670

White v. Ikard CV-1998-916

James Roby v. The Gap CV-05-2438

Charles Butler CV 04-340

Leonard Thomas v. Piggly Wiggly CV 04-340

Donna L. Riley v. Jamon Matthew Fannin and Paul Ray Honeycutt CV-04-006