IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CASE NO: 2:05-cv-00783-SRW |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) From Circuit Court of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., | ) Case No: CV05-69 |
| ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## PROPOSED ORDER

This matter having come before the Court upon the Motion for Summary Judgment of National Union Fire Insurance Company of Pittsburgh, PA, this Court does hereby ORDER, ADJUDGE and DECREE as follows:

**Summary Judgment is GRANTED in favor of National Union Fire Insurance Company of Pittsburgh, PA, and the same is made final pursuant to Federal Rule of Civil Procedure 54(b) as there is no just reason for delay and all issues as to all parties are hereby resolved. Costs taxed as paid.**

Done and ordered this _____ day of _____, 2006.

_____
Magistrate Judge Susan Russ Walker

cc:
John W. Dodson  
Michelle L. Crunk  
FERGUSON, FROST & DODSON, L.L.P.  
2500 Acton Road, Suite 200  
Birmingham, Alabama  35243

Arlene M. Richardson  
RICHARDSON LEGAL CENTER, LLC  
Post Office Box 971  
Hayneville, Alabama 36040-0971

137589