IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN,             ) | |
|                           ) | |
|     PLAINTIFF,   ) | |
|                           ) | |
| V.                        ) | CASE NO: 2:05-cv-00783-SRW |
|                           ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Court of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL.,                   ) | |
|                           ) | |
|     DEFENDANTS. ) | |
|                           ) | |

**INDEX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Portions of Deposition Transcript of Ollie Godwin

Exhibit 2    Affidavit of Stephanie Pine

    A.    Policyholder Loss Information Report

    B.    Claim Form

    C.    AIG Life Letter

    D.    Godwin Material Letter

    E.    Claim Form

    F.    January 6, 2005 Fax

    G.    January 10, 2005 Fax

    H.    Barrington Fax

    I.    Pine Fax

    J.    February 2005 NUFIC Letter

    K.    Barrington Letter

    L.    May 2005 NUFIC Letter

       M.    Richardson Letter

       N.    AIG Life Policy

       O.    NUFIC Policy

Exhibit 3    Defendant Palomar Insurance Corporation's Response to Plaintiff's First Request for Interrogatories and First Request for Production

Exhibit 4    Plaintiff Answers to Interrogatories and Request for Production Propounded by Defendant

Exhibit 5    Affidavit of Dr. Daniel W. Michael

/s/ Michelle L. Crunk  
John W. Dodson    (DOD012)  
Michelle L .Crunk    (CRU017)  
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc*

OF COUNSEL:  
**FERGUSON, FROST & DODSON, LLP**  
2500 Acton Road, Suite 200  
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of October, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson  
RICHARDSON LEGAL CENTER, LLC  
Post Office Box 971  
Hayneville, Alabama  36040-0971

/s/ Michelle L. Crunk  
OF COUNSEL

137570