

AMERICAN INTERNATIONAL COMPANIES
ACCIDENT & HEALTH CLAIMS DIVISION
OCCUPATIONAL ACCIDENT UNIT
P.O. Box 11129 • Montgomery, AL • 36111-0129
Phone: (800)452-7394 • (334) 409-3135
Fax: (334) 323-0585

## POLICYHOLDER LOSS INFORMATION REPORT

To: __Palomar Insurance Corporation__         Fax Number: __(334) 323-0585__

Policy Number: __8058434__         Policyholder/Participating Organization: __GODWIN__

Driver Name: __OLLIE GODWIN__         Driver Social Security No.: __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__

Driver's Company: __GODWIN MATERIALS__         Company Location: __BRANTLEY, AL__

Dispatcher Name: _____         Dispatcher Phone No.: __334-527-3540__

Unit No.: __G108__         Order No.: _____

Date of Injury: __11-22-03__   Time of Injury: _____   Member / Claim Tracking No.: _____

*In addition to the information provided above, if the claimant is a Helper (i.e. Lumper, Casual Laborer, Co-Driver), please provide the following information:*

Helper Name: _____         Helper Social Security No.: _____

Helper Address: _____

Helper Telephone Number: _____

Please answer the following questions about the listed claimant, and then fax or mail back to the fax number or address above.

1. Was the vehicle loaded at the time of the accident?   ☐ Yes   ☒ No
2. If unloaded, was the driver under dispatch to pick up a load?   ☐ Yes   ☒ No
3. What was the last day worked by this claimant? _____
4. Please indicate the claimant's earnings for the last three (3) months (please include all earnings statement). __$9,410.53__
5. Where was the driver scheduled to be at the time of the accident? __home__
6. General Comments: _____

Verified by (print name): __Cindy Jordan__   Signature: __Cindy Jordan__
Date verified: __12-10-03__

Thank you for assisting us by providing the information requested herein. Please feel free to contact our office at (800) 452-7394, should you have any questions.

Sent by: __Suzanne Adner__         Date: __11-22-03__