American International Companies®  
AIG Life Insurance Company  
A&H Claims Department  
P. O. Box 15701  
Wilmington, DE 19850-5701  
800-551-0824/302-761-3700

**PROOF OF LOSS**

| | |
|---|---|
| NAME OF GROUP: | GOODWIN |
| POLICY NUMBER: | 8056434 |
| CLAIMANT: | Ollie Godwin |

## OCCUPATIONAL ACCIDENT MEDICAL CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Claimant.
3.) If claimant is treated in the hospital, please attach an itemized hospital bill.
4.) If claimant is treated by a doctor, SECTION C is to be completed, signed and dated by the Attending Physician or attach an itemized bill.
5.) Attach itemized bills for all medical expenses being claimed including the claimant's name, condition being treated (diagnosis), description of services, date of service(s) and the charge made for each service.
6.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A - PARTICIPATING ORGANIZATION STATEMENT

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|
| | | | |

| DATE OF INJURY | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES  ☐ NO |
|---|---|

DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED

| DATE CLAIMANT WAS CONTRACTED. | EFFECTIVE DATE OF COVERAGE UNDER PLAN | DATE COVERAGE TERMINATED (IF APPLICABLE) |
|---|---|---|

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |
|---|---|---|

SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE     DATE

### SECTION B - CLAIMANT'S STATEMENT

CLAIMANT'S FULL NAME (PLEASE PRINT): Ollie Robert Godwin  
SOCIAL SECURITY NUMBER: 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  
STREET ADDRESS: 651 Chestnut Kr. Dr.  
CITY: Honoraville  
STATE: AL   ZIP: 36042  
DATE OF BIRTH: Jan. 24, 1954  
TELEPHONE: (334) 537-9506

GIVE FULL DESCRIPTION OF INJURY OR DISEASE FROM WHICH YOU ARE NOW SUFFERING. IF AN INJURY, TELL WHEN IT HAPPENED (DATE AND TIME), PLACE WHERE ACCIDENT OCCURRED, WHAT YOU WERE DOING AND HOW IT HAPPENED:
At home in shop working on truck. Changing the muffler on my 1992 Chevrolet 11:00 am. chipped it, hit me in the chest. Dec. 4.

HAVE YOU EVER HAD THIS, OR A SIMILAR CONDITION, IN THE PAST?  ☐ YES  ☒ NO
IF YES, STATE THE NATURE OF THE CONDITION, DATES OF TREATMENT AND NAMES AND ADDRESSES OF TREATING DOCTORS, HOSPITALS AND CLINICS.

WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS CONDITION? 12-4-03

HOSPITALS (GIVE COMPLETE NAMES, ADDRESSES AND DATES OF CONFINEMENT.) L.V. Stabler Memorial Hospital  
Dec. 27 + 30 2003    Greenville AL 36037

GIVE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS  
Dr. Freed       same address  
Dr. McGwin III    same no. as below

GIVE NAME, ADDRESS AND TELEPHONE NUMBER OF USUAL FAMILY PHYSICIAN.   Phone (334) 382-6804  
Dr. Tommy Head, 75 Medical Arts Ct., Suite 4, Post Office Box 398, Greenville, AL 36037

WHAT OTHER ACCIDENT, SICKNESS OR DISABILITY INSURANCE DO YOU CARRY AND WHAT OTHER ORGANIZATIONS OR COMPANIES HAVE PAID YOU BENEFITS FOR SICKNESS OR INJURY?
None

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

SIGN YOUR FULL NAME: Ollie Robert Godwin      DATED: 1-8-04

## SECTION C- CLAIMANT'S STATEMENT FOR DISABILITY

**CLAIMANT'S FULL NAME (PLEASE PRINT):** Ollie Robert Godwin

**SOCIAL SECURITY NUMBER:** 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

**Street Address:** 651 Otis Faulk Dr.
**City:** Honoraville
**State:** AL
**Zip:** 36042

**Date Of Birth:** 1-24-54
**Height And Weight:** 5'11" 214 lbs
**Marital Status:** Married
**Telephone:** (334) 537-4506

**Occupation:** Truck Driver
**Duties:** Drive 3 ay truck, haul sand tree & pine straw, cut tree...
**Monthly Earnings:** My truck $1300 / All my truck - $3300
**Weekly Earnings:** mine 3,00 - all - 9,200

(1) **Give Full Description Of Injury Or Disease From Which You Are Now Suffering. If An Injury, Tell When It Happened (Date And Time), Place Where Accident Occurred, What You Were Doing And How It Happened.**
Nov 22, 2003 around 11:00 AM. At home in shop working on my truck, changing muffler, I was taking it off, standing on floor, dropped, felt pain in Lower Stomach.

(2A) **Have You Ever Had This, Or A Similar Condition, In The Past?** ☐ Yes  ☒ No

(B) If yes, state the nature of the condition, dates of treatment and names and addresses of treating doctors, hospitals and clinics.

(3A) Give exact date when illness began, or injury occurred. (A) Date: 11-22-03
(B) When did you first consult a physician for this condition? (B) Date: 12-4-03
(C) When did you become totally disabled (unable to work)? (C) Date: 12-27-03
(D) When were you able to again perform part of your occupational duties? (D) Date: There is no light duty on my job. Having to pay someone to keep truck up.
(E) When were you able to again perform all of your occupational duties? (E) Date: 1-26-04
(F) If still totally disabled, when do you expect your disability to end? (F) Date:

(4) **Hospitals (Give complete names, addresses and dates of confinement.)**
Dec. 27 + 30th, 2003 - L.V. Stabler Memorial Hospital, Greenville, Alabama 36037

(5A) **Give names, addresses and telephone numbers of all attending physicians.**
phone (334) 382-6864
Norman T. McGowin III, M.D. F.A.C.S.
45 Medical Arts Ct. Suite 4
Post Office Box 298
Greenville, Al 36037

(B) **Give name, address and telephone number of usual family physician.**
phone (334) 382-6864
Dr. Larry Hurd
45 Medical Arts Ct. Suite 4
Post Office Box 298
Greenville, Al 36037

(6) What other accident, sickness or disability insurance do you carry and what other organizations or companies have paid you benefits for sickness or injury?
none

(7) What other medical or surgical treatment has been received during the past 5 years?
none

(8) **Names, addresses and telephone numbers of employers and length of employment with each?**
Phone No (334) 1-800-348-8537 P.O. Box 127 / 16 years
Godwin Material Service Inc., Brantley, Al 36009

**I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**AUTHORIZATION**
I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**SIGN YOUR FULL NAME:** Ollie Robert Godwin
**DATED:** 1-8-04