*Godwin Material Service, Inc.*
*P.O. Box 12*
*Brantley, Alabama 36009*
*334-527-3540*

March 17, 2004

Marion Parker
Palomar Insurance Corporation
Benefits Department
P.O. Box 11128
Montgomery, Alabama 36111-0128

RE:     Patient Name: Ollie Godwin
        Patient Account No: A41000/A3GO000P
        Insured ID No: R040480009
        Claim No: I06142402
        Claim Office: 024
        Examiner Code: PGA
        Loss Date: 11/22/2003

Dear Marion:

This letter is confirming Ollie Godwin was tarping a load in late October of 2003 and Ollie slipped off tarp rack and hit his stomach. Ollie reported this verbally to Cindy Jordan, Godwin Material's Safety Director. Ollie remained in pain, but did not seek medical attention.

On November 22, 2003, Ollie was working on his truck and the muffler fell on Ollie's stomach in the same area as the October accident. Ollie received medical attention. This claim was reported to AIG.

AIG has agreed to pay as a non-occupational claim. This decision was based on their opinion that he was not under dispatch.

However, based on the first fact he was maintaining the truck at the direction of Godwin for DOT purposes. This was required before he could proceed again with a load. The second fact is the November accident was reoccurring from the October accident, where Ollie was clearly under dispatch. Therefore, based on these facts, we feel the claim should be paid as an occupational claim.

I will be glad to confirm these facts in any other manner AIG may deem necessary. Thank you in advance for your reconsideration of this matter.

Sincerely,

Cc: Ollie Godwin, 556 Ottis Faulk Drive, Honoraville, AL 36042