**American International Companies®**
**AIG Life Insurance Company**
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

**PROOF OF LOSS**

| | |
|---|---|
| NAME OF GROUP: | GODWIN MATERIALS |
| POLICY NUMBER: | 8056434 |
| CLAIMANT: | Ollie Godwin |

## OCCUPATIONAL ACCIDENT MEDICAL CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Claimant.
3.) If claimant is treated in the hospital, please attach an itemized hospital bill.
4.) If claimant is treated by a doctor, SECTION C is to be completed, signed and dated by the Attending Physician or attach an itemized bill.
5.) Attach itemized bills for all medical expenses being claimed including the claimant's name, condition being treated (diagnosis), description of services, date of service(s) and the charge made for each service.
6.) Mail completed Form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A - PARTICIPATING ORGANIZATION STATEMENT

**NAME / ADDRESS OF PARTICIPATING ORGANIZATION:** Ollie Robert Godwin Sr

**CLAIMANT'S FULL NAME:** [blank]

**DATE OF INJURY:** Nov. 22 2003 — Came home to fix muffler on truck. Muffler hit in lower stomach.

**SOCIAL SECURITY NUMBER:** 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
**DATE OF BIRTH:** 1-24-54
**NAME OF SUPERVISOR:** Jerry Godwin

**WAS HE/SHE INJURED ON YOUR JOB?** ☒ YES ☐ NO

**DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED**

DATE CLAIMANT WAS CONTRACTED: [blank]
EFFECTIVE DATE OF COVERAGE UNDER PLAN: [blank]
DATE COVERAGE TERMINATED (IF APPLICABLE): [blank]

PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE): [blank]
TITLE: [blank]
DAYTIME TELEPHONE NUMBER: [blank]

SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE: [blank]
DATE: [blank]

### SECTION B - CLAIMANT'S STATEMENT

**CLAIMANT'S FULL NAME (PLEASE PRINT):** Ollie R Godwin
**SOCIAL SECURITY NUMBER:** 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
**STREET ADDRESS:** 656 Ms Faulk Dr.
**CITY:** Honoraville
**STATE:** AL
**ZIP:** 36042
**DATE OF BIRTH:** 1-24-54
**TELEPHONE:** [blank]

**GIVE FULL DESCRIPTION OF INJURY OR DISEASE FROM WHICH YOU ARE NOW SUFFERING. IF AN INJURY, TELL WHEN IT HAPPENED (DATE AND TIME), PLACE WHERE ACCIDENT OCCURRED, WHAT YOU WERE DOING AND HOW IT HAPPENED.** Came home to fix muffler. Working on truck muffler hit me in the stomach on Nov. 22, 2003 around 11:00 am

**HAVE YOU EVER HAD THIS, OR A SIMILAR CONDITION, IN THE PAST?** ☐ YES ☒ NO Lower

IF YES, STATE THE NATURE OF THE CONDITION, DATES OF TREATMENT AND NAMES AND ADDRESSES OF TREATING DOCTORS, HOSPITALS AND CLINICS.

WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS CONDITION?

HOSPITALS (GIVE COMPLETE NAMES, ADDRESSES AND DATES OF CONFINEMENT.)

GIVE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS.

GIVE NAME, ADDRESS AND TELEPHONE NUMBER OF USUAL FAMILY PHYSICIAN.

WHAT OTHER ACCIDENT, SICKNESS OR DISABILITY INSURANCE DO YOU CARRY AND WHAT OTHER ORGANIZATIONS OR COMPANIES HAVE PAID YOU BENEFITS FOR SICKNESS OR INJURY?

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand this authorization is valid for the term of coverage of the Policy issued above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**SIGN YOUR FULL NAME:** Ollie R Godwin Sr
**DATED:** 2-23-05

## SECTION C - CLAIMANT'S STATEMENT FOR DISABILITY

**CLAIMANT'S FULL NAME (PLEASE PRINT):** Ollie R Godwin
**SOCIAL SECURITY NUMBER:** 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
**Street Address:** 656 Otis Faulk Dr.
**City:** Honoraville
**State:** Al.
**Zip:** 36042
**Date Of Birth:** 1-24-54
**Height And Weight:** 5'11" 210
**Marital Status:** Married
**Telephone:** (334) 537-9506
**Occupation:** Truck Driver
**Duties:** Drive Truck and work on trucks. Do it 3
**Monthly Earnings:** 1600 to 2200 all three - my truck. From 6,000 to 11,000 according on work
**Weekly Earnings:**

(1) **Give Full Description Of Injury Or Disease From Which You Are Now Suffering. If An Injury, Tell When It Happened (Date And Time), Place Where Accident Occurred, What You Were Doing And How It Happened.**
Came home to fix truck, muffler hit me in lower stomach.

