

## PALOMAR INSURANCE CORPORATION
INSURANCE BROKERAGE & RISK MANAGEMENT CONSULTING

**January 06, 2005**

| Insurance Company: | Agency: |
|---|---|
| **AIG Insurance Corporation, Inc.** | Palomar Insurance Corporation |
| P.O. Box 15701 | P.O. Drawer 11128 |
| Wilmington, DE 19850-5701 | Montgomery, AL 36111-0128 |

**Insured:**

Godwin Material Services
P.O. Box 12
Brantley, AL, 36009

Policy Number: 9056434
Policy Desc: Occupational Accident

---

Attached is a claim

Claimant:
SSN: 422-76-
DOI: 10-27-04

Please process accordingly. If you have any questions or need further information, please do not hesitate to call me at 1-800-482-7394. Thank you for your assistance.

Sincerely,

PALOMAR INSURANCE SPECIAL RISK DEPARTMENT
Suzanne Adger
Claims Coordinator

American International Companies
AIG Life Insurance Company
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

RECEIVED DEC 09 2004

NAME OF GROUP: . Godwin Materials
POLICY NUMBER: . 9056434
CLAIMANT: . Ollie Godwin

## OCCUPATIONAL ACCIDENT MEDICAL CLAIM FORM

INSTRUCTIONS:
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Claimant.
3.) If claimant is treated in the hospital, please attach an itemized hospital bill.
4.) If claimant is treated by a doctor, SECTION B is to be completed, signed and dated by the Attending Physician or attach an itemized bill.
5.) Attach itemized bills for all medical expenses being claimed including the claimant's name, condition being treated (diagnosis), description of services, date of service(s) and the charge made for each service.
6.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A- PARTICIPATING ORGANIZATION STATEMENT

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|
| | | | |

DATE OF INJURY:   WAS HE/SHE INJURED ON YOUR JOB? ☐ YES  ☐ NO

DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED

DATE CLAIMANT WAS CONTRACTED:   EFFECTIVE DATE OF COVERAGE UNDER PLAN:   DATE COVERAGE TERMINATED (IF APPLICABLE)

PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE)   TITLE   DAYTIME TELEPHONE NUMBER ( )

SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE   DATE

### SECTION B- CLAIMANT'S STATEMENT

CLAIMANT'S FULL NAME (PLEASE PRINT)   Ollie Robert Godwin, Sr.
SOCIAL SECURITY NUMBER   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

STREET ADDRESS   686 Otis Faulk Drive   CITY   Honoraville   STATE   AL   ZIP   36042

DATE OF BIRTH   01-24-54   TELEPHONE   (334)537-9506

GIVE FULL DESCRIPTION OF INJURY OR DISEASE FROM WHICH YOU ARE NOW SUFFERING. IF AN INJURY, TELL WHEN IT HAPPENED (DATE AND TIME), PLACE WHERE ACCIDENT OCCURRED, WHAT YOU WERE DOING AND HOW IT HAPPENED.

October 27, 2004; 11:00a.m.; Lathage & Hyundai Blvd. Getting out of truck to open tailgate and fell off step and hurt leg, knee, + hip

HAVE YOU EVER HAD THIS, OR A SIMILAR CONDITION, IN THE PAST?  ☐ YES  ☑ NO   IF YES, STATE THE NATURE OF THE CONDITION, DATES OF TREATMENT AND NAMES AND ADDRESSES OF TREATING DOCTORS, HOSPITALS AND CLINICS.

WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS CONDITION?   November 5, 2004

HOSPITALS (GIVE COMPLETE NAMES, ADDRESSES AND DATES OF CONFINEMENT.)

GIVE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS.
Dr. Adams - Referred to Dr. Barrington on Nov. 22, 2004

GIVE NAME, ADDRESS AND TELEPHONE NUMBER OR USUAL FAMILY PHYSICIAN.
Dr. Adams 1323 Mulberry St. Montgomery, AL (334) 264-3434

WHAT OTHER ACCIDENT, SICKNESS OR DISABILITY INSURANCE DO YOU CARRY AND WHAT OTHER ORGANIZATIONS OR COMPANIES HAVE PAID YOU BENEFITS FOR SICKNESS OR INJURY?
Blue Cross Blue Shield Hospital Ins.

