AIG Claim Services, Inc.®
**A&H Claims Department**
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

**To:** STEVEN A. BARRINGTON, M.D.
**Company:** ALABAMA ORTHOPAEDIC SPECIALISTS
**Phone:** 334 274 9000
**Fax:** 334 274 0857

**From:** STEPHANIE PINE
**Company:** AIG--A&H CLAIMS--OCCUPATIONAL ACCIDENT UNIT
**Phone:** 302 661 8865
**Fax:** 302 661 8962

**Date:** 1/25/2005
**Pages including this cover page:** 1 INCLUDING COVER SHEET

**Comments:**

Dear Dr. Barrington,

In order to complete our review of Mr. Ollie Godwin's claim for Temporary Total Disability and Medical Benefits we need to request the following information. Please provide us with priority handling and return your replies by fax.

Is the claimant's disability due to injuries he sustained on 10/27/2004? If no, please explain in detail.

Is the claimant's disability due to a congenital and/or degenerative disease? If yes, please explain.

Please submit medical records and office notes for the period 1/1/2004 to present.

Thank you for giving our request your expeditious attention.

Sincerely, Stephanie Pine/ Claims Examiner

A Member Company of
American International Group, Inc.