**AIG Claim Services, Inc.®**
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

On behalf of:
**National Union Fire
Insurance Company of
Pittsburgh, Pa.**

February 9, 2005

Ollie Godwin
656 Ottis Faulk Drive
Honoraville, AL 36042

RE:   Policy Number:   **9056434**
      Member ID:       **R043430028**
      Claim Number:    **A-977302**
      Claimant:        **Same**
      Date of Loss     **10/27/2004**

Dear Mr. Godwin:

We have completed our review of the claim submitted for occupational accident benefits under the above captioned policy.

This policy provides benefits for covered losses when an insured sustains a bodily injury caused by an occupational accident resulting directly from and independent of all other causes. Pertinent provisions include:

### *SECTION I*                *GENERAL DEFINITIONS*

*Injury means bodily injury to an Insured Person caused by an Occupational accident while coverage is in force under this Policy, which results directly and independently of all other causes in a Covered Loss. All Injuries sustained by an Insured Person in any one accident shall be considered a single Injury.*

### *SECTION VI*               *EXCLUSIONS*

*This Policy does not cover any losses caused in whole or in part by, or resulting in whole or in part from, the following:*

A Member Company of
American International Group, Inc.

2. *sickness, disease or infections of any kind, except bacterial infections due to an accidental cut or wound, botulism or ptomaine poisoning;*

The disability claim form completed by Dr. Barrington on 1/7/2005 indicated Avascular Necrosis of both hips with collapse on left side. When we corresponded with Dr. Barrington's office to clarify the reason for your disability, we were provided office records that state; 11/22/04 "Mr. Godwin is here with a complaint of pain in the left leg and hip. He says that he has not had any specific injury to the hip." When we spoke with Dr. Barrington directly he stated that your condition was an underlying condition that was aggravated by work. He states that you had this condition but were not aware of it.

Based upon this information we must decline your claim for Temporary Total Disability and Accident Medical Expense benefits as your loss does not appear to be due to an occupational accidental injury. While we believe our position to be correct, we understand that you may disagree with our decision. If you have any new or additional information in support of your position that this loss is an occupational accident according to the terms and conditions of the policy, you should furnish our office with that information with your request for reconsideration of this decision.

Of course, we must respectfully request that you understand that we reserve all of our rights and defenses under the policy and the law, and none of our communications may be construed so as to waive any of those rights.

Sincerely,


Stephanie Pine
Claims Examiner