IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Court of Crenshaw County |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## DEFENDANT PALOMAR INSURANCE CORPORATION'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

COMES NOW the defendant, Palomar Insurance Corporation (hereinafter "Palomar"), by and through counsel and responds to the Plaintiff's First Request for Interrogatories and First Request for Production as follows:

### GENERAL OBJECTIONS

To the extent possible, Palomar is responding to Plaintiff's interrogatories and requests for production pursuant to the Federal Rules of Civil Procedure and, in responding, is interpreting words used by Plaintiff according to their ordinary and normal meaning.

Palomar objects to Plaintiff's instructions, definitions, interrogatories and requests for production to the extent they call for the production of information and/or documents which are protected, in whole or in part, by the attorney-client privilege, attorney work product doctrine, and/or were prepared in anticipation of litigation. Palomar also objects to the interrogatories and requests for production to the extent they request information which is not at issue in this case.

Palomar objects to Plaintiff's interrogatories and requests for production to the extent they call for information regarding claims handling and/or claims files. Such information is confidential and proprietary, and Alabama law clearly provides that Plaintiff is not entitled to information regarding claims files until Plaintiff have shown that he is entitled to a judgment as a matter of law as to

breach of contract claim.

Palomar objects to Plaintiff's interrogatories and requests for production to the extent they are immaterial, irrelevant, overly broad, unduly burdensome, vague, ambiguous, not sufficiently limited in scope, and are not reasonably calculated to lead to the discovery of admissible evidence. Palomar limits its production to those documents relating to Plaintiff or the Policy at issue.

In responding to these interrogatories and requests for production, Palomar expressly reserves the right to challenge the relevancy, materiality, admissibility and probative value of the information contained in the responses. Should Plaintiff decide to clarify and/or narrow any of his interrogatories and requests for production based on the factual and liability issues in this case, Palomar will review its objections and, if necessary, provide supplemental responses.

## INTERROGATORIES

1. Please state the name, address, phone number, title and association to the Defendant Palomar Insurance Corporation, of the person answering these interrogatories.

**RESPONSE:** **Ms. Sonya Berryman, c/o Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, 205-879-8722; claims manager.**

2. Please state, in specific detail, the steps taken to determine the cause of the Plaintiff's injuries of October/November 2004 and October 27, 2004.

**OBJECTION:** **This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.**

**RESPONSE:** **Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.**

3. Please state the title, name, address, phone number, and qualifications of the person who investigated the Plaintiff's claims.

**OBJECTION:** **This request is overly broad, vague and ambiguous. Furthermore,**

this calls for information beyond the scope of Palomar's knowledge.

RESPONSE: Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.

4. Please state the specific date and time of the aforementioned investigations.

OBJECTION: This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.

RESPONSE: Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.

5. Please state the usual and customary procedure that Palomar Insurance uses to investigate and determine whether or not claims are paid.

OBJECTION: This request is overly broad, vague, ambiguous and not reasonably calculated to lead to discovery of admissible evidence.

6. Please state the specific details as to how Palomar Insurance Corporation came to issue an Occupational Accident policy to Godwin Inc.

RESPONSE: Palomar Insurance Corporation did not issue an Occupational Accident Policy to Godwin Material Services, Inc.

7. Please state the name, address, and phone number of each and every person who contacted Ollie Godwin and/or Godwin, Inc., in regards to the Plaintiff's claims.

OBJECTION: This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.

RESPONSE: Without waiving said objections, Ms. Sonya Berryman and Ms. Suzanne Adger, both c/o Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, 205-879-8722 contacted the

Plaintiff on behalf of Palomar.

8. Have you been advised that your answers are made under oath, and may be used as material testimony in the event of a hearing, and must be updated in writing if your aforementioned responses change?

**RESPONSE:** Yes.

### REQUEST FOR PRODUCTION

1. Please produce a copy of the signed policy of insurance issued to Godwin Material Services, Inc.

**RESPONSE:** Please see documents attached as Exhibit 1 to Defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s Response to Plaintiff's First Request for Interrogatories and First Request for Production.

