IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:05-cv-00783-SRW |
| | ) From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE | ) Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., et al., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED BY DEFENDANT

**COMES NOW**, the Plaintiff, Ollie Godwin, by and through his attorney of record and submits the following answers to the discovery propounded by the Defendant:

1. Describe in detail any and all contact between you and the defendants regarding policies 8056434 and 9056434 and any claims made thereunder.

   **A.** **Letters from Suzanne Adger (Palomar Ins.) and Stephanie Pines at the main office. The letters were produced in Plaintiffs Initial disclosures.**

2. Identify any and all documents you received from the defendants pertaining to Policies 8056434 and 9056434 or any claims made thereunder.

   **A.** **All documents received from the defendants have been disclosed in Plaintiffs initial disclosures and are self explanatory.**

3. Describe in detail the nature and amount of damages alleged in your Complaint.

   **A.** **I should have received disability payments of $500.00 per week for six months under the insurance policy while I was injured and recovering. The policy should**

have paid for my surgery and treatment therefore I am asking for the amount of my medical bills injury, mileage to and from treatment and other incidentals.

### November 2003 Medical Expenses

| | |
|---|---|
| Hernia Injury: | $12,315.50 |
| AIG paid: | 7500.00 |
| Balance owed: | 4815.50 |
| Incidentals: | 60.00 |
| | $4,875.00 |

Disability payments not made: 3,000.00

### October 2004 Medical Expenses

| | |
|---|---|
| Hip Injury | $36,590.00 |
| Prescriptions: | 97.46 |
| Medical Supply: | 144.55 |
| Incidentals | 525.00 |
| | $39,016.62 |

Disability payments not made:    26 weeks + 3 days =13,000.00

4.  Provide the names of any and all physicians you have seen in the last ten (10) years.

A.  **Dr. Danny Hood, Dr. Norman McGowin, Dr. Kyhard Adams, Dr. Steven Barrington**

5.  Provide the name, dates of policy and policy number for any health insurance you had in 2003 through the present.

A.  **Blue Cross Blue Shield XAA887493378 (contract #) 05543 (group #) effective date 12/01/2003**

**Occupational Accident Insurance** – Palomar Ins. Corp. TRK 805 6434 this policy was issued 17 or 18 years ago.

**Occupational Accident Insurance** –Philadelphia American Life Ins. Company #00001 Group # 0000571103, Issued 10/22/05 ( obtained after Palomar Ins. cancelled)

6.  Did you make any claims under the policy(ies) identified in the proceeding interrogatory?

**A. I did make a claim for benefits with Blue Cross Blue Shield.**

7.  Identify each and every expert witness which you expect to call to testify in this case as well as

 a) the subject matter upon which said expert will testify;

 b) a summary of the expert's facts and opinions; and

 c) said expert's qualifications which you contend enable him or her to render opinions pertaining to matters in this case.

**A. No determination of an expert has been made at this time.**

8.  Identify by name, address, and phone number any and all individuals who possess knowledge of discoverable information regarding the events described in your Complaint.

**A. Dr. Barrington.**

 **Steve Pritchle – 256-234-0461 Godwin Materials**

 **Robert Watkins – 334-462-7233 Godwin Materials**

 **Doug Sin – 1-800-624-6467 Godwin Materials**

 **Cindy Jordan – 1-800-624-6467 Godwin Materials**

 **Marilyn Godwin – 334-537-4978**

 **Arnold Dunn –334- 365-7438**

**Godwin immediate family members.**

9. Identify by name, address, and phone number each and every relative living in Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa Counties

A. Objection: This Interrogatory is unduly burdensome and not calculated to lead to discoverable evidence. Without waiving said objection the Plaintiff states as follows:

