IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Court of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

### AFFIDAVIT OF DR. DANIEL W. MICHAEL

STATE OF ALABAMA            )
COUNTY OF JEFFERSON    )

My name is Dr. Daniel W. Michael. I am over the age of nineteen years and have personal knowledge of the facts set forth herein.

1. I am a medical doctor practicing in the State of Alabama. A copy of my curriculum vitae outlining my educational and professional background is attached hereto as Exhibit A.

2. I reviewed the medical records of Mr. Godwin subpoenaed in the course of the above-styled lawsuit as well as the x-rays and MRIs of Mr. Godwin maintained in Dr. Barrington's office.

3. The x-rays and MRIs reveal bilateral avascular necrosis of the hips – a disease process that was definitely present prior to Mr. Godwin's alleged injury on October 27, 2004.

4. Avascular necrosis is a disease resulting from loss of blood supply to the bones.

5. The first x-rays and MRIs I reviewed are dated early November 2004, and on review, there is apparent avascular necrosis of the left hip with no collapse of the femoral head. Although on the x-ray film the right hip appears normal, the MRI shows avascular necrosis in the right hip as well.

6. Because of the normal time that it takes for avascular necrosis to develop, particularly to the point it had developed in his left hip, it is my opinion that there is no relationship between the alleged October 2004 accident and the onset and subsequent problems Mr. Godwin had in both hips from the avascular necrosis of the femoral heads.

Further affiant saith not:

_____
Dr. Daniel W. Michael

STATE OF ALABAMA       )
COUNTY OF JEFFERSON    )

BEFORE ME, the undersigned Notary Public in and for said County and State, personally appeared Dr. Daniel W. Michael, whose name is signed to the foregoing Affidavit, and who is known to me and who, being by me first duly sworn, on oath deposes and says that he has personal knowledge of the statements contained in the foregoing Affidavit and that they are true and correct.

SWORN TO and subscribed before me on this the 4th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 6/7/09

137388

ORTHOPEDIC SURGEONS, P.C.
2151 HIGHLAND AVENUE
SUITE 300
BIRMINGHAM, ALABAMA 35205

DANIEL W. MICHAEL M.D.

TELEPHONE
(205) 909-1000

## Daniel W. Michael, M. D.

### Curriculum Vitae

| | |
|---|---|
| Auburn University-B.S. Degree-Cum Laude | -1973 |
| University of Alabama, Birmingham-M.D. Degree | -1977 |
| Internship-Surgical-Carraway Methodist Medical Center | -1977-1978 |
| Residency-Orthopedic Surgery-Medical Center, University of Alabama | -1978-1982 |
| Private Practice | -1982-Present |
| Licensed by: Alabama State Board of Medical examiners | -1977 |
| Board Certified-American Board of Orthopedic Surgery | -1984 |
| Clinical Instructor, Div of Orthopedic Surgery University of Alabama in Birmingham | -1982-Present |
| Consultant, Kerner-Quarterback Sports Medicine Institute of Alabama, Birmingham, Alabama | -1982-Present |

MEDICAL ORGANIZATIONS AND SOCIETIES:

Alabama Orthopedic Society, Inc.

American Medical Association

Medical Association of the State of Alabama

Jefferson County Medical Society

Jefferson County Orthopedic Surgical Society

Fellowship American College of Surgeons



EXHIBIT A