IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv783-SRW |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on October 6, 2006. The parties are DIRECTED to comply with the order of this court entered on December 16, 2005 (Doc. # 17), which establishes the briefing schedule.

Additionally, the parties are DIRECTED to provide the court with courtesy copies of their summary judgment briefs[1] and bound and tabbed copies of their evidentiary submissions on or before November 9, 2006.

Done, this 10th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Brief should be separate from the bound evidentiary submissions.