**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

October 24, 2006

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:    Godwin v. Palomar Insurance Corporation et al

Case Number:    2:05-cv-00783-SRW

**This Notice of Correction was filed in the referenced case this date to correct the motion PDF document previously attached to include the date.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 25   filed on   October 23, 2006.**