IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV783-SRW |
| ) | (WO) |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause, it is

ORDERED that plaintiff's motion for leave to amend to add Blue Cross Blue Shield of Alabama as a party defendant is DENIED. The proposed amendment attached to plaintiff's motion asserts claims against Palomar Insurance Corporation and Godwin Material Services, Inc., defendants previously dismissed by the court as fraudulently joined. (See Doc. # 18). Plaintiff may renew her motion after modifying the proposed amendment so that it addresses only her claims against National Union and Blue Cross.

DONE, this 24th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE