IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cv-00783-SRW |
| | ) | From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE | ) | Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., and | ) | |
| BLUE CROSS BLUE SHIELD OF ALABAMA, | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO REMAND

**COMES NOW,** the Plaintiff, by and through his attorney of record, and would request that this Honorable Court remand the instant case back to the Circuit Court of Crenshaw County and in support of would state as follows:

1.      That the instant case was filed on July 12, 2005 in the Circuit Court of Crenshaw County;

2.      That Defendant, National Union Fire Insurance Company of Pittsburg, Inc., filed for removal to the United States District Court for the Middle District of Alabama Northern Division on August 12, 2005;

3.      That said jurisdiction of this Court is based completely upon Diversity jurisdiction;

4      That at the time of the filing of the instant complaint, the Plaintiff was covered under two separate insurance policies, i.e., the policy with National Union Fire Insurance Company of Pittsburg, Inc., and a health insurance policy with Blue Cross Blue Shield of Alabama;

5.      That the Plaintiff, through discovery, has determined that Blue Cross Blue Shield of Alabama is a necessary defendant and must be joined in order for the Plaintiff to receive complete adjudication and compensation for his injuries;

6.      That, pursuant to 28 U.S.C.A. §1332, the joinder of Blue Cross Blue Shield of Alabama will destroy diversity jurisdiction as Blue Cross Blue Shield of Alabama is an entity located and doing business within Alabama.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that this Honorable Court will grant this his Motion To Remand.

Respectfully submitted this 25th day of October, 2006.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk          mlc@ffdlaw.com
John W. Dodson             jwd@ffdlaw.com, amj@ffdlaw.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:      NONE

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net