IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., ET AL., | ) ) ) ) |
| Defendants. | ) ) |

2:05-cv-00783-SRW

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The Plaintiff has made offers of settlement in this case and defendant has made counteroffers many discussions have taken place over the phone. Counsel for both parties participated in lengthy settlement discussion on September 8, 2006, following a deposition. The parties are continuing settlement discussions.

Counsel for the Plaintiff and defendant have discussed possible mediation and have discussed the benefits of mediating with a magistrate judge. Neither party is opposed to mediation should it become necessary.

s/Arlene M. Richardson

Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 26 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk          mlc@ffdlaw.com
John W. Dodson             jwd@ffdlaw.com, amj@ffdlaw.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Respectfully submitted,

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net