IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:05-cv-00783-SRW |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

## EXHIBIT LIST

| Exhibit Number | Description |
|---|---|
| 1. | Excerpts Deposition of Ollie Godwin |
| 2. | Commission Report of Ollie Godwin 10/22/03 |
| 3. | Stabler Hospital Record 12/29/03 |
| 4. | Report of Dr. Danny Hood 12/4/03 |
| 5. | Commission Report of Ollie Godwin 11/22/03 |
| 6. | Excerpt NUFI Policy pg. 2 |
| 7. | Affidavit of Ollie Godwin |
| 8. | Faxed Proof of Loss Claim Form 12/10/03 |
| 9. | Excerpt NUFI Policy |
| 10. | Excerpt NUFI Policy Hernia Coverage Rider |
| 11. | Excerpts Deposition of Cindy Jordon |
| 12. | NUFI Claim Form signed by Cindy Jordon |
| 13. | Explanation of Benefits Forms paying claims for 10/27/04 accident |
| 14. | Medical Notes; Doctor Barrington 12/3/04 |

15. Letter from Dr. Barrington to AIG 3/2/05
16. Affidavit of Dr. Daniel W. Michael
17. Letter of Denial 2/27/04
18. Commission Report of Ollie Godwin 10/27/04
19. E-mail Correspondence
20. NUFI Proof of Loss Forms
21. Explanation of Benefits Forms Unpaid Claims