OLLIE GODWIN
NATIONAL UNION FIRE INSURANCE COMPANY

OLLIE GODWIN
July 10, 2006

## Page 69

1   A.   I don't remember. I hurt
2   myself then, but I kept working, you
3   know. And then when the muffler fell on
4   me, that's when I had to have something
5   done about it.
6   Q.   You stated earlier that after
7   the tarp rack hit you, you told somebody
8   at Godwin Material about that?
9   A.   Yes.
10  Q.   Cindy Jordan; is that correct?
11  A.   Yes.
12  Q.   What did you tell Cindy?
13  A.   I told her I fell on the tarp
14  rack and hurt my stomach. It swolled up
15  and it bruised, so I told her, you know,
16  in case anything come up about it.
17  Q.   Did you fill out a claim for
18  that injury?
19  A.   No.
20  Q.   Did you request Cindy to fill
21  out a claim for you?
22  A.   No. I just -- they always
23  tell us to call when something happens so

## Page 70

1   they'll have it on record.
2   Q.   Did you call Cindy to let her
3   know that you had been injured or did you
4   speak to her in person?
5   A.   I called her.
6   Q.   What did she say to you in
7   response?
8   A.   She just said, okay, she'd
9   make a note of it, put it on file, you
10  know.
11  Q.   Did you go see a doctor after
12  your injury on October 25th?
13  A.   No, not right then.
14  Q.   Do you know if you did miss
15  any work on October 26th or not?
16  A.   I'm not sure.
17  Q.   Okay. Looking at the sheets
18  that your attorney just gave me, I'm
19  missing the month of November, 2003.
20  MS. CRUNK: Do you have those
21  sheets?
22  MS. RICHARDSON: No.
23  MS. CRUNK: I have October

## Page 71

1   2003, and then the next sheet starts on
2   December 12th, 2003.
3   MS. RICHARDSON: Let's see.
4   Maybe we just didn't copy it. Were you
5   out of work? No. We don't have those.
6   MS. CRUNK: Okay.
7   Q.   (BY MS. CRUNK:) These sheets
8   that I have in front of me, these
9   commission reports, are these documents
10  that you maintain or did you get these
11  from Godwin Material?
12  A.   No. We maintain them.
13  Q.   So would you have in your
14  possession the records for the month of
15  November 2003?
16  A.   Yes.
17  Q.   And we could get those?
18  A.   These are what comes in with
19  your settlement each month so you'll know
20  exactly how many loads you hauled.
21  Q.   Okay.
22  A.   Yeah, she'd have that.
23  Q.   Okay. So, on October 25th,

## Page 72

1   you were injured with the tarp rack, and
2   called in Cindy and told her that you
3   were hurt, but you did not file a claim
4   at that time; is that correct?
5   A.   That's correct.
6   Q.   And then what happened in --
7   let's go back. On October 25th, you had
8   just unloaded a load; is that correct?
9   A.   That's correct.
10  Q.   Did you go pick up a load
11  after you hurt yourself?
12  A.   Yeah.
13  Q.   That same day; is that
14  correct?
15  A.   No, not that day. The next
16  day I did.
17  Q.   So -- I'm sorry to interrupt
18  you. The load that you had just unloaded
19  on October 25th before you injured
20  yourself was your last load for that day?
21  A.   That's correct.
22  Q.   And as far as you know, you
23  went the next day?

18 (Pages 69 to 72)

Tyler Eaton Morgan Nichols & Pritchett Inc.

PLAINTIFF'S
EXHIBIT
/

OLLIE GODWIN                                          OLLIE GODWIN
NATIONAL UNION FIRE INSURANCE COMPANY                 July 10, 2006

Page 73

1    A.  I worked the next day.
2    Q.  Worked the next day.  Okay.
3    A.  The papers show it.  I'm not
4  one just to run to the doctor just every
5  little bump.
6    Q.  After you were hit with the
7  tarp rack, did you go immediately home?
8    A.  Yeah.
9    Q.  Did you call Cindy from your
10 house?
11   A.  Yes.
12   Q.  You stated that Godwin
13 Material requested that you call in every
14 time you had an injury; is that correct?
15   A.  Anything that something might
16 occur from it later on, yeah.
17   Q.  Prior to being hit with a tarp
18 rack on October 25th, 2003, had you ever
19 called any other injury in to Godwin
20 Material?
21   A.  Not that I can remember.
22   Q.  You stated earlier that on
23 November 25th, 2003 you hit yourself with

