Commission Report / LEASE 106   OLLIE GODWIN   Godwin Material Service, Inc.

| Date | Commission | TCC/LEASE | Location | Material | Qty | Rate | Amount | % | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/03 | 51205878 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.42 | $2.90 | $85.32 | 90.00% | $76.79 |
| 10/20/03 | 51205809 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.31 | $2.80 | $85.00 | 90.00% | $76.50 |
| 10/20/03 | 51205999 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.34 | $2.90 | $85.09 | 90.00% | $76.58 |
| 10/21/03 | 51123460 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.52 | $2.90 | $85.61 | 90.00% | $77.05 |
| 10/21/03 | 51123585 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 28.81 | $2.90 | $83.55 | 90.00% | $75.20 |
| 10/21/03 | 51205922 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.21 | $2.90 | $84.71 | 90.00% | $76.24 |
| 10/21/03 | 51205928 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.19 | $2.90 | $84.65 | 90.00% | $76.19 |
| 10/21/03 | 51205835 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.15 | $2.90 | $84.54 | 90.00% | $76.09 |
| 10/21/03 | 51123687 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.19 | $2.90 | $84.65 | 90.00% | $76.19 |
| 10/22/03 | 51205804 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.16 | $2.90 | $84.56 | 90.00% | $76.10 |
| 10/22/03 | 51206023 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.44 | $2.90 | $85.38 | 90.00% | $76.84 |
| 10/22/03 | 51205971 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.28 | $2.90 | $84.91 | 90.00% | $76.42 |
| 10/22/03 | 51205979 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.43 | $2.90 | $85.35 | 90.00% | $76.82 |
| 10/22/03 | 51205986 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.19 | $2.90 | $84.65 | 90.00% | $76.19 |
| 10/22/03 | 51206045 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.52 | $2.90 | $85.61 | 90.00% | $75.84 |
| 10/22/03 | 51206055 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.06 | $2.90 | $84.27 | 90.00% | $75.84 |
| 10/23/03 | 51123773 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.51 | $2.90 | $85.58 | 90.00% | $77.02 |
| 10/23/03 | 51206010 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.29 | $2.90 | $84.94 | 90.00% | $77.05 |
| 10/23/03 | 51206023 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.44 | $2.90 | $85.38 | 90.00% | $76.45 |
| 10/23/03 | 51206033 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.18 | $2.90 | $84.62 | 90.00% | $76.16 |
| 10/23/03 | 51206098 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.97 | $2.90 | $84.01 | 90.00% | $75.61 |
| 10/24/03 | 51206113 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.21 | $2.90 | $84.71 | 90.00% | $76.24 |
| 10/24/03 | 51206122 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.52 | $2.90 | $85.61 | 90.00% | $74.19 |
| 10/24/03 | 51206134 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.42 | $2.90 | $82.42 | 90.00% | $75.84 |
| 10/24/03 | 51206140 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.36 | $2.90 | $85.14 | 90.00% | $76.63 |
| 10/24/03 | 51206144 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.14 | $2.90 | $84.51 | 90.00% | $76.06 |
| 10/24/03 | 377258 | TPC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.2 | $2.90 | $84.68 | 90.00% | $76.21 |
| 10/24/03 | 51206034 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.94 | $2.90 | $83.93 | 90.00% | $75.54 |
| 10/24/03 | 51206084 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.49 | $2.90 | $85.52 | 90.00% | $76.97 |
| 10/25/03 | 51206146 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.79 | $2.90 | $83.49 | 90.00% | $75.14 |
| 10/25/03 | 51206149 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.1 | $2.90 | $81.49 | 90.00% | $73.34 |
| 10/25/03 | 51206153 | TCC-CITY PIT | SOUTH MONTGOMERY | 67 GRAVEL | 29.32 | $2.90 | $85.03 | 90.00% | $78.53 |
| 10/27/03 | 377366 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.49 | $2.90 | $85.52 | 90.00% | $76.97 |
| 10/27/03 | 51123899 | TCC-DOZIER | SOUTH MONTGOMERY | COARSE SAND | 28.79 | $2.90 | $83.49 | 90.00% | $75.14 |
| 10/27/03 | 51206109 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.18 | $2.90 | $84.65 | 90.00% | $76.19 |
| 10/27/03 | 51206183 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.21 | $2.90 | $84.71 | 90.00% | $76.24 |
| 10/27/03 | 51206194 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.29 | $2.90 | $84.94 | 90.00% | $76.45 |
| 10/27/03 | 51206200 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.43 | $2.90 | $85.35 | 90.00% | $76.82 |
| 10/27/03 | 51123908 | TCC-DOZIER | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.33 | $2.90 | $85.06 | 90.00% | $76.55 |
| 10/28/03 | 51123980 | TCC-DOZIER | SOUTH MONTGOMERY | CONCRETE SAND | 29.42 | $2.90 | $85.32 | 90.00% | $76.79 |
| 10/28/03 | 51123989 | TCC-DOZIER | SOUTH MONTGOMERY | CONCRETE SAND | 29.44 | $2.90 | $85.38 | 90.00% | $76.84 |
| 10/28/03 | 51206212 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 28.81 | $2.90 | $83.55 | 90.00% | $75.20 |
| 10/28/03 | 51206218 | TCC-CITY PIT | SOUTH MONTGOMERY | COARSE SAND | 29.18 | $2.90 | $84.62 | 90.00% | $76.16 |
| 10/28/03 | 51206220 | TCC-MONTGOMERY | SOUTH MONTGOMERY | COARSE SAND | 29.37 | $2.90 | $85.17 | 90.00% | $76.65 |

Palomar 105