

IV STABLER HOSPITAL
PO BOX 19
ATLANTA GA 30384-8139

GODWIN OLLIE                    656 ODIS FAULK DR HONORAVILLE AL 36042

01241954 M  M 122903 11  2  2 09 01 000140572

Godwin Materials

GODWIN OLLIE
656 ODIS FAULK DR

HONORAVILLE AL 36042

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 123003 | 23 | 3135 25 | |
| 0250 | PHARMACY | | 122903 | 24 | 770 00 | |
| 0258 | IV SOLUTIONS | | 122903 | 2 | 172 50 | |
| 0258 | IV SOLUTIONS | | 123003 | 2 | 145 00 | |
| 0270 | MED-SUR SUPPLIES | | 122903 | 50 | 3032 00 | |
| 0300 | DRAWING BLOOD | | 123003 | 1 | 11 00 | |
| 0301 | BASIC METABOLIC PANEL | 80048 | 123003 | 1 | 295 25 | |
| 0305 | AUTOMATED HEMOGRAM | | 123003 | 1 | 117 50 | |
| 0360 | REPAIR INGUINAL HERNIA | 49507RT | 122903 | 1 | 2741 00 | |
| 0460 | BREATING CAPACITY TEST | | 122903 | 1 | 56 75 | |
| 0710 | RECOVERY ROOM | | 122903 | 1 | 1187 25 | |
| 0762 | OBSERVATION RM | | 122903 | 22 | 642 00 | |

001   TOTAL CHARGES                                                    12315 50

| 50 PAYER | 51 PROVIDER NO. | | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | |
|---|---|---|---|---|---|
| BLUE CROSS ALABAMA | 158SMH | Y  Y | | | |

DUE FROM PATIENT

58 INSURED'S NAME
GODWIN OLLIE        18  XAA                      61 GROUP NAME              62 INSURANCE GROUP NO.
                   18                            8056437                   05543

63 TREATMENT AUTHORIZATION CODES    65 EMPLOYER NAME
                          1  OLLIE GODWIN TRUCKING

PLAINTIFF'S
EXHIBIT
3

67 PRIN. DIAG. CD.
55010  4019  2724                                                        55010

79 P.C. 80 PRINCIPAL PROCEDURE DATE
5304  122903                          82 ATTENDING PHYS. ID
                                      C70865  MCGOWIN NORMA
                                      83 OTHER PHYS. ID
                                      C70865  MCGOWIN NORMA

REMARKS
BLUE CROSS ALABAMA
450 RIVERCHASE PKWY
BIRMINGHAM AL 35298