Godwin, Ollie    Danny Hood, M.D.    02/07/2004

Godwin, Ollie R    13344    12/04/2003 19:41

SUBJECTIVE:
Ollie presents to the office today with stomach pain. He has been nauseated and vomiting. He has had some diarrhea. The patient also has an inguinal hernia, which came up a couple of weeks ago. This needed checking. He was having some hemorrhoid problems

ALLERGIES:
The patient reports no known drug allergies.

CURRENT MEDICATIONS.
Zestoretic 20/12.5 q.d.
Zocor 20 mgs. q.d.

PHYSICAL EXAMINATION:
VS  BP: 142/100.    HR: 80.    WT: 217 lbs.
HEENT: Unremarkable.
NECK: Neck is supple.
CHEST. Chest is clear to auscultation and percussion.
CV: RRR.
ABDOMEN: Unremarkable.
RECTAL EXAM: Rectal exam reveals some thrombosed hemorrhoids, but area responding with sitz baths.
EXTREMITIES: The right inguinal region revealed a large direct inguinal hernia.

PLAN:
(1.) I will have Dr. McGowin see him for repair of the hernia.
(2.) I gave him Lortab 7.5 mgs., #20, along with sitz baths to see if we can resolve his other problem.

Danny T Hood, M.D., F.A.C.P.

DTH/dm

Printed on 02/07/2004 at 07:43 PM



PLAINTIFF'S EXHIBIT 4

Palomar 132