# Commission Report / LEASE

| Date | | | OLLIE GODWIN | | | | | Godwin Material Service, Inc. |
|---|---|---|---|---|---|---|---|---|
| 11/19/03 | 51207271 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.43 | $2.90 | $85.35 | 90.00% | $76.82 |
| 11/19/03 | 51207283 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.89 | $2.90 | $84.07 | 90.00% | $75.66 |
| 11/19/03 | 51207294 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.29 | $2.90 | $84.94 | 90.00% | $76.45 |
| 11/19/03 | 51207301 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.55 | $2.90 | $85.70 | 90.00% | $77.13 |
| 11/19/03 | 51207312 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.65 | $2.90 | $85.99 | 90.00% | $77.39 |
| 11/20/03 | 51207317 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.48 | $2.90 | $85.49 | 90.00% | $76.94 |
| 11/20/03 | 51207327 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.51 | $2.90 | $85.58 | 90.00% | $77.02 |
| 11/20/03 | 51207329 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.98 | $2.90 | $84.04 | 90.00% | $75.64 |
| 11/20/03 | 51207337 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29 | $2.90 | $84.10 | 90.00% | $75.69 |
| 11/20/03 | 51207344 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.9 | $2.90 | $86.71 | 90.00% | $78.04 |
| 11/21/03 | 51207353 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.37 | $2.90 | $85.17 | 90.00% | $76.65 |
| 11/21/03 | 51207357 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.26 | $2.90 | $84.85 | 90.00% | $76.36 |
| 11/21/03 | 51207366 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.65 | $2.90 | $85.99 | 90.00% | $77.39 |
| 11/21/03 | 51207373 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.55 | $2.90 | $85.72 | 90.00% | $77.15 |
| 11/21/03 | 51207384 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | COURSE AGG BLEN | 29.75 | $2.90 | $85.70 | 90.00% | $77.13 |
| 11/21/03 | 51207393 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.58 | $2.90 | $86.28 | 90.00% | $77.65 |
| 11/21/03 | 51207408 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.05 | $2.90 | $85.76 | 90.00% | $77.20 |
| 11/21/03 | 51207420 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.49 | $2.90 | $84.25 | 90.00% | $75.83 |
| 11/22/03 | 51207436 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.26 | $2.90 | $85.52 | 90.00% | $76.97 |
| 11/22/03 | 51207443 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.65 | $2.90 | $84.85 | 90.00% | $76.36 |
| 11/22/03 | 51207453 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.55 | $2.90 | $85.99 | 90.00% | $77.39 |
| 11/22/03 | 51207470 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.55 | $2.90 | $85.70 | 90.00% | $77.13 |
| 11/22/03 | 51207475 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.49 | $2.90 | $85.52 | 90.00% | $76.97 |
| 11/22/03 | 51207485 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.94 | $2.90 | $84.94 | 90.00% | $76.45 |
| 11/24/03 | 51207491 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.29 | $2.90 | $84.94 | 90.00% | $76.45 |
| 11/24/03 | 51207501 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.9 | $2.90 | $86.71 | 90.00% | $78.04 |
| 11/24/03 | 51207512 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.9 | $2.90 | $86.71 | 90.00% | $78.04 |
| 11/24/03 | 51207521 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.34 | $2.90 | $85.09 | 90.00% | $76.58 |
| 11/24/03 | 51207531 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.36 | $2.90 | $82.24 | 90.00% | $74.02 |
| 11/25/03 | 51207301 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 29.32 | $2.80 | $85.03 | 90.00% | $76.53 |
| 11/25/03 | 51207320 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.79 | $2.90 | $86.39 | 90.00% | $77.75 |
| 11/25/03 | 51125335 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.45 | $2.90 | $85.41 | 90.00% | $76.87 |
| 11/25/03 | 51125349 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.69 | $2.90 | $86.10 | 90.00% | $77.49 |
| 11/25/03 | 51125372 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.33 | $2.90 | $85.05 | 90.00% | $76.55 |
| 11/25/03 | 51125381 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 28.59 | $2.90 | $85.05 | 90.00% | $77.15 |
| 11/25/03 | 51207537 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.4 | $2.90 | $85.26 | 90.00% | $76.73 |
| 11/25/03 | 40569 | B&R | COUCH-GREENVILLE | GREENVILLE | CONCRETE SAND | 29.69 | $4.00 | $117.36 | 90.00% | $105.62 |
| 11/25/03 | 51125409 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 29.63 | $2.90 | $85.93 | 90.00% | $77.34 |
| 11/26/03 | 51125423 | TCC-DOZIER | TCC-MONTGOMERY | SOUTH MONTGOMERY | 57/67 GRAVEL | 28.84 | $2.90 | $83.64 | 90.00% | $75.28 |
| 11/26/03 | 51207529 | TCC-CITY PIT | TCC-MONTGOMERY | SOUTH MONTGOMERY | CONCRETE SAND | 28.8 | $2.90 | $83.52 | 90.00% | $75.17 |

Totals: $11,101.14    $8,991.09

PLAINTIFF'S EXHIBIT 5

Palomar 81