P.O. BOX 11128
MONTGOMERY, AL. 36111-0128
PHONE 800-482-7394
DIRECT 334-409-3136
FAX 334-323-0585
EMAIL SUZANNEA@PALOMARINS.COM



# Fax

| | | | |
|---|---|---|---|
| To: | Godwin Materials | From: | SUZANNE ADGER |
| Fax: | 334-527-8723 | Pages: | 2 |
| Phone: | | Date: | 12-10-03 |
| Re: | Ollie Godwin/Non-Occ Claim | CC: | |

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Comments:** I have received a call from Mr. Godwin's doctors office reporting that he dropped a muffler and injured his stomach, while working on his truck at home. Please complete this PLIR and fax it back to me.

Thanks,

Suzanne Adger

Palomar 127

PLAINTIFF'S
EXHIBIT
8