Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

15

1  Q          No? They can't pick up loads at
2  Godwin Materials?
3              MS. CRUNK: Object to the form.
4  A          Not that I'm aware of, no.
5  BY MS. RICHARDSON:
6  Q          How many independent contractor
7  drivers do you have? Do you have an estimate?
8  A          I believe at this time there is 23.
9  Q          Do you remember at all talking with
10 Suzanne Adger or any other Palomar agent about
11 either one of Ollie Godwin's claims?
12 A          Not that I recall.
13 Q          Does Godwin have any -- do they keep
14 any records as to how many claims are filed under
15 these occupational accident insurance policies?
16 A          No, ma'am.
17 Q          Did you talk with Ollie Godwin at all
18 after he had filed his claim?
19 A          Not that I remember.
20             MS. CRUNK: Object to the form.
21 BY MS. RICHARDSON:
22 Q          Did you talk with Jerry about either
23 one of Ollie Godwin's claims?

*Ollie Godwin vs. National Union Fire, et al.*

PLAINTIFF'S EXHIBIT 11
Cindy Jordan

Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

17

```
 1   Q         So if Palomar sends you something to
 2   fill out you just --
 3   A         Right.
 4   Q         -- go through the motions of filling
 5   it out?
 6   A         Right.  And this is just a typical
 7   form if they usually have a claim.
 8   Q         Okay.  It says here on Number 5:
 9   Where was the driver scheduled to be at the time
10   of the accident?
11             And that's your handwriting that says
12   "home"?
13   A         Yes, ma'am.
14   Q         Okay.  Did you talk with Ollie about
15   that?
16   A         I do not remember the specific
17   details.  If I had to guess, I got that
18   information from Ollie.
19   Q         But you don't recall that?
20   A         No, ma'am.
21   Q         When you are asked to fill out forms
22   like these, what is your general procedure or
23   what do you do in order to be able to fill these
```

*Ollie Godwin vs. National Union Fire, et al.*

PLAINTIFF'S EXHIBIT 11  Cindy Jordan

Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com   (251)248-2108   www.taylorcourtreporting.com

18

```
 1   out?  And we are looking at Godwin Materials 28.
 2              MS. CRUNK:  Object to the form.
 3   BY MS. RICHARDSON:
 4   Q         Let me ask you some small questions
 5   and maybe that will help.
 6   A         Okay.
 7   Q         Is the first thing that you do when
 8   you obtain -- get one of these forms from Palomar
 9   is to call the driver?  I mean, that would be an
10   example.
11   A         Not necessarily.
12   Q         Would you look for information in a
13   file or somewhere to be able to fill out this
14   form?
15              MS. CRUNK:  Object to the form.
16   BY MS. RICHARDSON:
17   Q         I mean, how is the information on
18   there?  It says:  Was the vehicle loaded?
19   A         Okay.  That, I would guess, that I got
20   that information from Ollie.
21   Q         Okay.
22   A         Number 4, where it says, you know,
23   "for the past three months," I would have just
```

Ollie Godwin vs. National Union Fire, et al.                    Cindy Jordan

PLAINTIFF'S EXHIBIT 11

Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com   (251)248-2108   www.taylorcourtreporting.com

20

```
 1   schedule.  You know, the first load they pick it
 2   up here and they deliver it there.  And then
 3   their second load, they pick up again and deliver
 4   it there.  And then from then, they're off duty
 5   and they're at home.
 6   Q        Okay.  So as long as they are driving
 7   from delivering and picking up loads, in your
 8   opinion --
 9   A        In my opinion that's dispatch.
10   Q        -- that's under dispatch?
11   A        Yes, ma'am.
12   Q        Now, are you familiar the AIG policy?
13   A        No, ma'am.
14   Q        So you wouldn't know or you're not
15   familiar with the fact that the AIG policy
16   defines "dispatch" differently?
17            MS. CRUNK:  Object to the form.
18   A        No, ma'am.
19   BY MS. RICHARDSON:
20   Q        Have you ever read it?
21   A        No, ma'am, I have never seen it.
22   Q        In other words, I guess what I'm
23   asking is, did you fill out this form based on
```

Ollie Godwin vs. National Union Fire, et al.        Cindy Jordan

PLAINTIFF'S EXHIBIT 11