```
CHECK    60318497 WAS ISSUED  07/28/2005
IN THE AMOUNT OF     $387.00  PAYABLE TO:
AMEDISYS OF MONTGOMERY
ALABAMA
11100 MEAD RD STE 300
BARON ROGUE                          LA  70816
```

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: W1000319
Insured ID Number: R043430028
Claim Number: A97730226
Claim Office: 024
Date Paid: 07/28/2005
Examiner Code: STT
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| AMEDISYS OF | 0323 032305 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0330 033005 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0406 040605 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| **Totals** | | | | **$387.00** | | | **$387.00** | | **$387.00** | |

Reduced Because of Other Insurance

Total Amount Paid This Claim       $387.00

### Checks Issued

| Payee Name | Amount |
|---|---|
| AMEDISYS OF MONTGOMERY | $387.00 |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY                        AL 36116

### Description of Remark Codes*

### Description of Benefit Codes

83 - PHYS THERAPY

PLAINTIFF'S EXHIBIT 13

Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

672

```
CHECK    60292741 WAS ISSUED    04/21/2005
IN THE AMOUNT OF      370.52 PAYABLE TO:
AMEDISYS OF MONTGOMERY
11100 MEAD ROAD
SUITE 300
BATON ROUGE                    LA  70816
```

## NON NEGOTIABLE

PROCTA

## EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Patient Name: OLLIE GODWIN
Patient Account Number: W100319
Insured ID Number: R043430028
Claim Number: A97730214
Claim Office: 024
Date Paid: 04/21/2005
Examiner Code: AWR
Loss Date: 10/27/2004
RW

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| AMEDISYS | 0214 021405 | 99 | 93 | 6.00 | | | 6.00 | 100 | 6.00 | |
| AMEDISYS | 0214 021405 | 10 | 93 | 3.60 | | | 3.60 | 100 | 3.60 | |
| AMEDISYS | 0214 021405 | 01 | 93 | 1.92 | | | 1.92 | 100 | 1.92 | |
| AMEDISYS | 0214 021405 | 01 | 81 | 115.00 | | | 115.00 | 100 | 115.00 | |
| AMEDISYS | 0216 021605 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS | 0216 021605 | 01 | 81 | 115.00 | | | 115.00 | 100 | 115.00 | |
| | | | **Totals** | **$370.52** | | | **$370.52** | | **$370.52** | |

Reduced Because of Other Insurance

Total Amount Paid This Claim    $370.52

### Checks Issued

| Payee Name | Amount |
|---|---|
| AMEDISYS OF MONTGOMERY | $370.52 |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                    AL 36116

### Description of Remark Codes*

### Description of Benefit Codes

93 - MED SUPPLIES
81 - PHYSICIAN VISIT
83 - PHYS THERAPY

PLAINTIFF'S EXHIBIT 13

Thank you for the opportunity to service this claim.
Please call (800)551-0824   with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

672

```
CHECK      60266175 WAS ISSUED      01/15/2005
IN THE AMOUNT OF $1,376.50 PAYABLE TO:
ALABAMA ORTHOPEDIC SPLTS
PO BOX 235003
MONTGOMERY                           AL  36123
```

NON NEGOTIABLE

1415.00
1376.50
38.50

PROC1A

# EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No:     000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A97730202
Claim Office: 024
Date Paid: 01/15/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 1122 112204 | 01 | 73 | 95.00 | 25.00 | | 70.00 | 100 | 70.00 | 88 |
| ALA ORTHOP | 1130 113004 | 01 | 73 | 530.00 | | | 530.00 | 100 | 530.00 | 88 |
| ALA ORTHOP | 1130 113004 | 01 | 73 | 740.00 | 2.50 | | 737.50 | 100 | 737.50 | 88 |
| ALA ORTHOP | 1203 120304 | 01 | 73 | 50.00 | 11.00 | | 39.00 | 100 | 39.00 | 88 |
| **Totals** | | | | **$1,415.00** | **$38.50** | | **$1,376.50** | | **$1,376.50** | |

Reduced Because of Other Insurance

### Checks Issued

| Payee Name | Amount |
|---|---|
| ALABAMA ORTHOPEDIC SPLTS | $1,376.50 |

Total Amount Paid This Claim    $1,376.50

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                AL 36116

### Description of Remark Codes*

PAID ACCORDING TO NOVANET
88-PREFERRED PROVIDER DISCOUNT/SAVINGS, PATIENT NOT LIABLE.

### Description of Benefit Codes

73 - ADD'L ACC EXP

PLAINTIFF'S EXHIBIT 13

Thank you for the opportunity to service this claim.
Please call (800)551-0824   with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

672

```
CHECK      60266174 WAS ISSUED    01/15/2005
IN THE AMOUNT OF        $59.00 PAYABLE TO:
SOUTHERN MEDICAL PRODUCTS
PO BOX 601
HELENA                              AL  35080
```

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE        AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No:     000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 00011233
Insured ID Number: R043430028
Claim Number: A97730201
Claim Office: 024
Date Paid: 01/15/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | 1203 120304 | 01 | 73 | 59.00 | | | 59.00 | 100 | 59.00 | |
| | | | **Totals** | $59.00 | | | $59.00 | | $59.00 | |

Reduced Because of Other Insurance

Total Amount Paid This Claim        $59.00

### Checks Issued

| Payee Name | Amount |
|---|---|
| SOUTHERN MEDICAL PRODUCTS | $59.00 |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY           AL  36116

### Description of Remark Codes*

### Description of Benefit Codes

73 - ADD'L ACC EXP

*PLAINTIFF'S EXHIBIT 13*

Thank you for the opportunity to service this claim.
Please call (800)551-0824   with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

1672