**AIG**

AIG Claim Services, Inc.
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0524

# 84328

*Attn: Stephanie Pine*
*6 pages thanks, Jai*
*at 334-273-9624*

**To:** STEVEN A. BARRINGTON, M.D.
**Company:** ALABAMA ORTHOPAEDIC SPECIALISTS
**Phone:** 334 274 9000
**Fax:** 334 274 0857

**From:** STEPHANIE PINE
**Company:** AIG--A&H CLAIMS-- OCCUPATIONAL ACCIDENT UNIT
**Phone:** 302 661 8865
**Fax:** 302 661 8962

**Date:** 1/25/2005
**Pages including this cover page:** 1 INCLUDING COVER SHEET

**Comments:**

Dear Dr. Barrington,

In order to complete our review of Mr. Ollie Godwin's claim for Temporary Total Disability and Medical Benefits we need to request the following information. Please provide us with priority handling and return your replies by fax.

Is the claimant's disability due to injuries he sustained on 10/27/2004? If no, please explain in detail. *See attached notes*

Is the claimant's disability due to a congenital and/or degenerative disease? If yes please explain. *See attached notes*

Please submit medical records and office notes for the period 1/1/2004 to present. *attached*

Thank you for giving our request your expeditious attention.

Sincerely, Stephanie Pine/ Claims Examiner

A Member Company of
American International Group, Inc.

** TOTAL PAGE.01 **



①

84328
Dr Bab

GODWIN, OLLIE R.
84328
12-03-04
DR. BARRINGTON
C

HISTORY OF PRESENT ILLNESS: Mr. Godwin is here for followup for his MRI of the left knee and both hips. The left knee MRI showed some mild patellar chondromalacia with an osteochondral lesion of the lateral femoral condyle. The MRI of the hip showed osteonecrosis of both femoral heads with collapse on the left. He notes he had not had any difficulty with these prior to an injury about 6 weeks ago at work. That was on October 27. He noticed it then and it has been bothering him since. He is to the point now where he has a great deal of difficulty getting around. He has fallen a couple of times, in fact, because it gives way on him and it collapses.

PHYSICAL EXAMINATION: Today does reveal significant tenderness with internal and external rotation of the hip. This is of the left hip. He has less tenderness in the right hip and he does have some knee pain as well. The bulk of his pain seems to be coming from the left hip and going down the leg.

ASSESSMENT:
1. Avascular necrosis both hips with collapse on the left.
2. Left knee pain with a lateral femoral condyle osteochondral lesion.

PLAN: We discussed it with him. I do think it appears that this is work related. We will see about getting it preapproved for total hip arthroplasty on the left. We also talked to him about the possibility of doing a core decompression or being involved the Hedrocel rod study for the right hip to try to prevent collapse on that. He is to the point where he really cannot get around with the left hip and so we need to address that before we can reasonably address the right hip. We will see about getting that set up. We did discuss risks, benefits, and options in detail including risk of infection, bleeding, damaged to tendons, blood vessels and nerves, risk of continued pain, risk of deep venous thrombosis, pulmonary embolus, myocardial infarction, CVA, pneumonia, death, blood transfusion reaction or transmission of disease including hepatitis and AIDS. He appears to understand and would like to see about getting it set up so he can get back to activity and we will go from there.

SAB/llm            12-06-04



②

GODWIN, OLLIE R.
84328
11-22-04
DR. BARRINGTON (DICTATED BY P.A. WOODS)
C

Mr. Godwin is here with a complaint of pain in the left leg and hip. He says that he has not had any specific injury to the hip. 3 weeks ago he was stepping out of his truck, he does drive the big rig trucks, and he had a twisting injury and he started to have pain on the lateral aspect of the left knee. He denies any effusion to it. He says that it does not click or catch on him and it does not give way. He says that walking makes it worse. The date of injury was approximately 10-27-04. His doctor is Dr. K. Adams and he is the referring physician.

**ALLERGIES: HE HAS NO KNOWN DRUG ALLERGIES.**

CURRENT MEDICATIONS: Zocor, Lisinopril, HCTZ, Naproxen, and Ultracet.

PAST SURGICAL HISTORY: He has had surgery on his hand and surgery on a hernia. No dates are given.

SOCIAL HISTORY: He is married and his wife is with him today. He has 3 children and 1 pet. He occasionally drinks alcohol. He is right hand dominant.

FAMILY HISTORY: he has a family history of high blood pressure and stroke, heart trouble, and diabetes.

PAST MEDICAL HISTORY: He has a past medical history of high blood pressure.

REVIEW OF SYSTEMS: His review of systems is pertinent only for the joint pain.

PHYSICAL EXAM: Patient is alert and oriented x 3 and has an appropriate affect. Cranial nerves are grossly intact. Sensation is grossly intact. Scleras are nonicteric. Pupils are equal, round and reactive to light. Hearing is grossly intact with no drainage from the auditory canal. Neck is supple and non-tender with full range of motion. The patient breathes without wheezes or use of accessory muscles. Skin exam reveals no rashes, lesions, or abrasions.

