

## ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.

THOMAS G. WELLS, M.D.
Orthopaedic Surgery and Arthroscopic Surgery
D.D. THORNBURY, M.D.
Foot & Ankle and Orthopaedic Surgery
EDWARD E. PALMER, JR., M.D.
Hand Surgery and Orthopaedic Surgery
STEVEN A. BARRINGTON, M.D.
Joint Replacement and Orthopaedic Surgery

RECEIVED
MAR 15 2005
A&H CLAIMS
AIGCS

CHARLES W. HARTZOG, JR., M.D.
Sports Medicine and Arthroscopic Surgery
G. DEXTER WALCOTT, JR., M.D.
Sports Medicine and Arthroscopic Surgery
MICHAEL E. DAVIS, M.D.
Spine Surgery and Orthopaedic Surgery
RONALD P. O'NEAL, MPH, CHE
Administrator
W. SCOTT GULLEY, CPA
Controller

Marcy 2, 2005

AIG
Stephanie Pine
P.O. Box 15701
Wilmington, DE 19850-5701

Re: Ollie Robert Godwin
Chart #: 84328

Dear Ms. Pine:

9 056434 Ro 4343028

AL

As you know we have treated Mr. Godwin for avascular necrosis with collapse of his left hip. He related to me that he injured it when he was stepping out of his truck back in November and has had basically increased pain in that left side since then. Probably he had an aggravation of a previously unknown underlying condition, which was the avascular necrosis. The injury probably caused him to collapse it and therefore have the pain that resulted in his need for the hip replacement operation.

If you need any further clarification, do not hesitate to contact my office.

Sincerely,

Steven A. Barrington, M.D.

SAB/aw

4294 Lomac Street (36106) • Post Office Box 235003 • Montgomery, Alabama 36123-5003
Telephone: (334) 274-9000 • Fax: (334) 274-0857 • Website: www.aosonline.net

PLAINTIFF'S EXHIBIT 15