

**AIG Claim Services, Inc.®**
A&H Claims Department
P. O. Box 15701
Wilmington, DE 18850-5701
800.551.0824

On behalf of:
*AIG Life Insurance Company*

February 27, 2004

Ollie Godwin
656 Ottis Faulk Drive
Honoraville, AL 36042

RE: Ollie Godwin
Member #: R04080009
Policy #: 8056434
Claim #: I061424
DOI: 11/22/03

Dear Mr. Godwin:

We are in receipt of you claim for the above captioned injury and have reviewed same. According to the information we received, you were not under dispatch nor was your truck loaded at the time of the accident. Under the terms of your policy through Godwin Materials this is then considered a non occupational accident. The maximum amount payable under this portion of the policy is $7500.00 in medical expenses and there are no disability benefits.

We have issued a check in the amount of $7500.00 to LV Stabler Hospital for services of 12/29/03 to 12/30/03.

We are glad to communicate with you and to receive any further information that you may provide to aid us in determining your claim. Of course, we must respectfully request that you understand that we reserve all of our rights and defenses under the policy and the law, and none of our communications may be construed so as to waive any of those rights. We appreciate your cooperation.

Sincerely,

Patricia M. Gambino
Claims Examiner
Cc: Palomar

*PLAINTIFF'S EXHIBIT 17*

A Member Company of
American International Group, Inc.

Palomar 75