# Commission Report / LEASE    106    OLLIE GODWIN    Godwin Material Service, Inc.

| Date | Ticket # | Pit | Lease | Material | Tons | Rate | Amount | % | Comm |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/04 | 51143901 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.75 | $3.15 | $90.56 | 90.00% | $81.50 |
| 10/20/04 | 51143915 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.52 | $3.15 | $92.99 | 90.00% | $83.69 |
| 10/20/04 | 51143930 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.78 | $3.15 | $93.81 | 90.00% | $84.43 |
| 10/20/04 | 51143949 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.73 | $3.15 | $93.65 | 90.00% | $84.29 |
| 10/20/04 | 51143965 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.57 | $3.15 | $93.15 | 90.00% | $83.84 |
| 10/21/04 | 51144002 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.95 | $3.15 | $91.19 | 90.00% | $82.07 |
| 10/21/04 | 51144011 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.6 | $3.15 | $93.24 | 90.00% | $83.92 |
| 10/21/04 | 51144020 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.4 | $3.15 | $92.61 | 90.00% | $83.35 |
| 10/21/04 | 51144026 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.4 | $3.15 | $92.61 | 90.00% | $83.35 |
| 10/21/04 | 51144032 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.35 | $3.15 | $92.45 | 90.00% | $83.21 |
| 10/21/04 | 51213368 | CITY PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.4 | $3.15 | $92.61 | 90.00% | $83.35 |
| 10/22/04 | 51144038 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.24 | $3.15 | $92.11 | 90.00% | $82.90 |
| 10/22/04 | 51144045 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.75 | $3.15 | $90.56 | 90.00% | $81.50 |
| 10/22/04 | 51144050 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.66 | $3.15 | $93.43 | 90.00% | $84.09 |
| 10/22/04 | 51144057 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.41 | $3.15 | $92.64 | 90.00% | $83.38 |
| 10/22/04 | 51144061 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.41 | $3.15 | $92.64 | 90.00% | $83.38 |
| 10/22/04 | 51144066 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.42 | $3.15 | $92.67 | 90.00% | $83.40 |
| 10/22/04 | 51144075 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.5 | $3.15 | $92.93 | 90.00% | $83.64 |
| 10/25/04 | 51144088 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.48 | $3.15 | $92.86 | 90.00% | $83.57 |
| 10/25/04 | 51144104 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.13 | $3.15 | $91.76 | 90.00% | $82.58 |
| 10/25/04 | 51144121 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.39 | $3.15 | $92.58 | 90.00% | $83.32 |
| 10/26/04 | 51144143 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.08 | $3.15 | $91.60 | 90.00% | $82.44 |
| 10/26/04 | 51144168 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.31 | $3.15 | $92.33 | 90.00% | $83.10 |
| 10/26/04 | 51144184 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.06 | $3.15 | $91.54 | 90.00% | $82.39 |
| 10/27/04 | 51144195 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.75 | $3.15 | $93.71 | 90.00% | $84.34 |
| 10/27/04 | 51144209 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.55 | $3.15 | $93.08 | 90.00% | $83.77 |
| 10/27/04 | 51144225 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.53 | $3.15 | $93.02 | 90.00% | $83.72 |
| 10/27/04 | 51144233 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.93 | $3.15 | $91.13 | 90.00% | $82.02 |
| 10/27/04 | 51144248 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28 | $3.15 | $88.20 | 90.00% | $79.38 |
| 10/27/04 | 51144261 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 7 GRAVEL | 29.37 | $3.15 | $92.52 | 90.00% | $83.27 |
| 10/27/04 | 51144275 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 27.62 | $3.15 | $87.00 | 90.00% | $78.30 |
| 10/27/04 | 51144289 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.11 | $3.15 | $91.70 | 90.00% | $82.53 |
| 10/27/04 | 51144297 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.14 | $3.15 | $91.79 | 90.00% | $82.61 |
| 10/28/04 | 51144319 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.97 | $3.15 | $91.26 | 90.00% | $82.13 |
| 10/28/04 | 51144325 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 28.71 | $3.15 | $90.44 | 90.00% | $81.40 |
| 10/28/04 | 51144329 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.77 | $3.15 | $93.78 | 90.00% | $84.40 |
| 10/28/04 | 51144335 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 25.36 | $3.15 | $79.88 | 90.00% | $71.89 |
| 10/28/04 | 51144340 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.45 | $3.15 | $92.77 | 90.00% | $83.49 |
| 10/29/04 | 51144352 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | 57/67 GRAVEL | 29.51 | $3.15 | $92.96 | 90.00% | $83.66 |
| 10/29/04 | 51144358 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 28.34 | $3.15 | $89.27 | 90.00% | $80.34 |
| 10/29/04 | 51144366 | DOZIER PIT | LAFARGE-SOUTH MONTGO | TEAGUE ROAD | CONCRETE SAND | 29.39 | $3.15 | $92.58 | 90.00% | $83.32 |

PLAINTIFF'S EXHIBIT 18

Godwin Material 0035