# NON NEGOTIABLE

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE            AL    36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: W1000319
Insured ID Number: R043430028
Claim Number: A97730215
Claim Office: 024
Date Paid: 04/22/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| ...EDISYS | 0218 021805 | 01 | 73 | 244.00 | 244.00 | | .00 | 000 | .00 | R2 |
| | Totals | | | $244.00 | $244.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____
Total Amount Paid This Claim _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY               AL 36116

**Description of Remark Codes***

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

**Description of Benefit Codes**

73 - ADD'L ACC EXP

*PLAINTIFF'S EXHIBIT 21*

Thank you for the opportunity to service this claim.
Please call (800)551-0824   with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

0672

**NON NEGOTIABLE**

PROC1A

## EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE    AL    36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A97730225
Claim Office: 024
Date Paid: 07/14/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| _A ORTHOP | 0516 051605 | 01 | A7 | 740.00 | 740.00 | | .00 | 000 | .00 | R2 |
| | | | Totals | $740.00 | $740.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY       AL 36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

A7 - X-RAY

nank you for the opportunity to service this claim.
ease call (800)551-0824  with any questions you have.
The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

2

**NON NEGOTIABLE**

PROC1A

## EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE                    AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 10720739
Insured ID Number: R043430028
Claim Number: A97730227
Claim Office: 024
Date Paid: 08/23/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| rovider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | 0607 060705 | 01 | 73 | 9,425.50 | 9,425.50 | | .00 | 000 | .00 | R2 |
| | | | Totals | $9,425.50 | $9,425.50 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

### Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY                AL 36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

73 - ADD'L ACC EXP


PLAINTIFF'S EXHIBIT 21

Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

0672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE    AL    36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A97730224
Claim Office: 024
Date Paid: 07/12/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 0509 050905 | 01 | 81 | 50.00 | 50.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0509 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0509 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| **Totals** | | | | $200.00 | $200.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance
Total Amount Paid This Claim

## Checks Issued

| Payee Name | Amount |
|---|---|
| | |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525 EXECUTIVE PARK DR
MONTGOMERY    AL 36116

### Description of Remark Codes*
R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes
81 - PHYSICIAN VISIT
A7 - X-RAY

Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.
   The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
   Wilmington, DE 19850-5701

60672

NON NEGOTIABLE

# EXPLANATION OF BENEFITS

PROC1A

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE    AL    36042

Patient Name: OLLIE GODWIN
Patient Account Number: GODOL000 1105
Insured ID Number: R043430028
Claim Number: A97730210
Claim Office: 024
Date Paid: 04/19/2005
Examiner Code: BBA
Loss Date: 10/27/2004
RW

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| RICHARD | 0210 021005 | 01 | A8 | 90.00 | 90.00 | | .00 | 000 | .00 | R2 |
| RICHARD | 0210 021005 | 01 | A8 | 38.00 | 38.00 | | .00 | 000 | .00 | R2 |
| | **Totals** | | | $128.00 | $128.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

### Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY        AL. 36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

A8 - LAB



Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.
     The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
     Wilmington, DE 19850-5701

50672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE        AL   36042

Patient Name: OLLIE GODWIN
Patient Account Number: 457004
Insured ID Number: R040480009
Claim Number: I06142404
Claim Office: 024
Date Paid: 06/02/2004
Examiner Code: BBA
Loss Date: 11/22/2003
RW

Policy Holder: GODWIN MATERIALS
Policy No: 000080564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| WAHID | 0423 042304 | 01 | A8 | 25.00 | 25.00 | | .00 | 000 | .00 | R2 |
| WAHID | 0423 042304 | 01 | 81 | 10.00 | 10.00 | | .00 | 000 | .00 | R2 |
| | | | **Totals** | $35.00 | $35.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORP
P O DRAWER 11128
MONTGOMER                AL  36198

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

A8 - LAB
81 - PHYSICIAN VISIT

Thank you for the opportunity to service this claim.
Please call (800)551-0824  with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

