IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:05-cv-00783-SRW |
| ) | From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE ) | Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., and ) | |
| BLUE CROSS BLUE SHIELD OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S STATEMENT IN RESPONSE TO THE COURT'S ORDER DATED OCTOBER 27, 2006

**COMES NOW,** the Plaintiff, Ollie Godwin, and would respond to the Court's Order of October 27, 2006 regarding the citizenship of Blue Cross Blue Shield of Alabama. Pursuant to the Alabama Secretary of State records, Blue Cross Blue Shield of Alabama was incorporated in Jefferson County Alabama on February 3, 1936 and its principal place of business is 450 Riverchase Parkway East, Birmingham, Alabama. (See Exhibit 1).

Respectfully submitted this 27th day of October 2006.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk    mlc@ffdlaw.com
John W. Dodson      jwd@ffdlaw.com, amj@ffdlaw.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants: None

<div style="margin-left:40%">

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net

</div>