# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation Legal Name: | Blue Cross and Blue Shield of Alabama | DNP 717652 |
| Place Of Inc: | Jefferson County | |
| Date Of Inc.: | 02-03-1936 | |
| Reg Agent...: | * Not On Data Base | |
| Prin Address: | BIRMINGHAM, AL | |
| Nat Of Bus..: | REGISTERED AGENT INFO: CONTACT THE INSURANCE DEPT 334269-3550 | |
| Names Of Inc: | CARROWAY, C N  GAY, A J  GRADDOCK, FRANK H | |

**TRANSACTION LIST**

**← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama



# TRANSACTIONS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

```
Corporation                                                      DNP 71852
  Legal Name:    Blue Cross and Blue Shield of Alabama


                 ---- Legal Name Changed From: ----------------------------------
  10-24-1973..:  Blue Cross-Blue Shield of Alabama

  03-18-1952..:  Hospital Service Corporation of Alabama

                 ---- Nature Of Business Changed From: --------------------------
  10-24-1958..:  HOSPITAL SERVICE PLAN
```

PREVIOUS PAGE



© 2006, Office of the Secretary of State, State of Alabama