IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN,                )<br>                                              )<br>    Plaintiff,                       )<br>                                              )<br>v.                                          )    CIVIL ACTION NO. 2:05cv783-W<br>                                              )<br>PALOMAR INSURANCE      )<br>CORPORATION, et al.,        )<br>                                              )<br>    Defendants.                  )  | |

## ORDER

For good cause, it is

ORDERED that plaintiff is DIRECTED to file a response to defendants' motion to strike (contained within Doc. # 34), on or before November 22, 2006.

Done, this 8th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE