| STATE OF ALABAMA | ) | |
|---|---|---|
| | ) | **AFFIDAVIT** |
| COUNTY OF LOWNDES | ) | |

Before me, the undersigned authority, a Notary Public in and for said State and County personally appeared, Rita McGough, who doth depose and say as follows:

My name is Rita McGough; I am over the age of 19 years and qualified to make this affidavit, which is based on my personal knowledge.

On October 26, 2006 I notarized an Affidavit for Mr. Ollie Godwin and when I wrote down my commission expiration date I mistakenly wrote 06 (2006) instead of the correct expiration date of 09 (2009). My notary commission expires on June 12, 2009 as evidenced by the attached copy of my appointment signed by the Honorable Steve Norman, Judge of Probate of Butler County, Alabama and a copy of the notary public details as kept in the Office of the Alabama Secretary of State which shows the date of appointment, date of commission, and date of expiration.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the 9 day of November, 2006.

_____
Rita McGough

SWORN TO AND SUBSCRIBED BEFORE ME, on this the ___ day of November 2006.

_____
Notary Public
My Commission Expires: 6/12/09

(SEAL)

PLAINTIFF'S EXHIBIT A



# NOTARY PUBLIC DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Name.........: MCGOUGH, RITA
Address......: 116 ARCHWAY RD
City/St/Zip..: FT DEPOSIT, AL  36032

Appointed....: 06-12-2005
Commissioned.: 06-12-2005
Expire Date..: 06-12-2009

Notary Type..: STATE WIDE

County.......: BUTLER
Probate Judge.: NORMAN, STEVE

Bonding Co...: AMERICAN STATES INS CO
```

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama



# Steve Norman
# Judge of Probate

Butler County
Greenville, Alabama

Date: __JUNE 12, 2005__

To: RITA MCGOUGH
    116 ARCHWAY RD
    FT. DEPOSIT, AL  36032

I take pleasure in advising you that I have this day appointed you to the office of

## Notary Public, State at Large

This is not your commission. A commission will be issued to you when you qualify by filing your bond for record in this office, together with the fifteen dollar ($15.00) fee for issuance of the commission. A failure to qualify by giving bond as required by law within forty (40) days after the date of your appointment vacates your office.

Date of Appointment: __JUNE 12, 2005__

Date of Commission: __4 YRS__

Expiration of Commission Date: __JUNE 12, 2009__

_Steve Norman_
Steve Norman
Judge of Probate

# In the Name and by the Authority of
# The State Of Alabama

## I, Steve Norman
### Judge of Probate

### SEND GREETINGS

To _____ RITA MCGOUGH _____

*Reposing full trust in your Prudence, Integrity, and Ability, I do, by virtue of the Power and Authority in me vested as Judge of Probate of Butler County hereby commission you a* Notary Public, State at Large

*To have and to hold the said office, together with all the Rights, Power and Emoluments to the same belonging or in anyway lawfully appertaining, during the term prescribed by the Constitution and Laws of the State of Alabama, you shall so long demean yourself well.*

**In Testimony Whereof,** *I have hereto set my hand, this* ___12___ *day of* ___JUNE___ *In the year of our Lord Two Thousand Five.*



Steve Norman

Steve Norman, Judge of Probate