IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., ET AL., | ) 2:05-cv-00783-SRW ) ) ) ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE EXHIBIT 19 AND 7

**COMES NOW** the Plaintiff, by and through his attorney of record, and moves the Court to substitute Exhibit 19 and 7 to his Response to Defendant's Motion for Summary Judgment and in support thereof states as follows:

1. The affidavit of Ollie Godwin contains the incorrect expiration date of the Notary Public. This is due to a clerical error and can be substituted without prejudice to the Defendants.

2. Additionally, Counsel for the Plaintiff has realized that Exhibit 19 is incomplete. The responsive brief on page 14 quotes an e-mail correspondence between the Defendant's agent and Palomar Agent, Suzanne Adger. This e-mail was inadvertently left out of Exhibit 19 which is listed on Plaintiff's exhibit list as "E-Mail Correspondence." This evidence, which supports plaintiff's assertion, can be easily substituted without prejudice to the Defendant because the e-mail was quoted in full in Plaintiff's brief. (Exhibit 19 Attached).

3. The Plaintiff will suffer prejudice if the exhibits are not part of the record as they support disputed material facts.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays this Court Grant his Motion to Substitute Exhibit 19 and 7.

Respectfully submitted this the 9th of November 2006.

                                            **s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michelle L. Crunk | mlc@ffdlaw.com |
| John W. Dodson | jwd@ffdlaw.com, amj@ffdlaw.com |

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:

NONE

                                          **s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net

Suzanne Adger

From: Gambino, Patricia [Patricia.Gambino@AIG.com]
Sent: Wednesday, March 24, 2004 2:35 PM
To: Suzanne Adger
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Got it, I will review

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Wednesday, March 24, 2004 3:17 PM
To: Patricia.Gambino@AIG.com
Subject: FW: Fax/O Godwin/Godwin/TTD Status

Pat try this.


Suzanne, nothing attached.
Thanks, PAt

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Monday, March 22, 2004 10:38 AM
To: Gambino, Patricia
Cc: Marion Parker
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Pat, I have attached a letter from Godwin, as well as the earnings that were sent in that show he did work on 11-22-03 which is also his date of injury. Marion asked me to send this and ask if you would review for TTD.

Suzanne Adger
Palomar Insurance Corporation
Special Risk Occupational Accident
Claims Department
Phone: 800-482-7394
Fax: 334-323-0585
Email: Suzannea@palomarins.com

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Wednesday, February 18, 2004 7:06 AM
To: Suzanne Adger
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Good, however I miss read the max. The max for non occ is 7500.00. I do see he has other insurance so that should cover it.

PLAINTIFF'S EXHIBIT 19

Palomar 77

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Tuesday, February 17, 2004 3:30 PM
To: Gambino, Patricia
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Yes I also told him and noted in my file notes that there was a max limit.  Thanks Pat.

Suzanne

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Tuesday, February 17, 2004 1:35 PM
To: Suzanne Adger
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Suzanne, Michele gave to me and I reviewed claim. Claim is non-occ. No disability due. I will pay the medical bills.

Pat

Palomar 78