IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) )   2:05-cv-00783-SRW |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., ET AL., | ) ) ) ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE EXHIBIT 19 AND 7

**COMES NOW** the Plaintiff, by and through his attorney of record, and moves the Court to substitute Exhibit 19 and 7 to his Response to Defendant's Motion for Summary Judgment and in support thereof states as follows:

1. The affidavit of Ollie Godwin contains the incorrect expiration date of the Notary Public. This is due to a clerical error and can be substituted without prejudice to the Defendants.

2. Additionally, Counsel for the Plaintiff has realized that Exhibit 19 is incomplete. The responsive brief on page 14 quotes an e-mail correspondence between the Defendant's agent and Palomar Agent, Suzanne Adger. This e-mail was inadvertently left out of Exhibit 19 which is listed on Plaintiff's exhibit list as "E-Mail Correspondence." This evidence, which supports plaintiff's assertion, can be easily substituted without prejudice to the Defendant because the e-mail was quoted in full in Plaintiff's brief. (Exhibit 19 Attached).

3. The Plaintiff will suffer prejudice if the exhibits are not part of the record as they support disputed material facts.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays this Court Grant his Motion to Substitute Exhibit 19 and 7.

**MOTION GRANTED**

THIS 13th DAY OF November, 20 06

_____
**UNITED STATES MAGISTRATE JUDGE**