IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv783-SRW |
| ) | |
| NATIONAL UNION FIRE ) | |
| INSURANCE COMPANY OF ) | |
| PITTSBURGH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of defendants' response to plaintiff's motion for leave (Doc. # 38), filed November 10, 2006, and for good cause, it is

ORDERED that plaintiff file a reply brief to defendants' response on or before November 22, 2006.

Done, this 14th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE