**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

November 14, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Ollie Godwin v. Palomar Insurance Corporation, et al.**
**Case Number: 2:05-cv-783-SRW**

**Pleading : #32 - Response in Opposition to Motion for Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/27/2006 with an incomplete pdf document attached as Exhibit 19 and Exhibit 7 containing an erroneous date.**

**The corrected pdf documents for Exhibits 7 and 19 are attached to this notice.**