PLAINTIFF'S EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., ET AL.,<br><br>Defendants. | ) | 2:05-cv-00783-SRW |

**AFFIDAVIT OF OLLIE GODWIN**

Before me the undersigned authority, a notary public in and for said State and County, personally appeared Ollie Godwin, who being by me duly sworn, deposes and says the following:

I have personal knowledge of the facts and circumstances pertaining to the above captioned lawsuit and I am over the age of nineteen years.

Part of my job in owning trucks leased exclusively to haul materials for Godwin Materials, Inc. is to make repairs of the vehicle if it breaks down during a work day. On November 22, 2003 I had made three deliveries when one of my trucks blew an exhaust pipe. In order to haul another load and be compliant with DOT regulations the muffler on the truck had to be replaced. My home and shop are about twenty five miles from where we were delivering rock to the Hyundai plant. I met the driver of the broken truck at my home shop and he took my truck to deliver the load. I took his truck and was going to fix the muffler and deliver his load. I took the truck to the shop at my home which was on the way to where we were delivering. While taking off the muffler I fell backward and the muffler landed on my stomach. I was injured as a result.

When an injury occurs while working for Godwin Materials, Inc. the procedure set out for making claims is to notify Cindy Jordon. Ms. Jordon is the person who gets the forms for us to take to the Doctor.

Cindy Jordon filled out the initial claim forms for my injuries. I filled out all the other forms and submitted them to the Doctor and NUFI as soon as reasonably possible.

During the year 2004 I had been working every week as usual. I did not have any pain or problem with my hip. I was getting out of my truck when I misjudged the distance between the step and the ground and fell. I thought I twisted my knee. I continued to work until approximately November 23, 2004.

After seeking medical treatment for the pain in my knee and hip, Dr. Barrington informed me that I had a disease, osteonecrosis, and that I would need a hip replacement. Until that day I did not know that I had a disease and had not suffered any symptoms of disease prior to my fall while stepping out of the truck.

**STATE OF ALABAMA** )

**LOWNDES COUNTY** )

Ollie R Godwin
**Signature of Affiant**

Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, OLLIE GODWIN, being by me and first duly sworn, does depose and says that the statement contained in the foregoing affidavit is true and correct.

**SUBSCRIBED AND SWORN TO** before me this 26 day of Oct 2006.

Notary Public
My Commission Expires: 6-12-~~06~~ 2009 RM

PLAINTIFF'S EXHIBIT 7