*Godwin Material Service, Inc.*
*P.O. Box 12*
*Brantley, Alabama 36009*
*334-527-3540*

March 17, 2004

Marion Parker
Palomar Insurance Corporation
Benefits Department
P.O. Box 11128
Montgomery, Alabama 36111-0128

RE: Patient Name: Ollie Godwin
     Patient Account No: A41000/A3CO000P
     Insured ID No: R040480009
     Claim No: I06142402
     Claim Office: 024
     Examiner Code: PGA
     Loss Date: 11/22/2003

Dear Marion:

This letter is confirming Ollie Godwin was tarping a load in late October of 2003 and Ollie slipped off tarp rack and hit his stomach. Ollie reported this verbally to Cindy Jordan, Godwin Material's Safety Director. Ollie remained in pain, but did not seek medical attention.

On November 22, 2003, Ollie was working on his truck and the muffler fell on Ollie's stomach in the same area as the October accident. Ollie received medical attention. This claim was reported to AIG.

AIG has agreed to pay as a non-occupational claim. This decision was based on their opinion that he was not under dispatch.

However, based on the first fact he was maintaining the truck at the direction of Godwin for DOT purposes. This was required before he could proceed again with a load. The second fact is the November accident was reoccurring from the October accident, where Ollie was clearly under dispatch. Therefore, based on these facts, we feel the claim should be paid as an occupational claim.

I will be glad to confirm these facts in any other manner AIG may deem necessary. Thank you in advance for your reconsideration of this matter.

Sincerely,

Cc: Ollie Godwin, 556 Ottis Faulk Drive, Honoraville, AL 36042

PLAINTIFF'S EXHIBIT 19

Suzanne Adger

From: Gambino, Patricia [Patricia.Gambino@AIG.com]
Sent: Wednesday, March 24, 2004 2:35 PM
To: Suzanne Adger
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Got it, I will review

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Wednesday, March 24, 2004 3:17 PM
To: Patricia.Gambino@AIG.com
Subject: FW: Fax/O Godwin/Godwin/TTD Status

Pat try this.


Suzanne, nothing attached.
Thanks, PAt

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Monday, March 22, 2004 10:38 AM
To: Gambino, Patricia
Cc: Marion Parker
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Pat, I have attached a letter from Godwin, as well as the earnings that were sent in that show he did work on 11-22-03 which is also his date of injury. Marion asked me to send this and ask if you would review for TTD.

Suzanne Adger
Palomar Insurance Corporation
Special Risk Occupational Accident
Claims Department
Phone: 800-482-7394
Fax: 334-323-0585
Email: Suzannea@palomarins.com

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Wednesday, February 18, 2004 7:06 AM
To: Suzanne Adger
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Good, however I miss read the max. The max for non occ is 7500.00. I do see he has other insurance so that should cover it.

PLAINTIFF'S EXHIBIT 19

Palomar 77

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Tuesday, February 17, 2004 3:30 PM
To: Gambino, Patricia
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Yes I also told him and noted in my file notes that there was a max limit. Thanks Pat.

Suzanne

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Tuesday, February 17, 2004 1:35 PM
To: Suzanne Adger
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Suzanne, Michele gave to me and I reviewed claim. Claim is non-occ. No disability due. I will pay the medical bills.

Pat