(2A) **Have You Ever Had This, Or A Similar Condition, In The Past?** ☐ Yes ☒ No

(B) **If yes, state the nature of the condition, dates of treatment and names and addresses of treating doctors, hospitals and clinics.**

(3A) Give exact date when illness began, or injury occurred. (A) Date: Nov. 22, 2003
(B) When did you first consult a physician for this condition? (B) Date: 12-4-03
(C) When did you become totally disabled (unable to work)? (C) Date: 12-29-03
(D) When were you able to again perform part of your occupational duties? (D) Date: Feb 2, 2004
(E) When were you able to again perform all of your occupational duties? (E) Date: Feb 2, 2004
(F) If still totally disabled, when do you expect your disability to end? (F) Date:

(4) **Hospitals (Give complete names, addresses and dates of confinement.)**
Greenville Hospital Corp. Highway 10 west. Greenville, Al. Dec 29, 30, Got out on 31 2003

(5A) **Give names, addresses and telephone numbers of all attending physicians.**
Norman F McGowin II Greenville, Ala. 382-6864

(B) **Give name, address and telephone number of usual family physician.**
Danny Hood, Greenville, Al. 382-6864

(6) **What other accident, sickness or disability insurance do you carry and what other organizations or companies have paid you benefits for sickness or injury?**
Blue Cross Blue Shield

(7) **What other medical or surgical treatment has been received during the past 5 years? (Give dates, nature of illness or injury and names and addresses of all treating doctors, hospitals and clinics.)**
Had a wreck, Broke hand - had surgery. 1998

(8) **Names, addresses and telephone numbers of employers and length of employment with each?**
Been with Godwin Materials for 20 years before that Capital Victorian - 11 years (went out of Busn.)

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**SIGN YOUR FULL NAME:** Ollie Robert Godwin Sr.
**DATED:** 2-23-05

**American International Companies®**
**AIG Life Insurance Company**
**A&H Claims Department**
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

**PROOF OF LOSS**

| NAME OF GROUP: | GOODWIN |
|---|---|
| POLICY NUMBER: | 8056434 |
| CLAIMANT: | Ollie Godwin |

## OCCUPATIONAL ACCIDENT DISABILITY CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Attending Physician.
3.) SECTION C is to be completed, signed and dated by Claimant.
4.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A- PARTICIPATING ORGANIZATION STATEMENT FOR DISABILITY

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|
| Ollie R Godwin | 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 | 1-24-54 | Jerry Godwin |

| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? | DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED |
|---|---|---|
| Nov. 22, 2003 | ☒ YES  ☐ NO | Came home to fix truck. Muffler hit me in the lower stomach. |

| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN: | DATE LAST WORKED: | TIME LAST WORKED: |
|---|---|---|---|
| date the policy begins | Been working for Godwin for 20 years | 12-25-03 | to do pm op |

| DATE LOSS TIME STARTED: | WEEKLY EARNINGS (PLEASE INCLUDE PAYROLL RECORDS FOR THE 3 MONTH PERIOD PRECEDING LOSS DATE) |
|---|---|
| Jan 5, 2004 | Suppose received $500 a week |

| WILL CLAIMANT BE RECONTRACTED? | DATE RETURNED TO WORK: |
|---|---|
| ☒ YES  ☐ NO | Feb 2nd 2004 |

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |
|---|---|---|

| SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE | DATE |
|---|---|

### SECTION B- ATTENDING PHYSICIAN'S STATEMENT FOR DISABILITY

PATIENT NAME AND ADDRESS:

WHEN DID SYMPTOMS FIRST APPEAR OR ACCIDENT HAPPEN?   DATE: _____

IF ACCIDENT DESCRIBE, HOW, WHEN AND WHERE ACCIDENT OCCURRED.

DIAGNOSIS AND CONCURRENT CONDITIONS (IF FRACTURE OR DISLOCATION, DESCRIBE NATURE AND LOCATION):

IS CONDITION DUE TO AN INJURY OR SICKNESS ARISING OUT OF PATIENT'S EMPLOYMENT?   ☐ YES   ☐ NO

IF "YES," EXPLAIN.

WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION?   DATE: _____

HAS PATIENT EVER HAD THE SAME OR SIMILAR CONDITION?   ☐ YES   ☐ NO

IF "YES," STATE WHEN AND DESCRIBE:

NATURE AND DATE OF SURGICAL PROCEDURE, IF ANY (DESCRIBE FULLY)   DATE: _____

PROVIDE DATES OF OTHER MEDICAL TREATMENT AND DESCRIBE:

WHAT OTHER SERVICES, IF ANY, DID YOU PROVIDE OR PRESCRIBE PATIENT? (PROVIDE DATES.)

IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?   ☐ YES   ☐ NO

IF "NO," GIVE DATE YOUR SERVICES TERMINATED.   DATE: _____           ( DATES REQUIRED )

HOW LONG WAS OR WILL PATIENT BE CONTINUOUSLY TOTALLY DISABLED (UNABLE TO WORK)?   * FROM: _____   * TO: _____

HOW LONG WAS OR WILL PATIENT BE PARTIALLY DISABLED?   FROM: _____   TO: _____

IF PERMANENT PARTIAL DISABILITY, INDICATE PERCENTAGE OF IMPAIRMENT:

TO YOUR KNOWLEDGE, DOES PATIENT HAVE OTHER HEALTH INSURANCE OR HEALTH PLAN COVERAGE?   ☐ YES   ☐ NO

IF "YES" IDENTIFY.

| DATE | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE ( ) |
|---|---|---|---|

| STREET ADDRESS | CITY OR TOWN | STATE OR PROVINCE | ZIP CODE |
|---|---|---|---|