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

### AUTHORIZATION

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

SIGN YOUR FULL NAME   Ollie R. Godwin   DATED:   12-8-04

SECTION C- CLAIMANT'S STATEMENT FOR DISABILITY

| CLAIMANT'S FULL NAME (PLEASE PRINT) | SOCIAL SECURITY NUMBER |
|---|---|
| Ollie Robert Godwin, Sr | 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 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1056 Otis Faulk Dr | Honoraville | AL | 36042 |

| Date Of Birth | Height And Weight | Marital Status | Telephone |
|---|---|---|---|
| 01-24-54 | 5'11" 215 | Married | (334) 537-9506 |

| Occupation | Duties | Monthly Earnings | Weekly Earnings |
|---|---|---|---|
| Truck driver | Driving truck; working on TRUCKS | $5000 - $12,000 Gross | |

(1) Give Full Description Of Injury Or Disease From Which You Are Now Suffering. If An Injury, Tell When It Happened (Date And Time), Place Where Accident Occurred, What You Were Doing And How It Happened.

October 27, 2004 - 11:00 a.m.; Lafarge & Hyundai Blvd Getting out of the truck to open tailgate, I fell off the step and hurt my leg, hip, and knee.

(2A) Have You Ever Had This, Or A Similar Condition, In The Past? ☐ Yes ☒ No

(B) If yes, state the nature of the condition, dates of treatment and names and addresses of treating doctors, hospitals and clinics.

(3A) Give exact date when illness began, or injury occurred. — (A) Date: October 27, 2004

(B) When did you first consult a physician for this condition? — (B) Date: Nov. 5, 2004

(C) When did you become totally disabled (unable to work)? — (C) Date: Nov. 22, 2004

(D) When were you able to again perform part of your occupational duties? — (D) Date: don't know - must have surgery

(E) When were you able to again perform all of your occupational duties? — (E) Date: don't know - must have surgery

(F) If still totally disabled, when do you expect your disability to end? — (F) Date:

(4) Hospitals (Give complete names, addresses and dates of confinement.)

(5A) Give names, addresses and telephone numbers of all attending physicians.

(B) Give name, address and telephone number of usual family physician.

Dr. Adams 1323 Mulberry St Montgomery, AL 334-264-3434 Referred to Dr. Barrington on Nov. 22

(6) What other accident, sickness or disability insurance do you carry and what other organizations or companies have paid you benefits for sickness or injury?

Blue Cross / Blue Shield Hospital Insurance

(7) What other medical or surgical treatment has been received during the past 5 years? (Give dates, nature of illness or injury and names and addresses of all treating doctors, hospitals and clinics.)

Hernia operation - Dec. 29, 2003 Dr. McGowin Stabler Hospital Greenville, AL

(8) Names, addresses and telephone numbers of employers and length of employment with each?

Godwin Materials - 17 years - Brantley, AL 1-800-624-6467

**I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

AUTHORIZATION

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

| SIGN YOUR FULL NAME | Ollie Robert Godwin | DATED: | 12-8-04 |
|---|---|---|---|

American General Life & Accident Insurance
**AIG Life Insurance Company**

A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

| NAME OF GROUP: | . Godwin Materials |
|---|---|
| POLICY NUMBER: | . 9056434 |
| CLAIMANT: | . Ollie Godwin |

## OCCUPATIONAL ACCIDENT DISABILITY CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Attending Physician.
3.) SECTION C is to be completed, signed and dated by Claimant.
4.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A- PARTICIPATING ORGANIZATION STATEMENT FOR DISABILITY

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|---|
| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES ☐ NO | DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED | | |
| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN: | DATE LAST WORKED: | TIME LAST WORKED: | |
| DATE LOST TIME STARTED: | WEEKLY EARNINGS (PLEASE INCLUDE PAYROLL RECORDS FOR THE 3 MONTH PERIOD PRECEDING LOSS DATE) | | | |
| WILL CLAIMANT BE RECONTRACTED? ☐ YES ☐ NO | DATE RETURNED TO WORK: | | | |
| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | | DAYTIME TELEPHONE NUMBER ( ) | |
| SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE | | | DATE | |

### SECTION B- ATTENDING PHYSICIAN'S STATEMENT FOR DISABILITY

PATIENT NAME AND ADDRESS: Ollie Godwin

WHEN DID SYMPTOMS FIRST APPEAR OR ACCIDENT HAPPEN? DATE: 10/27/04

IF ACCIDENT DESCRIBE, HOW, WHEN AND WHERE ACCIDENT OCCURRED: Stepping out of a big truck (twisted knee).

DIAGNOSIS AND CONCURRENT CONDITIONS (IF FRACTURE OR DISLOCATION, DESCRIBE NATURE AND LOCATION):

IS CONDITION DUE TO AN INJURY OR SICKNESS ARISING OUT OF PATIENT'S EMPLOYMENT? ☐ YES ☐ NO

IF "YES," EXPLAIN.

WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION? DATE: 11/22/04

HAS PATIENT EVER HAD THE SAME OR SIMILAR CONDITION? ☐ YES ☒ NO

IF "YES," STATE WHEN AND DESCRIBE:

NATURE AND DATE OF SURGICAL PROCEDURE, IF ANY (DESCRIBE FULLY) DATE:

PROVIDE DATES OF OTHER MEDICAL TREATMENT AND DESCRIBE:

WHAT OTHER SERVICES, IF ANY, DID YOU PROVIDE OR PRESCRIBE PATIENT? (PROVIDE DATES.)

IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION? ☒ YES ☐ NO

IF "NO," GIVE DATE YOUR SERVICES TERMINATED. DATE: (DATES REQUIRED)

HOW LONG WAS OR WILL PATIENT BE CONTINUOUSLY TOTALLY DISABLED (UNABLE TO WORK)? * FROM: 11-22 * TO: 1-7-05

HOW LONG WAS OR WILL PATIENT BE PARTIALLY DISABLED? FROM: ___ TO: ___

IF PERMANENT PARTIAL DISABILITY, INDICATE PERCENTAGE OF IMPAIRMENT:

TO YOUR KNOWLEDGE, DOES PATIENT HAVE OTHER HEALTH INSURANCE OR HEALTH PLAN COVERAGE? ☐ YES ☐ NO

IF "YES" IDENTIFY.

| DATE 1/3/05 | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE n·D | TELEPHONE (574) 274-9000 |
|---|---|---|---|
| STREET ADDRESS 429 W Long St. | CITY OR TOWN Montsong | STATE OR PROVINCE AL | ZIP CODE 36106 |

JAN. 6. 2005 4:39PM  PALOMAR INSURANCE   GODWIN   NO. 424   P. 6



JAN 23 2008 PALOMAR INSURANCE GODWIN NO. 424 P. 02



GODWIN MATERIAL SERVICES, INC.

071297

GODWIN MATERIAL SERVICES, INC.

071536



## Godwin Material Service, Inc.
### P.O. Box 12   Hwy 331 South
### Brantley, Alabama 36009
### 334-527-3540
### Fax 334-527-8723

Date: 12-8-04

10 Total Pages
Including Cover

**************************************************************

TO: Amy Tillman          FROM: Cindy Jordan

Fax# 323-2372

PLIR - Ollie Godwin

JAN. 6. 2005  4:39PM    PALOMAR INSURANCE                    NO. 424    P. 9

Date: 12/8/2004   Time: 8:38 AM  To: Godwin Materials @ 1334527-8723                    P.4/5



**AMERICAN INTERNATIONAL COMPANIES**
**ACCIDENT & HEALTH CLAIMS DIVISION**
**OCCUPATIONAL ACCIDENT UNIT**
P.O. Box 11128 • Montgomery, AL • 36111-0126
Phone: (800)423-7304 • (334) 409-3136
Fax: (334) 323-0585

## POLICYHOLDER LOSS INFORMATION REPORT

To: __Palomar Insurance Corporation__    Fax Number: __(334) 323-0585__

Policy Number: __9055434__    Policyholder/Participating Organization: __Godwin__

Driver Name: __Oke Godwin__    Driver Social Security No.: __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__

Driver's Company: __Godwin Materials Service__    Company Location __Brantly, AL__

Dispatcher Name: _____    Dispatcher Phone No.: __334-527-8540__

Unit No.: __G106__    Order No.: _____

Date of Injury: __*0-27-04__    Time of Injury: _____    Member / Claim Tracking No.: _____

*In addition to the information provided above, if the claimant is a Helper (i.e. Lumper, Casual Laborer, Co-Driver), please provide the following information:*

Helper Name: _____    Helper Social Security No.: _____

Helper Address: _____

Helper Telephone Number: _____

**Please answer the following questions about the listed claimant, and then fax or mail back to the fax number or address above.**

1. Was the vehicle loaded at the time of the accident?    ☒ Yes    ☐ No
2. If unloaded, was the driver under dispatch to pick up a load? ☐ Yes    ☐ No
3. What was the last day worked by this claimant?    __Unknown__
4. Please indicate the claimant's earnings for the last three (3) months (please include an earnings statement).    __See following sheets__
5. Where was the driver scheduled to be at the time of the accident?    __Montgomery, AL__
6. General Comments: _____

Verified by (print name): __Cindy Jordan__    Signature __Cindy Jordan__
Date verified: __12-8-04__

Thank you for assisting us by providing the information requested herein. Please feel free to contact our office at (800) 482-7304, should you have any questions.