2. Please produce a copy of your investigator's report in reference to the Plaintiff's claims.

**RESPONSE:** Palomar did not undertake an investigation of the causes of the Plaintiff's injuries; consequently, there is no Palomar investigator's report.

3. Please produce all documents, reports, pictures, video recordings, witness statements, notes, writings, memorandums, tape recordings of interview with Plaintiff, or any and all other things including, but not limited to, all investigation reports, relating to the Plaintiff's claims of October/November 2003 and October 27, 2004.

**OBJECTION:** This request is overly broad, vague, ambiguous and not reasonably calculated to lead to discovery of admissible evidence. Palomar

                    further objects to the extent this request calls for documents protected by the attorney-client privilege, attorney work product doctrine and/or prepared in anticipation of litigation.

**RESPONSE:** Without waiving said objections, please see documents attached hereto as Exhibit 1.

4. Please produce the name, address, and phone number of any expert witness retained by you in the defense of this case.

**OBJECTION:** Palomar has not made a determination regarding which, if any, expert witnesses it intends to retain. This response will be supplemented when such a determination is made.

5. Please produce any and all documents, photographs, audio/video recordings, or other evidence obtained by you, whether or not such evidence is intended to be introduced at the trial of this cause.

**OBJECTION:** This request is overly broad, vague, ambiguous, and Plaintiff not reasonably calculated to lead to discovery of admissible evidence. Palomar further objects to the extent this request calls for documents protected by the attorney-client privilege, attorney work product doctrine and/or prepared in anticipation of litigation.

**RESPONSE:** Without waiving said objections, please see documents previously produced herein.

DATED this the 30 day of December, 2005.

*[signature]*
Palomar Insurance Corporation
By: Sonya Berryman
Its: claims manager

State of __Alabama__ )
County of __Montgomery__ )

BEFORE ME, a Notary Public in and for said County and State personally appeared Sonya Berryman, who is known to me, and who read and understands the foregoing Responses to Interrogatories and states that the facts therein are true and correct to the best of her knowledge and belief, and that in her capacity as claims manager with Palomar Insurance Corporation signed the forgoing document on the same bears date.

SWORN TO and subscribed before me on this the __30__ day of December 2005.

__Donna Mack__
NOTARY PUBLIC
My Commission Expires: 11/21/09

AS TO THE OBJECTIONS:

*[signature]*
John W. Dodson          (DOD012)
Michelle L. Crunk       (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
Post Office Box 430189
Birmingham, AL 35243-0189

Page 6 of 7

## CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of ~~December~~ January, 2006, a copy of the foregoing document has been served upon counsel for all parties to this proceeding by the following method:

    __X__    mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____    hand delivery

    _____    via facsimile

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971

*/s/ Michelle L. Crunk*
OF COUNSEL

OF COUNSEL:
**FERGUSON FROST & DODSON, LLP**
Post Office Box 430189
Birmingham, AL 35243-0189

# EXHIBIT 1

Sonya,

I still haven't received a check yet, I know you said it was being process. Could you check in to it and see what is the hold up. It's been 5½ weeks since I turn in the paper work.

Thanks

Ollie Godwin

Fax No.
(334) 537-9506



**PALOMAR INSURANCE CORPORATION**
Insurance Brokerage & Risk Management Consulting

July 1, 2004

Mr. Ollie Godwin
656 Ottis Faulk Drive
Honorville, AL. 36042

Re:  Claim Forms

Dear Mr. Godwin,

Please complete the enclosed claim forms for consideration to be given to your claim with regards to your accident on 10/7/03.

For Accident Medical Expenses or Accidental Dismemberment or Paralysis of the following needs to be fully completed by you: **Section B of the Accident Medical Claim Form.** Please remember to date and sign this form at the bottom. Your medical bills will be denied and will become your responsibility unless this form is returned.