**John and Connie Wood 335-6737 Luverne, AL.**
**Donnie and April Wood 335-4039 Luverne, AL**
**Ben & Tracy Elmore unknown Autauga**
**Elbert & Joanne McCarthy- 335-5718 Luverne, AL**
**Walley & Janette Williams- unknown Luverne, AL\**
**Jackie Godwin       - 335-3471 Luverne, AL**
**Stafford & Hazel Stephens 335-3766 Rutledge, AL**
**Elzora & Grady Stephens 335-3766, Rutledge, AL**
**Margaret & David Penn- 537-9211 Honoraville, AL**
**Eddie & Freddie Paulk – 537-4681 Honoraville, AL**
**Woodrow & Faye Faye – 537-9506 Honoraville, AL**
**Teresa Samply – unknown – Honoraville, AL**
**John & Teresa Stovall – Honoraville, AL 537-4772**
**Bryan Penn – unknown - Montgomery**
**Mandy Penn – 537-9211 Honoraville, AL**
**Michele & Tray Moseley 537-9311 Honoraville, AL**
**Kim & Westley Boyd 537-4408 Highland Home, AL**
**Tina & Ron McGough 537-4870 Honoraville, AL**
**Brandie & Ollie Godwin Jr. 335-6902 Honoraville, AL**
**Joey Godwin 537-9506 Honoraville, AL**

Ann & Ken Stephens 537-4910 Panola, AL

Calvin & Michiele Stephens 335-2458 Luverne, AL.

Keith Stephens 335-4261 Luverne, AL

Danny & Angie Stephens 335-5215 Luverne, AL

Donnie & Wanda Stephens 335-3548

Mark & Karen Morgan 335-4262 Rutledge, AL

Russell Faulk 288-5867 Montgomery, AL

Robert Harris no phone Honoraville, AL

Robert Keith Sexton 537-4993 Honoraville, AL

Kenneth & Stephanie Godwin unknown Coffee County

STATE OF ALABAMA    )

LOWNDES COUNTY      )

Personally appeared before me, the undersigned and Notary Public in and for the State of Alabama at Large, Ollie Godwin, being by me and first duly sworn, does depose and says that the statement contained in the foregoing complaint are true and correct.

**SUBSCRIBED AND SWORN TO** before me this ____ day of _____ 2006.

_____
Notary Public
My Commission Expires: _____

## REQUEST FOR PRODUCTION

1. Produce any and all documents received from the defendants regarding Policies 8056434 and 9056434, benefits received therefrom, and claims made thereunder.

    **A.    All documents in my possession have been produced.**

2. Produce any and all medical bills, statements, receipts, or other documents relating to the injuries fro which you made claims under Policies 8056434 and 9056434.

    **A.    All documents in my possession have been produced.**

3.  Produce any and all documents which you have provided to any expert(s), including but not limited to correspondence, any and all written documents said experts have created in relation to this matter, a summary of each opinion each such expert has reached or expects to render at trial, and a copy of the expert's curriculum vitae.

A.  **Objection: This Request for Production seeks material which is attorney work product and not discoverable. Without waiving this objection plaintiff states that no expert has been obtained at this time.**

4.  Produce all documents supporting any damages you are claiming in this case.

A.  **In addition to Rule 26 Disclosures see Exhibit 1.**

5.  To the extent not heretofore requested herein, produce any and all documents which you have consulted, reviewed, or relied upon in drafting responses to these interrogatories and Requests for Production.

A.  **Objection: This Request for Production seeks material which is privileged or attorney work product and not discoverable. Without waiving said objection all documents in the possession of the plaintiff have been produced.**

Respectfully submitted this 9 day of Feb. 2006.

Arlene M. Richardson, (RIC045)

**RICHARDSON LEGAL CENTER, LLC**
Attorney for the Plaintiff
Post Office Box 971
Hayneville, AL 36040
Telephone: (334) 548-5660
Fax: (561) 228-5810

## CERTIFICATE OF SERVICE

This is to certify that on this the 9 day of Feb 2006 a copy of the foregoing document has been served upon counsel for all parties to this proceeding via United States Mail.