Page 74

1  a muffler; is that correct?
2    A.  Yeah, with a muffler.
3    Q.  What time of day did this
4  occur?
5    A.  I think it was around about
6  11:00.
7    Q.  What time of day was it when
8  you were hit with the tarp rack in that
9  paper?
10   A.  Probably around 4:30 or 5:00.
11   Q.  Do you typically finish work
12 daily around 4:30 or 5:00?
13   A.  Well, I did then because if
14 you notice, all the tickets is that
15 concrete company, TCC.  That's just --
16 that's when they was building the Hyundai
17 plant.  I was hauling sand from one side
18 of Montgomery, from the north side to the
19 south side.  So most of it all run out
20 about the same time.
21   Q.  It looks like during the month
22 of December 2003 and also over here in
23 February 2004 that TCC is also the same

Page 75

1  company that you're driving for.  Is this
2  also in relation to building the Hyundai
3  plant?
4    A.  Yeah.
5    Q.  So for how long did you do
6  that?
7    A.  About seven or eight months.
8  It was a long time.  Some days we'd fill
9  them up and go somewhere else, but I was
10 their primary hauler for them.
11   Q.  When you were delivering sand
12 from north of Montgomery to south of
13 Montgomery for TCC, what time in the
14 morning would you start?
15   A.  Most of the time it'd be about
16 7:00.
17   Q.  So am I correct in
18 understanding that from about 7:00 to
19 about 5:00 in the evening you would just
20 make continuous runs hauling sand from
21 north of Montgomery to south of
22 Montgomery?  Is that correct?
23   A.  Yeah.

Page 76

1    Q.  Okay.  Tell me what happened
2  the day that you were hit with a muffler.
3    A.  On a big truck, you got big
4  mufflers.  I took the top clamp off.  I
5  took the bottom clamps off to pick it up.
6  On a T-600 Kenworth, you've got a guard
7  comes around.  You have to pick the
8  muffler up over the guard and out.  When
9  I picked it up over the guard and coming
10 out with it at an angle, I had to come
11 out of the bracket at the top.  And it
12 was pushing me backwards.
13        So when I tripped, the
14 muffler -- I fell on my back, and the
15 muffler hit me in the stomach, same place
16 I hit the tarp rack.
17   Q.  Where were you working on the
18 muffler?
19   A.  At home, my shop.
20   Q.  You stated earlier that this
21 happened around 11:00 a.m.; is that
22 correct?
23   A.  Yes.

Tyler Eaton Morgan Nichols & Pritchett Inc.

PLAINTIFF'S
EXHIBIT
I

OLLIE GODWIN
NATIONAL UNION FIRE INSURANCE COMPANY

OLLIE GODWIN
July 10, 2006

---

Page 77

1    Q.   Had you made any deliveries
2   that day?
3    A.   No. It's been a while back.
4   I don't believe so. Seemed like the
5   truck was loaded with pea gravel when the
6   pipe blowed out. You have to fix it
7   because DOT will shut the truck down if
8   they catch you because of exhaust going
9   to the cab of the truck with the driver.
10    Q.   When had the pipe broke?
11    A.   Bringing it in, you know,
12   fixing to take a load to haul it. We was
13   taking a load off. He brought it in to
14   the house because the pipe busted.
15    Q.   Who brought it into the house?
16    A.   I forgot who was driving for
17   me then. I can check on it.
18    Q.   This was not the truck you
19   were driving at that time?
20    A.   Not right there at the time,
21   it wasn't. But I was going to take it
22   off.
23    Q.   So would this have been Clyde

---

Page 78

1   or Mark who was driving the truck?
2    A.   No, wouldn't be one of those.
3    Q.   But it was another person with
4   whom you had contracted to drive one of
5   your trucks; is that correct?
6    A.   Yeah. It was my truck.
7    Q.   When the pipe burst, you were
8   not driving the truck; is that correct?
9    A.   No.
10    Q.   Would you have records at home
11   that would be able to show who the driver
12   was on that truck at that time?
13    A.   I might have. I would have to
14   look. I should have receipts for the
15   parts that were purchased to fix the
16   truck.
17    Q.   Did you purchase the parts to
18   fix that truck from Godwin Material?
19    A.   I don't remember if I got them
20   from them or the parts house.
21    Q.   Where is the parts house?
22   What is that?
23    A.   Well, we use several different