MUSCULOSKELETAL EXAM: The musculoskeletal exam shows that he has pain with internal and external rotation of the left hip in the inguinal region. He does not have tenderness over the iliotibial band and greater trochanteric bursa. The left knee has pain over the lateral joint line and lateral collateral ligaments although a varus stress does not elicit pain, valgus stress does elicit pain along the lateral joint line. There is no effusion today. He has excellent range of motion. Anterior and posterior drawer are negative. His straight leg raise is negative and his lumbosacral spine has no tenderness to palpation. There are no trigger points.



PLAINTIFF'S EXHIBIT 14

(3)

14328  11-22-04
SB cont

RADIOGRAPHIC EXAM: AP, pelvis, and lateral of the left hip show flattening of the left femoral head. The left knee series appears normal. The lumbosacral spine series shows minimal degenerative joint change.

ASSESSMENT:
1. Low back pain.
2. Left hip pain.
3. Left knee pain.

PLAN: We are going to get a MRI of the left knee and bilateral hips. The bilateral hips are to rule out AVN. He is going to follow up with us post MRI. This patient was seen in the clinic with Dr. Barrington.
SAB:rg        11-23-04
CC: Dr. Kynard Adams -- Thank You

11-30-04 - MRI BILAT HIPS + LEFT KNEE COMPLETED AT AOS -
12-3-04 SB
                                                                    BP

AOS Billing Department - Precert section
Procedure: L THA @ Jax
Scheduled Procedure Date: TBA per Jackie
Insurance Co.: Palomar
Precert Required: Y or N    Precert Approved: Y or N
Precert Number: N/A
Insurance Co Rep name & phone: Palomar - Amy @ 800-482-7394
Patient Notified: Y or N    Note made to computer system: Y or N
AOS Precert Clerk initials: LLS
Date: 12/7/04



PLAINTIFF'S EXHIBIT 14

(4)

# A.O.S

## ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
4294 Lomac Street   Montgomery, Alabama 36123-5003
Telephone: (334) 274-9000   Fax: (334) 274-0857
www.aosonline.net

---

PATIENT NAME: GODWIN, OLLIE        DOB: 1-24-54    CHART # 84328
DATE: 11-30-04
REFERRING PHYSICIAN: DR. BARRINGTON
EXAM: MRI LEFT KNEE W/O CONTRAST
DIAGNOSIS: TWISTING INJURY TO LEFT KNEE

### X-RAY REPORT

TECHNIQUE:
Multi planar, multi echo MR of the left knee.

There is a metallic low signal artifact in the anterior medial aspect of the knee that extends into the medial femoral condyle on the fat suppressed images.

The bone marrow signal appears unremarkable. There is an 8mm osteochondral lesion in the anterior aspect of the lateral femoral condyle. The extensor mechanism appears within normal limits. There is thinning of the articular cartilage in the medial and lateral patellar facets. There is a small knee effusion. The medial and lateral meniscus appear normal. The ACL and PCL appear normal.

IMPRESSION:
PATELLAR CHONDROMALACIA. SMALL OSTEOCHONDRAL LESION ON THE LATERAL FEMORAL CONDYLE.

SIGNED: JEFFREY ADAMS, M.D.
Transcribed: EDA
Technologist: Betsy Powers, RT (R) (MR)



PLAINTIFF'S EXHIBIT 14

⑤

# A.O.S

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
4294 Lomac Street   Montgomery, Alabama 36123-5003
Telephone: (334) 274-9000   Fax: (334) 274-0857
www.aosonline.net

PATIENT NAME: GODWIN, OLLIE            DOB: 1-24-54       CHART # 84328
DATE: 11-30-04
REFERRING PHYSICIAN: DR. BARRINGTON
EXAM: MRI HIPS W/O CONTRAST
DIAGNOSIS: HIP AND LEG PAIN

### X-RAY REPORT

TECHNIQUE:
Axial T1 weighted and proton density fat suppressed images performed. Coronal T1 weighted inversion recovery images performed of both hips.

FINDINGS:
There are areas of serpiginous low signal involving a large portion of the anterior and superior aspect of both femoral heads consistent with osteonecrosis. There is a small right hip effusion.

There is a moderate sized left hip effusion. Also there is ill defined bone marrow edema in the base of the left femoral head and extend into the femoral head and extend into the femoral neck and inter trochanteric region near the lesser trochanter. There are also a few areas of patchy bone marrow edema in the acetabulum. I see no linear signal abnormalities to suggest a fracture line. There is ill defined edema within the musculature of the quadratus femoris.

**IMPRESSION:**
OSTEONECROSIS OF BOTH FEMORAL HEADS.

BONE MARROW EDEMA IN THE LEFT FEMORAL HEAD AND NECK.

BILATERAL HIP EFFUSIONS GREATER ON THE LEFT.

EDEMA IN THE LEFT QUADRATUS FEMORIS MUSCULATURE.

SIGNED: JEFFREY ADAMS, M.D.
Transcribed: EDA
Technologist: Betsy Powers, RT (R) (MR)



PLAINTIFF'S EXHIBIT 14