60672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No:  000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: R363651.2
Insured ID Number: R043430028
Claim Number: A97730213
Claim Office: 024
Date Paid: 04/19/2005
Examiner Code: BBA
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| RADIOLOGY | 0224 022405 | 01 | A7 | 125.00 | 125.00 | | .00 | 000 | .00 | R2 |
| **Totals** | | | | **$125.00** | **$125.00** | | **$0.00** | | **$0.00** | |

Reduced Because of Other Insurance  _____

### Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |
| | |

Total Amount Paid This Claim  _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY          AL  36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

A7 - X-RAY

Thank you for the opportunity to service this claim.
Please call (800)551-0824  with any questions you have.
        The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
        Wilmington, DE 19850-5701

50672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE        AL  36042

Patient Name: OLLIE GODWIN
Patient Account Number: 01-022969
Insured ID Number: R043430028
Claim Number: A97730212
Claim Office: 024
Date Paid: 04/19/2005
Examiner Code: BBA
Loss Date: 10/27/2004
RW

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| HOME MEDI | 0212 021205 | 01 | 93 | 110.00 | 110.00 | | .00 | 000 | .00 | R2 |
| HOME MEDI | 0212 021205 | 01 | 93 | 120.00 | 120.00 | | .00 | 000 | .00 | R2 |
| HOME MEDI | 0212 021205 | 01 | 93 | 140.00 | 140.00 | | .00 | 000 | .00 | R2 |
| | | | Totals | $370.00 | $370.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

Total Amount Paid This Claim _____

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY        AL 36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

93 - MED SUPPLIES

Thank you for the opportunity to service this claim.
Please call (800)551-0824  with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

60672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE        AL   36042

Patient Name: OLLIE GODWIN
Patient Account Number: 502-1332M
Insured ID Number: R043430028
Claim Number: A97730211
Claim Office: 024
Date Paid: 04/19/2005
Examiner Code: BBA
Loss Date: 10/27/2004
RW

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| HAYNES | 0213 021305 | 01 | 93 | 275.00 | 275.00 | | .00 | 000 | .00 | R2 |
| HAYNES | 0213 021305 | 01 | 93 | 266.00 | 266.00 | | .00 | 000 | .00 | R2 |
| | | | **Totals** | **$541.00** | **$541.00** | | **$0.00** | | **$0.00** | |

Reduced Because of Other Insurance

**Checks Issued**                Total Amount Paid This Claim

| Payee Name | Amount |
|---|---|
| | |

**Broker/Agent**

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                AL  36116

**Description of Remark Codes***

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

**Description of Benefit Codes**

93 - MED SUPPLIES

Thank you for the opportunity to service this claim.
Please call (800)551-0824  with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

50672

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Patient Name: OLLIE GODWIN
Patient Account Number: 10689793
Insured ID Number: R043430028
Claim Number: A97730207
Claim Office: 024
Date Paid: 04/09/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | 0210 021305 | 01 | 73 | 28,187.05 | 28,187.05 | | .00 | 000 | .00 | R2 |
| | | | **Totals** | $28,187.05 | $28,187.05 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance

Total Amount Paid This Claim

### Checks Issued

| Payee Name | Amount |
|---|---|
| | |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY              AL  36116

### Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

### Description of Benefit Codes

73 - ADD'L ACC EXP

**Thank you for the opportunity to service this claim.**
**Please call (800)551-0824** with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

0672

**NON NEGOTIABLE**

## EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE      AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: R363651.1
Insured ID Number: R043430028
Claim Number: A97730208
Claim Office: 024
Date Paid: 04/12/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| RADIOLOGY | 0127 012705 | 01 | A7 | 28.00 | 28.00 | | .00 | 000 | .00 | R2 |
| | | | Totals | $28.00 | $28.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____
Total Amount Paid This Claim _____

**Checks Issued**

| Payee Name | Amount |
|---|---|
| | |

**Broker/Agent**

PALOMAR INSURANCE CORPORA
4525   EXECUTIVE PARK DR
MONTGOMERY        AL 36116

**Description of Remark Codes***

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

**Description of Benefit Codes**

A7 - X-RAY

Thank you for the opportunity to service this claim.
Please call (800)551-0824 with any questions you have.

The AIG Life Companies, Accident and Health Claims Department, P.O. Box 15701,
Wilmington, DE 19850-5701

0672