Sent by __Suzanne Adoor__    Date:12-8-04

JAN. 6. 2005  4:40PM    PALOMAR INSURANCE                          NO. 424    P. 10

**Commission Report / LEASE    106    OLLIE GODWIN    Godwin Material Service, Inc.**

| Date | Ticket | From | Customer | Job Location | Material | Units | Rate | Total | Deliver % | Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/04 | | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 20 | $3.15 | $64.54 | 100.00% | $58.22 |

DEC-08-2004 09:28 AM  GODWIN MATERIAL SERVICE    3344327812T23    P.05

**Commission Report / LEASE 186 *OLLIE GODWIN* *Godwin Material Service, Inc.***

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/04 | 51142830 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.07 | $3.15 | $91.57 | 90.00% | $82.41 |
| 9/23/04 | 51142849 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.46 | $3.15 | $92.80 | 90.00% | $83.52 |
| 9/23/04 | 51142851 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.05 | $3.15 | $91.51 | 90.00% | $82.36 |
| 9/24/04 | 51142883 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.44 | $3.15 | $92.74 | 90.00% | $83.47 |
| 9/24/04 | 51142889 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.61 | $3.15 | $93.27 | 90.00% | $83.94 |
| 9/25/04 | 51142765 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.32 | $3.15 | $92.36 | 90.00% | $83.12 |
| 9/28/04 | 51142798 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.6 | $3.15 | $93.24 | 90.00% | $83.92 |
| 9/28/04 | 51142809 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.67 | $3.15 | $93.46 | 90.00% | $84.11 |
| 9/28/04 | 51142817 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.54 | $3.15 | $93.05 | 90.00% | $83.75 |
| 9/28/04 | 51142836 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.29 | $3.15 | $92.26 | 90.00% | $83.03 |
| 9/28/04 | 51142849 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.58 | $3.15 | $93.18 | 90.00% | $83.86 |
| 9/28/04 | 51142882 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.92 | $3.15 | $91.10 | 90.00% | $81.99 |
| 9/29/04 | 51142880 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.23 | $3.15 | $92.07 | 90.00% | $82.86 |
| 9/29/04 | 51142882 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 27.79 | $3.15 | $87.54 | 90.00% | $78.79 |
| 9/29/04 | 51142911 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.11 | $3.15 | $91.70 | 90.00% | $82.53 |
| 9/29/04 | 51142930 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.15 | $3.15 | $88.67 | 90.00% | $79.80 |
| 9/30/04 | 51142964 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.85 | $3.15 | $90.88 | 90.00% | $81.79 |
| 9/30/04 | 51142978 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.86 | $3.15 | $90.91 | 90.00% | $81.82 |
| 9/30/04 | 51142984 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| 9/30/04 | 51142988 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.88 | $3.15 | $90.97 | 90.00% | $81.87 |
| 9/30/04 | 51143014 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.32 | $3.15 | $92.36 | 90.00% | $83.12 |
| | | | | | | | | $5,684.14 | | $5,115.78 |