For Temporary, Total Disability or Weekly Accident Indemnity benefits you will need to ‌‌‌‌‌‌‌ Section C of the Occupational Accident Disability Claim Form. Section B of the Occupational Accident Claim ‌‌‌‌‌‌‌ needs to be completed ‌‌‌‌ or making sure that ‌‌‌ that you will be unable to ‌‌‌‌‌ onto this form. Please ‌‌‌ a copy of your most recent 1099, or 3 month earnings statement, as will need this to tabulate any disability that you may be entitled to after your 7 day waiting period. If this injury was the result of a motor vehicle accident AIG will require a copy of the police report.

Please send claims forms back to me as soon as possible in the envelope provided. You may also fax them to me @ 334-323-0585. If you have any questions my toll free number is 800-482-7394.

*This is not a guarantee of coverage and should not be construed as one.

Please call me if you have any questions or need any assistance with the attached forms.

Yours truly,

PALOMAR SPECIAL RISK CLAIMS

Suzanne Adger

P.O. Box 11125 • Montgomery, Alabama 36111-0125 • 4325 Executive Park Drive • Montgomery, Alabama 36116-1600
Main Tel: 334-270-0105 • Benefits Fax: 270-0340 • Commercial Fax: 270-8159 • Personal Fax: 271-0499 • Transportation Fax: 279-6067 • Spcl Risk Fax: 323-1319

AIG Life Insurance Company
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

NAME OF GROUP: GODWIN MATERIALS
POLICY NUMBER: 8056434
CLAIMANT: Ollie Godwin

## OCCUPATIONAL ACCIDENT MEDICAL CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Claimant.
3.) If claimant is treated in the hospital, please attach an itemized hospital bill.
4.) If claimant is treated by a doctor, SECTION C is to be completed, signed and dated by the Attending Physician or attach an itemized bill.
5.) Attach itemized bills for all medical expenses being claimed including the claimant's name, condition being treated (diagnosis), description of services, date of service(s) and the charge made for each service.
6.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A - PARTICIPATING ORGANIZATION STATEMENT

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |

| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES ☐ NO |

DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED

| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN: | DATE COVERAGE TERMINATED (IF APPLICABLE) |

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |

SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE                                    DATE

### SECTION B - CLAIMANT'S STATEMENT

| CLAIMANT'S FULL NAME (PLEASE PRINT) | SOCIAL SECURITY NUMBER |

| STREET ADDRESS | CITY | STATE | ZIP |

| DATE OF BIRTH | TELEPHONE ( ) |

GIVE FULL DESCRIPTION OF INJURY OR DISEASE FROM WHICH YOU ARE NOW SUFFERING. IF AN INJURY, TELL WHEN IT HAPPENED (DATE AND TIME), PLACE WHERE ACCIDENT OCCURRED, WHAT YOU WERE DOING AND HOW IT HAPPENED.

HAVE YOU EVER HAD THIS, OR A SIMILAR CONDITION, IN THE PAST?    ☐ YES ☐ NO
IF YES, STATE THE NATURE OF THE CONDITION, DATES OF TREATMENT AND NAMES AND ADDRESSES OF TREATING DOCTORS, HOSPITALS AND CLINICS.

WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS CONDITION?

HOSPITALS (GIVE COMPLETE NAMES, ADDRESSES AND DATES OF CONFINEMENT.)

GIVE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS.

GIVE NAME, ADDRESS AND TELEPHONE NUMBER OF USUAL FAMILY PHYSICIAN.

WHAT OTHER ACCIDENT, SICKNESS OR DISABILITY INSURANCE DO YOU CARRY AND WHAT OTHER ORGANIZATIONS OR COMPANIES HAVE PAID YOU BENEFITS FOR SICKNESS OR INJURY?