Michelle L. Crunk, Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
P.O. Box 430189
Birmingham, AL 35243-0189

Arlene M. Richardson

NON NEGOTIABLE

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
858 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000080564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A87730224
Claim Office: 024
Date Paid: 07/12/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 0509 050905 | 01 | 81 | 50.00 | 50.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0508 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0508 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| **Totals** | | | | $200.00 | $200.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance

## Checks Issued

| Payee Name | Amount |
|---|---|
| | |

Total Amount Paid This Claim

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525 EXECUTIVE PARK DR
MONTGOMERY           AL 36116

## Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

## Description of Benefit Codes

81 - PHYSICIAN VISIT
A7 - X-RAY

**Thank you for the opportunity to service this claim.**
**Please call (800)551-0824   with any questions you have.**

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701



# Claims Processed Report

**BlueCross BlueShield of Alabama**

An Independent Licensee of the
Blue Cross and Blue Shield Association.

450 Riverchase Parkway East
Birmingham, Alabama 35244-2858

THIS IS NOT A BILL.

Keep this summary for your records or
review at www.bcbsal.com

---

                    05543-000                        Date:  AUGUST 4, 2005
OLLIE R. GODWIN                                      Contract Number: XAA887493378
656 OTIS FAULK DR                                    GODWIN MATERIAL SERVICES, INC.
HONORAVILLE,          AL 36042-3736    

Summary of Claim Number: 555-2081842        If you have questions about
                                            this report, please call
                                            1-800-292-8868.

Total charges for OLLIE R. GODWIN:   $541.00
Amount paid to Provider:             $33.60
You owe HAYNES AMBULANCE SERVICE:    $507.40
(This amount may have been paid at time of visit or may
be covered by other insurance.)
You have met  $400.00 of your  $400.00 2005 deductible.

## Itemization

| Date of Service | Services | Submitted Charges | Eligible Charges | Noncovered Charges | Coverage Percentage | Copay | Deductible | Benefits Paid |
|---|---|---|---|---|---|---|---|---|
| 02/15/2005 | AMBULANCE SERVICE | $275.00 | $275.00 | | | | $275.00 | $0.00 |
| 02/15/2005 | AMBULANCE SERVICE | $266.00 | $152.00[1] | $114.00 | 80% | $8.40 | $110.00 | $53.60 |
| TOTALS | | $541.00 | $427.00 | $114.00 | | $8.40 | $385.00 | $33.60 |

[1] THE SUBMITTED CHARGE EXCEEDS THE ELIGIBLE CHARGE WHICH IS THE MAXIMUM ALLOWANCE FOR THIS SERVICE.

---

For Your Health
Exercise is an important aspect of a healthy lifestyle.
Visit www.bcbsal.com and select "For your Health Wellness Tools
r You" to learn more about how exercise can improve your health.

NON NEGOTIABLE

# EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE                    AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 10720739
Insured ID Number: R043430028
Claim Number: A97730227
Claim Office: 024
Date Paid: 08/23/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | 0607 060705 | 01 | 73 | 9,425.50 | 9,425.50 | | .00 | 000 | .00 | R2 |
| | | | Totals | $9,425.50 | $9,425.50 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance

Total Amount Paid This Claim _____

### Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |
| | |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY                          AL 36116

### Description of Remark Codes*
R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes
73 - ADD'L ACC EXP

Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.
The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

```
                              IN THE AMOUNT OF                  ,387.00  PAYABLE TO
                              AMEDISYS OF MONTGOMERY
                              ALABAMA
                              11100 MEAD RD STE 300
                              BARON ROGUE                       LA    70816
```

# NON NEGOTIABLE

# EXPLANATION OF BENEFITS

PROC 14

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL    36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No:  000090584340

Patient Name: OLLIE GODWIN
Patient Account Number: W1000319
Insured ID Number: R043430028
Claim Number: A87730226
Claim Office: 024
Date Paid: 07/28/2005
Examiner Code: STT
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| AMEDISYS OF | 0323 032305 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0330 033005 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0408 040805 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| **Totals** | | | | **$387.00** | | | **$387.00** | | **$387.00** | |