---

Page 79

1   ones: Capitol Volvo, Fleet Pride,
2   Freightliner, Kenworth, Peterbilt.
3    Q.   So I'm correct that you don't
4   purchase all of your parts from Godwin
5   Material; is that correct?
6    A.   No.
7    Q.   Is there a shop at Godwin
8   Material where you can work on your
9   trucks?
10    A.   They have their own shop,
11   yeah.
12    Q.   Does the shop at Godwin
13   Material ever make any repairs on the
14   trucks you own?
15    A.   They have when my hips was --
16   I had surgery on my hip.
17    Q.   When Godwin Material did work
18   on your trucks when you were injured with
19   your hip, in addition to any parts that
20   you had to purchase for those trucks, did
21   you have to pay Godwin Material for any
22   labor?
23    A.   No.

---

Page 80

1    Q.   Did you have to pay for
2   anything besides parts?
3    A.   No.
4    Q.   Have you ever worked on a
5   truck at the shop at Godwin Material?
6    A.   Yeah.
7    Q.   When have you worked on a
8   truck at Godwin's shop?
9    A.   It's been a couple of years
10   back. I put a back end in one,
11   transmission on one.
12    Q.   Was this work you were doing
13   on trucks you owned?
14    A.   On my trucks, yeah.
15    Q.   How do you decide whether to
16   do the work at your house or at the shop
17   at Godwin when you're repairing your own
18   trucks?
19    A.   Well, it's according to where
20   it breaks down at. We take it to the
21   closest place.
22    Q.   Do you do all your repair on
23   your own trucks?

---

PLAINTIFF'S
EXHIBIT

1

OLLIE GODWIN
NATIONAL UNION FIRE INSURANCE COMPANY

OLLIE GODWIN
July 10, 2006

Page 85

1  paper. I forgot exactly which day I did
2  go.
3      Q.  On this paper?
4      A.  No. It was on one my wife
5  left.
6          MS. RICHARDSON: The package
7  that I gave you earlier with the
8  insurance coverages.
9          MS. CRUNK: Okay. All the
10  sheets that you gave me earlier relate to
11  the hip problem.
12      Q.  (BY MS. CRUNK:) Did you go to
13  the doctor the next day?
14      A.  I'm not sure. I think -- I
15  would have to see exactly which day it
16  fell. I went a couple of days after,
17  next day or a couple after. I can find
18  the records at the house if you want me
19  to.
20          MS. RICHARDSON: Well, it will
21  be reflected in the medical records, too,
22  I'm sure.
23      A.  Yeah.

Page 86

1      Q.  Did you call Cindy or anyone
2  else at Godwin Material the day of the
3  accident to let them know?
4      A.  The next day I did.
5      Q.  Who did you speak with?
6      A.  Cindy.
7      Q.  What did you tell Cindy?
8      A.  Told her I had a muffler fall
9  on me, hit me in the same place I hurt
10  myself with the tarp rack.
11      Q.  Did you fill out a claim at
12  that time?
13      A.  No.
14      Q.  Did you request that Cindy
15  make a claim at that time?
16      A.  No. They don't ever ask you
17  to make a claim. They just tell you to
18  report it. And then when you go to the
19  doctor and everything, then you'll get
20  your papers and fill them all out. The
21  doctor fills his part out.
22      Q.  Who did you get the papers
23  from that you filled out for your hernia?

Page 87

1      A.  I think from Cindy. On the
2  hernia, I went to see Dr. Hood, and then
3  Dr. Hood called Dr. McGowin. He was the
4  surgeon.
5      Q.  Take a look at these two
6  sheets for me, if you will.
7      A.  (Reviewing document.)
8      Q.  Do you remember filling out
9  that form?
10      A.  My wife filled the top part
11  out, I know.
12      Q.  Is that your signature on the
13  bottom of the page?
14      A.  Yes.
15      Q.  Both pages?
16      A.  Yes.
17      Q.  Okay.
18      A.  Some of this I believe is what
19  the doctors filled out.
20          MS. RICHARDSON: Can we mark
21  that?
22          MS. CRUNK: Sure.
23          (Whereupon, Defendant's