***Effective March 15th, paychecks WILL NOT be ready until AFTER 11:00 am on paydays.***

JAN. 6. 2005  4:40PM   PALOMAR INSURANCE   NO. 424   P. 12

DEC-08-2004 09:31 AM GODWIN MATERIAL SERVICE 8345278728   P.05

## Commission Report / LEASE   186     OLLIE GODWIN     Godwin Material Service, Inc.

| Date | Ticket | From | Customer | Job Location | Material | Units | Rate | Total | Driver % | Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/04 | 420914 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.96 | $3.15 | $90.28 | 90.00% | $81.25 |
| 10/1/04 | 51143048 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.33 | $3.15 | $92.39 | 90.00% | $83.15 |
| 10/1/04 | 51143085 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.42 | $3.15 | $92.67 | 90.00% | $83.40 |
| 10/1/04 | 51143108 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.39 | $3.15 | $92.59 | 90.00% | $83.32 |
| 10/4/04 | 74897 | ANDERSON | APAC | GREENVILLE | 89 SHOT | 29.58 | $5.00 | $147.80 | 90.00% | $133.02 |
| 10/4/04 | 51143208 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.55 | $3.15 | $89.93 | 90.00% | $80.94 |
| 10/4/04 | 51143221 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.02 | $3.15 | $88.26 | 90.00% | $79.43 |
| 10/4/04 | 51143237 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.4 | $3.15 | $92.61 | 90.00% | $83.35 |
| 10/4/04 | 51143258 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.42 | $3.15 | $92.67 | 90.00% | $83.49 |
| 10/4/04 | 51143263 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.37 | $3.15 | $92.52 | 90.00% | $83.27 |
| 10/4/04 | 51143276 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.12 | $3.15 | $91.73 | 90.00% | $82.56 |
| 10/4/04 | 51143287 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.33 | $3.15 | $92.39 | 90.00% | $83.15 |
| 10/5/04 | 51212764 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.92 | $3.15 | $91.10 | 90.00% | $81.99 |
| 10/5/04 | 51212775 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.76 | $3.15 | $90.59 | 90.00% | $81.53 |
| 10/5/04 | 51212783 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.31 | $3.15 | $89.18 | 90.00% | $80.26 |
| 10/5/04 | 51212794 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.43 | $3.15 | $89.55 | 90.00% | $80.60 |
| 10/5/04 | 51212804 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.86 | $3.15 | $90.91 | 90.00% | $81.82 |
| 10/5/04 | 51212815 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.21 | $3.15 | $92.76 | 90.00% | $81.68 |
| 10/7/04 | 51212816 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.62 | $3.15 | $93.30 | 90.00% | $83.97 |
| 10/7/04 | 51212823 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.44 | $3.15 | $89.59 | 90.00% | $80.63 |
| 10/7/04 | 51212828 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.54 | $3.15 | $93.06 | 90.00% | $83.75 |
| 10/7/04 | 51212841 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.36 | $3.15 | $92.48 | 90.00% | $83.27 |
| 10/7/04 | 51212856 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.81 | $3.15 | $90.75 | 90.00% | $81.68 |
| 10/7/04 | 51212878 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.48 | $3.15 | $92.86 | 90.00% | $83.52 |
| 10/7/04 | 51212880 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.83 | $3.15 | $90.81 | 90.00% | $81.73 |
| 10/7/04 | 51212889 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.7 | $3.15 | $90.41 | 90.00% | $81.37 |
| 10/8/04 | 51212904 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.62 | $3.15 | $93.30 | 90.00% | $83.97 |
| 10/8/04 | 51212919 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.8 | $3.15 | $90.72 | 90.00% | $81.65 |
| 10/8/04 | 51212931 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.03 | $3.15 | $91.44 | 90.00% | $82.30 |
| 10/8/04 | 51212944 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.68 | $3.15 | $90.34 | 90.00% | $81.31 |
| 10/8/04 | 51212958 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.64 | $3.15 | $90.22 | 90.00% | $81.20 |
| 10/11/04 | 424621 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.85 | $3.15 | $90.88 | 90.00% | $81.79 |
| 10/11/04 | 425728 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.39 | $3.15 | $92.55 | 90.00% | $83.30 |
| 10/11/04 | 425732 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.39 | $3.15 | $89.43 | 90.00% | $80.49 |
| 10/11/04 | 51143581 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.53 | $3.15 | $93.02 | 90.00% | $83.72 |
| 10/11/04 | 51212962 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.37 | $3.15 | $89.37 | 90.00% | $80.43 |
| 10/12/04 | 51212988 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.42 | $3.15 | $89.52 | 90.00% | $80.57 |
| 10/12/04 | 51143617 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.42 | $3.15 | $92.67 | 90.00% | $83.45 |
| 10/12/04 | 51143626 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.79 | $3.15 | $93.84 | 90.00% | $84.46 |