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**AUTHORIZATION**

I, the undersigned, authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

SIGN YOUR FULL NAME                                    DATED:

AIG Life Insurance Company
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

NAME OF GROUP: GOODWIN
POLICY NUMBER: 8056434
CLAIMANT: Ollie Godwin

## OCCUPATIONAL ACCIDENT DISABILITY CLAIM FORM

**INSTRUCTIONS:**
1) You must have SECTION A fully completed by a designated official of the Participating Organization.
2) SECTION B is to be completed, signed and dated by the Attending Physician.
3) SECTION C is to be completed, signed and dated by Claimant.
4) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A - PARTICIPATING ORGANIZATION STATEMENT FOR DISABILITY

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|

| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES ☐ NO | DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED |
|---|---|---|

| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN: | DATE LAST WORKED: | TIME LAST WORKED: |
|---|---|---|---|

| DATE LOSS TIME STARTED: | WEEKLY EARNINGS (PLEASE INCLUDE PAYROLL RECORDS FOR THE 3 MONTH PERIOD PRECEDING LOSS DATE) |
|---|---|

| WILL CLAIMANT BE RECONTRACTED? | ☐ YES ☐ NO | DATE RETURNED TO WORK: |
|---|---|---|

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |
|---|---|---|

| SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE | DATE |
|---|---|

### SECTION B - ATTENDING PHYSICIAN'S STATEMENT FOR DISABILITY

PATIENT NAME AND ADDRESS:

WHEN DID SYMPTOMS FIRST APPEAR OR ACCIDENT HAPPEN?  DATE _____

IF ACCIDENT DESCRIBE, HOW, WHEN AND WHERE ACCIDENT OCCURRED.

DIAGNOSIS AND CONCURRENT CONDITIONS (IF FRACTURE OR DISLOCATION, DESCRIBE NATURE AND LOCATION):

IS CONDITION DUE TO AN INJURY OR SICKNESS ARISING OUT OF PATIENT'S EMPLOYMENT? ☐ YES ☐ NO

IF "YES," EXPLAIN.

WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION?  DATE _____

HAS PATIENT EVER HAD THE SAME OR SIMILAR CONDITION? ☐ YES ☐ NO

IF "YES," STATE WHEN AND DESCRIBE:

NATURE AND DATE OF SURGICAL PROCEDURE, IF ANY (DESCRIBE FULLY)  DATE _____

PROVIDE DATES OF OTHER MEDICAL TREATMENT AND DESCRIBE:

WHAT OTHER SERVICES, IF ANY, DID YOU PROVIDE OR PRESCRIBE PATIENT? (PROVIDE DATES.)

IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION? ☐ YES ☐ NO

IF "NO," GIVE DATE YOUR SERVICES TERMINATED.  DATE _____

( DATES REQUIRED )

HOW LONG WAS OR WILL PATIENT BE CONTINUOUSLY TOTALLY DISABLED (UNABLE TO WORK)?  FROM: _____ TO: _____

HOW LONG WAS OR WILL PATIENT BE PARTIALLY DISABLED?  FROM: _____ TO: _____

IF PERMANENT PARTIAL DISABILITY, INDICATE PERCENTAGE OF IMPAIRMENT: _____

TO YOUR KNOWLEDGE, DOES PATIENT HAVE OTHER HEALTH INSURANCE OR HEALTH PLAN COVERAGE? ☐ YES ☐ NO

IF "YES" IDENTIFY.

| DATE | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE ( ) |
|---|---|---|---|

| STREET ADDRESS | CITY OR TOWN | STATE OR PROVINCE | ZIP CODE |
|---|---|---|---|

| CLAIMANT'S FULL NAME (PLEASE PRINT) | | | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|
| Street Address | | City | | State | Zip |
| Date Of Birth | Height And Weight | Marital Status | | Telephone ( ) | |
| Occupation | Duties | | Monthly Earnings | Weekly Earnings | |