Reduced Because of Other Insurance

## Checks Issued

| Payee Name | Amount |
|---|---|
| AMEDISYS OF MONTGOMERY | $387.00 |

Total Amount Paid This Claim   $387.00

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY                        AL  36116

### Description of Remark Codes*

### Description of Benefit Codes

83 - PHYS THERAPY

**Thank you for the opportunity to service this claim.**
**Please call (800)551-0824   with any questions you have.**

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

**NON NEGOTIABLE**

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE      AL    36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A97730225
Claim Office: 024
Date Paid: 07/14/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 0516 051605 | 01 | A7 | 740.00 | 740.00 | | .00 | 000 | .00 | R2 |
| | | | Totals | $740.00 | $740.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525 EXECUTIVE PARK DR
MONTGOMERY                AL 36116

**Description of Remark Codes***

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

**Description of Benefit Codes**

A7 - X-RAY

lank you for the opportunity to service this claim.
ease call (800)551-0824   with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

54 Information Expires 12/22/2005

**SAM'S CLUB Pharmacy** (334) 277-5454  1080 EASTERN BLVD. MONTGOMERY, AL 36117-0000  $16.64
GODWIN, OLLIE    11/28/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 3    QTY: 30    DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L    NABP: 0129038
053323486387006999
BAL    Patient Pay    $9.73

GODWIN OLLIE

Ollie
11-28-05
sleeping pill

Signature Required  Y
11/28/2005 11:14:24 AM
Page No : 1

**SAM'S CLUB Pharmacy** (334) 277-5454  1080 EASTERN BLVD. MONTGOMERY, AL 36117-0000  $16.64
GODWIN, OLLIE    11/28/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 3    QTY: 30    DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L    NABP: 0129038
053323486387006999
BAL    Patient Pay    $9.73

GODWIN OLLIE
656 OTISFAULK DR
HONORAVILLE, AL 36042
(334) 537-9508
11/28/2005    (334) 277-5454
RX: 4411733    REF = 3
BAL    Copay: $9.73
OC# 955 923 883 576 592 384 107 659 238
4  79311 91550  9
TOTAL: $9.73
Priority: Will Pickup

---

54 Information Expires 11/17/2006

**SAM'S CLUB Pharmacy** (334) 277-5454  1080 EASTERN BLVD. MONTGOMERY, AL 36117-0000  $16.64
GODWIN, OLLIE    10/27/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 4    QTY: 30    DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L    NABP: 0129038
053006042108005999
BAL    Patient Pay    $9.73

GODWIN OLLIE

Ollie
10-27-05
sleeping pill

Signature Required  Y
10/27/2005 04:57:21 PM
Page No : 1

**SAM'S CLUB Pharmacy** (334) 277-5454  1080 EASTERN BLVD. MONTGOMERY, AL 36117-0000  $16.64
GODWIN, OLLIE    10/27/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 4    QTY: 30    DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L    NABP: 0129038
053006042108005999
BAL    Patient Pay    $9.73

GODWIN OLLIE
656 OTISFAULK DR
HONORAVILLE, AL 36042
(334) 537-9508
10/27/2005    (334) 277-5454
RX: 4411733    REF = 4
BAL    Copay: $9.73
OC# 955 923 883 576 592 384 107 659 238
4  79311 87054  9
TOTAL: $9.73
Priority: Will Pickup

63. Information Expires 06/18/2005

**SAM'S CLUB Pharmacy**  (334) 277-5454   1080 EASTERN BLVD.   MONTGOMERY, AL 36117-0000   $13.88

GODWIN, MARILYN R.                 07/14/2005   REFILL
656 OTIS FAULK DR  HONORAVILLE, AL 36042
RX: 4410731   Ref # 3   QTY: 30   DAW: 0   DS: 30
NDC: 59762-3718-04   TRIAZOLAM 0.25MG   TAB GRE
ADAMS, KYNARD L                    NABP: 0129038
0519557055900002999
BAL                       Patient Pay      $9.73

GODWIN, MARILYN R.