Page 88

1          Exhibit 2 was marked for
2          identification.)
3      Q.  (BY MS. CRUNK:) Okay. It
4  looks like to me here it said the injury
5  occurred on the 11/22nd/03. And here it
6  says, "When is the first date that you
7  consulted a physician for this condition?
8  December 4th, 2003." Do you agree with
9  me that that's what it says?
10      A.  That's what it looks like it
11  says. Yes.
12      Q.  This sheet that you signed is
13  dated January 8th, 2004. Is that the
14  first form you filled out regarding your
15  hernia claim?
16      A.  I'm not sure.
17      Q.  Okay.
18      A.  The 8th, the 8th is when I
19  went back to have the staples taken out.
20      Q.  Okay. This is a copy of the
21  complaint that you filed, and I'm going
22  ask you to look at page three,
23  specifically paragraphs 11 and 12. Would

Tyler Eaton Morgan Nichols & Pritchett Inc.

PLAINTIFF'S
EXHIBIT

1

OLLIE GODWIN
NATIONAL UNION FIRE INSURANCE COMPANY

OLLIE GODWIN
July 10, 2006

Page 113

1  Ms. Gambino about this information being
2  incorrect in this letter?
3      A.  I don't remember if I did or
4  not.
5      Q.  So your dispute with your
6  hernia claim is that you should have been
7  paid $500 a week for disability payments;
8  is that correct?
9      A.  Yes.
10          MS. CRUNK:  Let's take a
11  break.
12          (Recess.)
13      Q.  (BY MS. CRUNK:)  I have a
14  couple more questions with regard to your
15  hernia claim.  When the driver of the
16  truck called and told you that the pipe
17  had busted, did you tell him to bring the
18  truck into your shop?  Is that correct?
19      A.  Yes.
20      Q.  Did the truck have to be towed
21  or could he drive it that far?
22      A.  No.  He drove it in.
23      Q.  Okay.  Did you notify anyone

Page 114

1  at Apek that the load was not going to be
2  delivered that evening?
3      A.  No.
4      Q.  Did you notify anyone at
5  Godwin that the load would not be
6  delivered?
7      A.  No.
8      Q.  Did you notify anybody at
9  Godwin that the pipe had burst on the
10  truck?
11      A.  No.
12      Q.  So the decision to fix the
13  muffler was your decision?
14      A.  Yes.  Well, it was filling the
15  cab up with smoke.  And the DOT will shut
16  you down for that.  Then you will tow it
17  in or fix it beside the highway.
18      Q.  So the first time anyone at
19  Godwin knew that there was something
20  wrong with the truck is when you called
21  to report the muffler falling on you; is
22  that correct?
23      A.  That's correct.

Page 115

1      Q.  These sheets that you produced
2  to me today indicate that your last day
3  of work in 2003 was 12/22/03; is that
4  correct?
5      A.  That's correct.
6      Q.  And your first day of work
7  after your hernia was February 3rd, 2004;
8  is that correct?
9      A.  That's correct.
10      Q.  Okay.  Let's move on from your
11  hernia injury to your hip injury.  Tell
12  me what happened in October of 2004 when
13  you injured your hip and knee.
14      A.  Well, I was hauling to the
15  concrete company.
16      Q.  The same company that you were
17  hauling to in February of 2004?
18      A.  Yeah.
19          MS. RICHARDSON:  Hang on just
20  a second.
21          (Off-the-record discussion.)
22          MS. RICHARDSON:  Okay.
23      Q.  (BY MS. CRUNK:)  So you were

Page 116

1  hauling to the concrete company?
2      A.  That's correct.
3      Q.  And then what happened?
4      A.  Well, I got out, opened the
5  tailgate of my truck, dumped my load of
6  sand out, pulled my truck forward.  And I
7  started letting my bed down, so I stepped
8  out of the truck.  And the front wheel
9  had went up on a mound, and I didn't know
10  it.  I misjudged it.  When I stepped out,
11  the bottom step was about two foot high
12  instead of about a foot high.  And I
13  misjudged it, and I fell, which at the
14  time I thought I twisted my knee, you
15  know.
16      Q.  When that accident happened or
17  when you twisted your knee, did you get
18  back in the truck and drive for the rest
19  of the day?
20      A.  Yes.  Well, I got up.  You
21  know, I thought I would kick it off.  I
22  was walking around kicking my knee, you
23  know, trying to get it to feel better.

Tyler Eaton Morgan Nichols & Pritchett Inc.

EXHIBIT