Wednesday, December 08, 2004

JAN. 6. 2005  4:41PM     PALOMAR INSURANCE          NO. 424    P. 13

DEC-08-2004 09:52 AM GODWIN MATERIAL SERVICE 3345278723     P. 86

## Commission Report / LEASE    106          OLLIE GODWIN          Godwin Material Service, Inc.

| Date | Pit | Company | Location | Material | Qty | Rate | Amount | % | Comm |
|------|-----|---------|----------|----------|-----|------|--------|---|------|
| 10/12/04 | 51143630 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.73 | $3.15 | $93.65 | 90.00% | $84.29 |
| 10/12/04 | 51143645 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.3 | $3.15 | $92.32 | 90.00% | $83.07 |
| 10/12/04 | 51143659 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.63 | $3.15 | $90.18 | 90.00% | $81.16 |
| 10/12/04 | 51212982 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.9 | $3.15 | $93.87 | 90.00% | $84.48 |
| 10/13/04 | 51213018 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.21 | $3.15 | $88.86 | 90.00% | $79.97 |
| 10/13/04 | 51213025 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.72 | $3.15 | $90.47 | 90.00% | $81.42 |
| 10/13/04 | 51213031 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.69 | $3.15 | $90.37 | 90.00% | $81.33 |
| 10/13/04 | 51213040 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.52 | $3.15 | $93.84 | 90.00% | $80.95 |
| 10/13/04 | 51213053 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.8 | $3.15 | $93.87 | 90.00% | $84.48 |
| 10/13/04 | 51213056 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| 10/13/04 | 51213075 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.44 | $3.15 | $92.74 | 90.00% | $83.47 |
| 10/14/04 | 76221 | ANDERSON | *APAC | GREENVILLE | 89 SHOT | 29.13 | $5.00 | $145.65 | 90.00% | $131.09 |
| 10/14/04 | 51213676 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.84 | $3.15 | $93.97 | 90.00% | $84.03 |
| 10/14/04 | 51213087 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.76 | $3.15 | $93.74 | 90.00% | $84.37 |
| 10/14/04 | 51213098 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.84 | $3.15 | $93.37 | 90.00% | $84.03 |
| 10/14/04 | 51213108 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.4 | $3.15 | $92.61 | 90.00% | $83.33 |
| 10/14/04 | 51213120 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.02 | $3.15 | $91.41 | 90.00% | $82.27 |
| 10/14/04 | 51213133 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.96 | $3.15 | $91.22 | 90.00% | $82.10 |
| 10/14/04 | 51213145 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.39 | $3.15 | $92.58 | 90.00% | $83.32 |
| 10/15/04 | 51213151 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.76 | $3.15 | $93.74 | 90.00% | $84.37 |
| 10/15/04 | 51213163 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.11 | $3.15 | $91.70 | 90.00% | $82.53 |
| 10/15/04 | 51213173 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.09 | $3.15 | $91.63 | 90.00% | $82.47 |
| 10/15/04 | 51213193 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.25 | $3.15 | $92.14 | 90.00% | $82.93 |
| 10/15/04 | 51213209 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.09 | $3.15 | $91.60 | 90.00% | $82.44 |
| 10/15/04 | 51213221 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.79 | $3.15 | $90.69 | 90.00% | $81.62 |
| 10/15/04 | 51213223 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.6 | $3.15 | $90.09 | 90.00% | $81.08 |
| 10/15/04 | 51213231 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.38 | $3.15 | $89.40 | 90.00% | $80.46 |
| 10/15/04 | 51213238 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.8 | $3.15 | $93.87 | 90.00% | $84.48 |
| 10/15/04 | 51213247 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 29.22 | $3.15 | $92.04 | 90.00% | $82.84 |
| 10/15/04 | 51213253 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.46 | $3.15 | $92.80 | 90.00% | $83.52 |
| 10/15/04 | 51213258 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.5 | $3.15 | $89.78 | 90.00% | $80.80 |
| 10/15/04 | 51213265 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.2 | $3.15 | $91.98 | 90.00% | $82.78 |
| 10/15/04 | 51213274 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.58 | $3.15 | $93.49 | 90.00% | $84.14 |
| 10/15/04 | 51213288 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.45 | $3.15 | $92.77 | 90.00% | $83.49 |
| 10/15/04 | 51213294 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.73 | $3.15 | $93.65 | 90.00% | $84.29 |
| 10/19/04 | 51143661 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| 10/19/04 | 51143654 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.41 | $3.15 | $92.64 | 90.00% | $83.38 |
| 10/19/04 | 51143662 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.58 | $3.15 | $93.18 | 90.00% | $83.86 |
| 10/19/04 | 51143674 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.41 | $3.15 | $92.64 | 90.00% | $83.38 |
| 10/19/04 | 51143687 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.37 | $3.15 | $92.52 | 90.00% | $83.27 |
| 10/19/04 | 51143685 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.11 | $3.15 | $91.70 | 90.00% | $82.53 |