| | | | |
|---|---|---|---|
| (1) | Give Full Description Of Injury Or Disease From Which You Are Now Suffering. If An Injury, Tell When It Happened (Date And Time), Place Where Accident Occurred, What You Were Doing And How It Happened. | | |
| (2A) | Have You Ever Had This, Or A Similar Condition, In The Past? | ☐ Yes ☐ No | |
| (B) | If yes, state the nature of the condition, dates of treatment and names and addresses of treating doctors, hospitals and clinics. | | |
| (3A) | Give exact date when illness began, or injury occurred. | (A) Date: | |
| (B) | When did you first consult a physician for this condition? | (B) Date: | |
| (C) | When did you become totally disabled (unable to work)? | (C) Date: | |
| (D) | When were you able to again perform part of your occupational duties? | (D) Date: | |
| (E) | When were you able to again perform all of your occupational duties? | (E) Date: | |
| (F) | If still totally disabled, when do you expect your disability to end? | (F) Date: | |
| (4) | Hospitals (Give complete names, addresses and dates of confinement.) | | |
| (5A) | Give names, addresses and telephone numbers of all attending physicians. | | |
| (B) | Give name, address and telephone number of usual family physician. | | |
| (6) | What other accident, sickness or disability insurance do you carry and what other organizations or companies have paid you benefits for sickness or injury? | | |
| (7) | What other medical or surgical treatment has been received during the past 5 years? (Give dates, nature of illness or injury and names and addresses of all treating doctors, hospitals and clinics.) | | |
| (8) | Names, addresses and telephone numbers of employers and length of employment with each? | | |

**I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

| SIGN YOUR FULL NAME | DATED: |
|---|---|
| | |


PALOMAR INSURANCE CORPORATION
INSURANCE BROKERAGE & RISK MANAGEMENT CONSULTING

July 1, 2004

Mr. Ollie Godwin
656 Ottis Faulk Drive
Honorville, AL. 36042

Mr. Godwin,

I have attached the letter that Godwin Materials sent on your behalf regarding your 1st injury in late October 2003. AIG will review this for Disability since Godwin confirmed that you were under dispatch at this time. I have to start an entirely new claim on you for this date of accident so I will need an exact date in October, and the city and state you were in at the time of injury. AIG will need you to complete a new set of claim forms attached for this new claim.

If you have any questions please feel free to contact me.

Thank you,

Suzanne Adger

PALOMAR SPECIAL RISK CLAIMS
800-482-7394

Cc; Godwin

P.O. BOX 11128 • MONTGOMERY, ALABAMA 36111-0128 • 4325 EXECUTIVE PARK DRIVE • MONTGOMERY, ALABAMA 36116-1600
MAIN TEL: 334-270-0105 • BENEFITS FAX: 270-0340 • COMMERCIAL FAX: 270-8139 • PERSONAL FAX: 271-0499 • TRANSPORTATION FAX: 279-8067 • SPCL RISK FAX: 323-1319

*Godwin Material Service, Inc.*
*P.O. Box 12*
*Brantley, Alabama 36009*
*334-527-3540*

March 17, 2004

Marion Parker
Palomar Insurance Corporation
Benefits Department
P.O. Box 11128
Montgomery, Alabama 36111-0128

RE:   Patient Name: Ollie Godwin
      Patient Account No: A41000/A3CO000P
      Insured ID No: R040480009
      Claim No: T06142402
      Claim Office: 024
      Examiner Code: PGA
      Loss Date: 11/22/2003

Dear Marion:

This letter is confirming Ollie Godwin was tarping a load in late October of 2003 and Ollie slipped off tarp rack and hit his stomach. Ollie reported this verbally to Cindy Jordan, Godwin Material's Safety Director. Ollie remained in pain, but did not seek medical attention.

On November 22, 2003, Ollie was working on his truck and the muffler fell on Ollie's stomach in the same area as the October accident. Ollie received medical attention. This claim was reported to AIG.

AIG has agreed to pay as a non-occupational claim. This decision was based on their opinion that he was not under dispatch.

However, based on the first fact he was maintaining the truck at the direction of Godwin for DOT purposes. This was required before he could proceed again with a load. The second fact is the November accident was reoccurring from the October accident, where Ollie was clearly under dispatch. Therefore, based on these facts, we feel the claim should be paid as an occupational claim.

I will be glad to confirm these facts in any other manner AIG may deem necessary. Thank you in advance for your reconsideration of this matter.

Sincerely,

Jerry Godwin

Cc: Ollie Godwin, 556 Ottis Faulk Drive, Honoraville, AL 36042