*[handwritten: Marily 7-14-05 Sleeping pill]*

Signature Required   Y
07/14/2005 04:03:09 PM

Page No : 1

**SAM'S CLUB Pharmacy**  (334) 277-5454   1080 EASTERN BLVD.   MONTGOMERY, AL 36117-0000   $13.88

GODWIN, MARILYN R.                 07/14/2005   REFILL
656 OTIS FAULK DR  HONORAVILLE, AL 36042
RX: 4410731   Ref # 3   QTY: 30   DAW: 0   DS: 30
NDC: 59762-3718-04   TRIAZOLAM 0.25MG   TAB GRE
ADAMS, KYNARD L                    NABP: 0129038
0519557055900002999
BAL                       Patient Pay      $9.73

OC# 955 923 883 576 592 384 107 659 238

GODWIN
MARILYN R.
656 OTIS FAULK DR
HONORAVILLE, AL 36042
(334) 537-9506
07/14/2005   (334) 277-5454
RX: 4410731   REF = 3
BAL
Copay:   $9.73
TOTAL:   $9.73

4 79311 71875 9

Priority: Will Pick Up

---

44 Information Expires 12/16/2004

**SAM'S CLUB Pharmacy**  (334) 277-5454   1080 EASTERN BLVD.   MONTGOMERY, AL 36117-0000   $8.46

GODWIN, OLLIE                      12/13/2004   NEW
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4409616   Ref # 0   QTY: 33   DAW: 0   DS: 5
NDC: 00406-0357-05   HYDROCO/APAP5-500MG TAB MAL
BARRINGTON, STEVE A                NABP: 0129038
0434861532080007999
BAL                       Patient Pay      $4.81

GODWIN OLLIE

*[handwritten: 12-2004  pd]*

Signature Required   Y
12/13/2004 06:20:09 PM

Page No : 1 of 2

**SAM'S CLUB Pharmacy**  (334) 277-5454   1080 EASTERN BLVD.   MONTGOMERY, AL 36117-0000   $8.46

GODWIN, OLLIE                      12/13/2004   NEW
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4409616   Ref # 0   QTY: 33   DAW: 0   DS: 5
NDC: 00406-0357-05   HYDROCO/APAP5-500MG TAB MAL
BARRINGTON, STEVE A                NABP: 0129038
0434861532080007999
BAL                       Patient Pay      $4.81

OC# 455 923 868 776 592 384 107 659 238

GODWIN
OLLIE
656 OTISFAULK DR
HONORAVILLE, AL 36042
(334) 537-9506
12/13/2004   (334) 277-5454
RX: 4409616   REF = 0
BAL
Copay   $4.81
TOTAL:   $4.81

4 79311 43154 2

Priority: Dr Call In

# STATEMENT

MONTGOMERY ANESTHESIA ASSOC PC
PO BOX 934462
ATLANTA GA 31193-4462

SHOW AMOUNT PAID HERE  $ _____

| (334)279-1450 | 12/06/05 | 66642 | 01 | 1065.00 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO | NEW BALANCE |

OLLIE GODWIN
656 OTIS FAULK DR
HONORAVILLE AL 36042

175

MONTGOMERY ANESTHESIA ASSOC PC
PO BOX 934462
ATLANTA GA 31193-4462

NOTE: Charges and payments not appearing on this statement will appear on next month's statement.

RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME/CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| | | SERVICES RENDERED | | | |
| 021005 | HARING | TOTAL HIP REPLACEMENT | OLLIE | 1140.00 | |
| 021005 | HARING | INJECT SPINE L/S (CD) | OLLIE | 525.00 | |
| 021605 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 022105 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 041805 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 042505 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 050405 | | BILLED:BLUE CROSS BLUE SHIE | | | |
| 062005 | | BILLED:BLUE CROSS BLUE SHIE | | | |
| 071105 | | BCBS ERA PAYMENT | | | 840.00- |
| 071105 | | BCBS ERA PAYMENT | | | 225.00- |
| 071105 | | BCBS ERA ADJ | | | 300.00- |
| 071105 | | BCBS ERA ADJ | | | 300.00- |
| 120605 | | RECOUPMENT | | 840.00 | |
| 120605 | | RECOUPMENT | | 225.00 | |
| 120605 | | BC RECOUPMENT | | 0.00 | |