DEC-08-2004 09:33 AM   GODWIN MATERIAL SERVICE   3345278723      P.07

**Commission Report / LEASE**    106    OLLIE GODWIN    Godwin Material Service, Inc.

| Ticket | Pit | Lease | | Road | Material | Tons | Rate | Amount | % | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 26.75 | $3.15 | $84.55 | 90.00% | $81.50 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.32 | $3.15 | $92.16 | 90.00% | $93.09 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.28 | $3.15 | $89.01 | 90.00% | $84.43 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.73 | $3.15 | $90.65 | 90.00% | $84.24 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.57 | $3.16 | $90.45 | 90.00% | $83.04 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.95 | $3.15 | $91.19 | 90.00% | $83.07 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.6 | $3.16 | $93.24 | 90.00% | $83.92 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.4 | $3.16 | $92.61 | 90.00% | $83.25 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 55&67 GRAVEL | 29.4 | $3.16 | $92.61 | 90.00% | $83.25 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.25 | $3.16 | $92.45 | 90.00% | $83.21 |
| | CITY PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.4 | $3.15 | $92.61 | 90.00% | $83.35 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.24 | $3.16 | $92.11 | 90.00% | $92.98 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.75 | $3.16 | $90.58 | 90.00% | $81.69 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.85 | $3.15 | $89.43 | 90.00% | $83.35 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 55&67 GRAVEL | 28.61 | $3.15 | $90.64 | 90.00% | $83.03 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 55&67 GRAVEL | 28.42 | $3.15 | $92.07 | 90.00% | $83.40 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.41 | $3.16 | $92.64 | 90.00% | $83.38 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.5 | $3.15 | $92.93 | 90.00% | $83.64 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.48 | $3.15 | $92.88 | 90.00% | $83.57 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.13 | $3.15 | $91.78 | 90.00% | $92.58 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.39 | $3.15 | $92.59 | 90.00% | $83.32 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.65 | $3.15 | $91.60 | 90.00% | $82.44 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.31 | $3.15 | $89.23 | 90.00% | $83.10 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.03 | $3.15 | $89.54 | 90.00% | $82.39 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.75 | $3.16 | $89.71 | 90.00% | $84.34 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 7 GRAVEL | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.59 | $3.16 | $93.02 | 90.00% | $92.02 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.83 | $3.15 | $91.13 | 90.00% | $78.38 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28 | $3.15 | $88.20 | 90.00% | $83.27 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 7 GRAVEL | 28.97 | $3.15 | $92.02 | 90.00% | $79.50 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 27.62 | $3.15 | $97.00 | 90.00% | $76.30 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.11 | $3.13 | $91.70 | 90.00% | $82.83 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 5&67 GRAVEL | 29.14 | $3.15 | $94.70 | 90.00% | $82.81 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.97 | $3.16 | $91.26 | 90.00% | $82.13 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.71 | $3.16 | $90.44 | 90.00% | $81.40 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 28.77 | $3.15 | $93.76 | 90.00% | $84.40 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 23.59 | $3.15 | $79.85 | 90.00% | $71.88 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.45 | $3.15 | $92.77 | 90.00% | $83.48 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | 57&67 GRAVEL | 29.51 | $3.15 | $92.95 | 90.00% | $83.65 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 28.34 | $3.15 | $93.27 | 90.00% | $80.34 |
| | DOZER PIT | LAFARGE-SOUTH MONTGO | | TEAGUE ROAD | CONCRETE SAND | 29.39 | $3.15 | $92.58 | 90.00% | $83.32 |

Wednesday, December 08, 2004

Page 9 of 56

## Commission Report / LEASE    106    OLLIE GODWIN    Godwin Material Service, Inc.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10230A1 | 8114426 | DOZER PVT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 26.57 | $3.15 | $86.76 | 90.00% | $83.04 |
| 10230A0 | 8114426 | DOZER PVT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 5X67 GRAVEL | 26.57 | $3.15 | $83.15 | 90.00% | $83.04 |
| 10230A1 | 8114407 | DOZER PVT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 5X67 GRAVEL | 24.68 | $3.15 | $78.83 | 90.00% | $73.76 |

*Effective March 15th, paychecks WILL NOT be ready until AFTER 11:00 am on paydays.*