IMPORTANT NOTE: PAYMENT DUE IN FULL UPON RECEIPT OF STATEMENT.
THIS BILL IS FOR PROFESSIONAL ANESTHESIA SERVICES.
THERE WILL BE A $26.00 ASSESSMENT FOR RETURNED CHECK FEES.

| STATEMENT CLOSING DATE 12/06/05 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | | 66642 | |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | PAYMENTS & CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
| 0.00 | 1665.00- | 2730.00 | 0.00 | 0.00 | 1065.00 | 0.00 | 1065.00 |

SEND INQUIRIES TO:
(334)279-1450
MONTGOMERY ANESTHESIA ASSOC PC
PO BOX 934462
ATLANTA GA 31193-4462

```
05/05                    SUMMARY ACCOUNT STATEMENT                        PAGE:  1
                        CUSTOMER'S OUTSTANDING INVOICES
-----------------------------------------------------------------------------------
@ HOME MEDICAL, INC.
324 ST.LUKES DRIVE
MONTGOMERY, AL 36117

(334) 274-0088


-----------------------------------------------------------------------------------
ACCOUNT  :  OLLIE R GODWIN                    PHONE:      (334) 537-
            656 OTIS FAULK DRIVE              ACCT NO:    R00501596
            HONORAVILLE, AL 36042


-----------------------------------------------------------------------------------
INVOICE      SERVICE   ITEM       DESCRIPTION                              A
NUMBER       DATE                                                          (P
-----------------------------------------------------------------------------------
01-022969    02/12/05  E0163      COMODE CHAIR STAT FA
01-022969    02/12/05  E0143      WALKER, FOLDING/WHEELED
                                  W/O SEAT
01-022969    02/12/05  K0103      TRANSFER BOARD
-----------------------------------------------------------------------------------
ACCOUNT BALANCE

INSURANCE COMPANY NAMES:
     PALAMA - PALAMAR SPECIAL RISK

             THE BALANCE SHOWN IS THE AMOUNT DUE FROM YO
             AT HOME MEDICAL, 324 ST LUKES DRIVE, MONTG
```

| FROM | BILLING DATE | BALANCE | DUE DATE |
|---|---|---|---|
| MULBERRY DIAGNOSTIC CENTER<br>2100 CHESTNUT STREET<br>MONTGOMERY    AL 36106 | 11-30-05 | 190.00 | 12-15-2005 |
| | ACCOUNT NO.<br>0101821 | AMOUNT PAID | YOUR CHECK NO. |

**PLEASE DETACH THIS STUB AND RETURN REMITTANCE PORTION (LEFT) WITH YOUR PAYMENT**

☐ CHECK HERE TO NOTE BILLING ADDRESS CHANGE ON REVERSE SIDE OF STUB.

| REMIT TO | BILLING TO |
|---|---|
| MULBERRY DIAGNOSTIC CENTER<br>2100 CHESTNUT STREET<br>MONTGOMERY    AL 36106 | OLLIE R GODWIN<br>656 OTIS FAULK DR<br>HONORAVILLE    AL  36042 |

**DETACH HERE AND RETURN WITH PAYMENT**

## MESSAGES

IF PAYMENTS ARE BEING MADE REGULARLY DISREGARD
MESSAGE - 264-9729

## SERVICES SUMMARY

```
       ------ Your   Responsibility ------
Date   Patient/Check   Description           Provider      Amount
======  ============== ===================== ============= ========
10-31-05               Balance Forward From 10-31-05        190.00
```

BALANCE DUE ▶    190.00

## ACCOUNT SUMMARY

| BILLING DATE | ACCOUNT NO. | BALANCE DUE | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|
| 11-30-05 | 0101821 | 190.00 | 0.00 | 0.00 | 0.00 | 190.00 |