| | |
|---|---|
| $11,477.34 | $10,339.59 |

DEC-08-2004 09:23 AM GODWIN MATERIAL SERVICE 3345278728 P.09

JAN. 6. 2005 4:42PM PALOMAR INSURANCE NO. 424 P. 16

| Commission Report / LEASE | 108 | | | OLLIE GODWIN | | | | Godwin Material Service, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Ticket | From | Customer | Job Location | Material | Units | Rate | Total | Deliver % | Pay |
| 11/7/04 | 51144953 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.65 | $3.15 | $93.40 | 90.00% | $84.06 |
| 11/9/04 | 51144704 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.51 | $3.15 | $92.96 | 90.00% | $83.66 |
| 11/9/04 | 51144710 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.98 | $3.15 | $91.29 | 90.00% | $82.16 |
| 11/9/04 | 51144716 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.6 | $3.15 | $93.24 | 90.00% | $83.92 |
| 11/9/04 | 51144721 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.15 | $3.15 | $88.67 | 90.00% | $79.80 |
| 11/9/04 | 51144816 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.57 | $3.15 | $93.15 | 90.00% | $83.84 |
| 11/9/04 | 51144827 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.66 | $3.15 | $93.43 | 90.00% | $84.09 |
| 11/9/04 | 51144837 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.93 | $3.15 | $91.13 | 90.00% | $82.02 |
| 11/9/04 | 51144843 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.51 | $3.15 | $92.96 | 90.00% | $83.66 |
| 11/9/04 | 51144858 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| 11/9/04 | 51144868 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.51 | $3.15 | $92.96 | 90.00% | $83.66 |
| 11/9/04 | 51144877 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.55 | $3.15 | $93.11 | 90.00% | $83.80 |
| 11/9/04 | 51144887 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.43 | $3.15 | $92.70 | 90.00% | $83.43 |
| 11/9/04 | 51144997 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 25.62 | $3.15 | $90.78 | 90.00% | $81.70 |
| 11/10/04 | 26302 | RED BLUFF | *APAC | GREENVILLE | 12" | 26.8 | $5.80 | $144.00 | 90.00% | $129.60 |
| 11/10/04 | 51144911 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.32 | $3.15 | $92.38 | 90.00% | $83.12 |
| 11/10/04 | 51144914 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.6 | $3.15 | $93.24 | 90.00% | $83.92 |
| 11/10/04 | 51144918 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.14 | $3.15 | $91.79 | 90.00% | $82.61 |
| 11/10/04 | 51144923 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.05 | $3.15 | $91.51 | 90.00% | $82.36 |
| 11/10/04 | 51144930 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.33 | $3.15 | $89.24 | 90.00% | $80.32 |
| 11/10/04 | 51144938 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.46 | $3.15 | $92.80 | 90.00% | $83.52 |
| 11/11/04 | 26415 | RED BLUFF | *APAC | GREENVILLE | 12" | 28.35 | $5.00 | $141.75 | 90.00% | $127.58 |
| 11/11/04 | 51144949 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.18 | $3.15 | $91.92 | 90.00% | $82.73 |
| 11/11/04 | 51144964 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.75 | $3.15 | $90.56 | 90.00% | $81.50 |
| 11/11/04 | 51144975 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.31 | $3.15 | $92.33 | 90.00% | $83.10 |
| 11/15/04 | 51145073 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.46 | $3.15 | $92.80 | 90.00% | $83.52 |
| 11/15/04 | 51145081 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.6 | $3.15 | $93.24 | 90.08% | $83.92 |
| 11/15/04 | 51145111 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.47 | $3.15 | $92.83 | 90.00% | $83.55 |
| 11/15/04 | 51145128 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.43 | $3.15 | $92.70 | 90.00% | $83.43 |
| 11/15/04 | 51145144 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.5 | $3.15 | $92.93 | 90.00% | $83.64 |
| 11/15/04 | 51145159 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.6 | $3.15 | $93.24 | 90.00% | $83.92 |
| 11/16/04 | 51145162 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.41 | $3.15 | $89.49 | 90.00% | $80.54 |
| 11/16/04 | 51145177 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.41 | $3.15 | $92.64 | 90.00% | $83.38 |
| 11/16/04 | 51213731 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | COURSE AGG BLEN | 28.72 | $3.15 | $93.62 | 90.00% | $84.26 |
| 11/17/04 | 51145215 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 27.58 | $3.15 | $86.88 | 90.00% | $78.19 |
| 11/17/04 | 51145222 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.05 | $3.15 | $91.51 | 90.00% | $82.36 |
| 11/17/04 | 51145228 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.24 | $3.15 | $92.11 | 90.00% | $82.90 |
| 11/17/04 | 51145235 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.23 | $3.15 | $92.07 | 90.00% | $82.86 |
| 11/19/04 | 51145857 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.18 | $3.15 | $91.92 | 90.00% | $82.73 |
| 11/19/04 | 51145899 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.83 | $3.15 | $94.12 | 90.00% | $84.71 |
| 11/23/04 | 51145912 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.04 | $3.15 | $91.48 | 90.00% | $82.33 |

Wednesday, December 01, 2004

Page 5 of 36

# Commission Report / LEASE 166   OLLIE GODWIN   Godwin Material Service, Inc.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/04 | 9/11/2009 | DOZER PIT | LAFARGE-SOUTH MONTGO | TEAGLE ROAD | CONCRETE SAND | 26.84 | 33.15 | $69.81 | -30.00% | $91.82 |
| 11/23/04 | 9/11/2009 | DOZER PIT | LAFARGE-SOUTH MONTGO | TEAGLE ROAD | CONCRETE SAND | 79.16 | 33.15 | $9.89 | 80.00% | $52.73 |

*Effective March 15th, paychecks WILL NOT be ready until AFTER 11:00 am on paydays.*

$4,050.77   $3,984.72