# BlueCross BlueShield
## of Alabama

June 9, 2006

Arlene Richardson
Attorney-at-Law
P O Box 971
Hayneville Al 36040

Member: Ollie Godwin
Date of Accident: October 27, 2004
BCBS Case Number: 20050550028

Dear Mr. Richardson:

We are updating this file and would appreciate your advising us of the current disposition of this case. Please be advised that in sending this letter we are pursuing a payment function under the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

To the best of our knowledge, we currently have a workers' compensation claim of $8,381.25. This figure is subject to increase in the event that we furnish additional benefits. We reserve the right to amend this figure to reflect such increases.

If you have any questions concerning this request, please call the number below. We appreciate your help in this matter.

Sincerely,

*Takia H. Walker*

Takia H. Walker
Telephone Number: (205) 220-2746
Facsimile Number: (205) 220-9495
Workers' Compensation Department

/thw

cc: Ollie Godwin


PLAINTIFF'S EXHIBIT

P.O. Box 361647  450 Riverchase Parkway East  Hoover, Alabama 35236-1647

An Independent Licensee of the Blue Cross and Blue Shield Association.

# WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
ATTORNEYS AND COUNSELORS
800 SHADES CREEK PARKWAY, SUITE 400
BIRMINGHAM, ALABAMA 35209

TELEPHONE: 205.870.0555
FACSIMILE: 205.871.7534

WWW.WALLACEJORDAN.COM

MICHAEL J. VELEZIS
MV@WALLACEJORDAN.COM
205.874.0379

July 31, 2006

<u>Via Facsimile & U.S. Mail</u>
Arlene M. Richardson, Esq.
Richardson Legal Center, LLC
P.O. Box 971
Hayneville, AL 36040-0971

| RE: | Member | : | Ollie R. Godwin |
|---|---|---|---|
| | Case No. | : | 20050550028 |
| | Date of Accident | : | October 27, 2004 |
| | Our File No. | : | 000118-3391 |

In the District Court - Middle District of Alabama (Montgomery)
*Ollie Godwin v. Palamoar Insurance Corporation, et al.*
Case No. 2:05-cv-00783-SRW

Dear Ms. Richardson:

I represent BlueCross BlueShield of Alabama in the above matter.

It is my understanding that Ollie Godwin has advised BlueCross that the above incident, and the claims that BlueCross has administered stemming therefrom, was work-related. Accordingly, under the work-related injury coverage exclusion, BlueCross has recovered some of the claims administered on behalf of your client.

It is also my understanding that Michelle Crunk has advised BlueCross that this incident may not be a work-related incident. At your convenience, would you please contact me to discuss this matter further. In the meantime, would you please fax me a copy of the complaint you have filed in this matter.

I look forward to hearing from you at your convenience.


PLAINTIFF'S EXHIBIT 2

Arlene M. Richardson, Esq.
July 31, 2006
Page 2

Very truly yours,

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.

By: *[signature]*

Michael J. Velezis

MJV/khh

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.  
P.O. BOX 235003  
MONTGOMERY AL 36123-5003

84328 GODWIN,OLLIE R

IF PAYING BY CREDIT CARD PLEASE SEE REVERSE SIDE

FORWARDING SERVICE REQUESTED

☐ MASTERCARD  ☐ VISA

PAY THIS AMOUNT $ 5354.25    AMOUNT ENCLOSED $

*Left hip*

MAIL PAYMENT TO:

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.  
P.O. BOX 235003  
MONTGOMERY AL 36123-5003

ADDRESSEE:

OLLIE R GODWIN  
656 OTIS FAULK DR  
HONORAVILLE AL 36042-3736

☐ Please check box if above addressee is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT OF ACCOUNT** — PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DOCTOR | PATIENT | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | 4955.75 |
| 07/05/06 | BARRINGTON | OLLIE R | 99212 | OFFIC/OUTPT VISIT E&M EST | 50.00 |
| 07/05/06 | BARRINGTON | OLLIE R | 72170 | RAD EXAM PELVIS; | 75.00 |
| 07/05/06 | BARRINGTON | OLLIE R | 73500 | RAD EXAM HIP; UNILAT 1 | 75.00 |
| 07/05/06 | BARRINGTON | | 4.1 | CK 4097 CHECK PAYMENT | -30.00 |
| 07/05/06 | | | 98 | INS FILED FOR 07/05/06 | 0.00 |
| 07/06/06 | | | | ECS-BCBS | |
| 07/25/06 | TURNER | | 51 | 53 REFUND TO INSURANCE | 515.00 |

FOR ALL BILLING QUESTIONS PLEASE CALL 334-274-9116


PLAINTIFF'S EXHIBIT 3

MAKE CHECKS PAYABLE TO: ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.

PROVIDER/PRACTICE NAME: ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.

FOR BILLING INQUIRIES, CALL (334-274-9116)

* AN ASTERISK APPEARS ON CHARGES FILED FOR INSURANCE

ACCOUNT NUMBER: 84328 GODWIN,OLLIE R

DATE OF LAST PAYMENT: 07/05/06

INSURANCE PENDING: 286.50

PAYMENT DUE DATE: 08/16/06

| STATEMENT DATE | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/06 | 170.00 | 0.00 | 0.00 | 30.00 | 5440.75 | 5354.25 |

TRANSACTIONS AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT STATEMENT

**SECTION IV**             **BENEFITS**

**Continuous Care** means at least monthly monitoring and/or evaluation of the disabling condition by a Physician. The Company must receive proof of continuing Continuous Total Disability on a quarterly basis.

Terms used in this Continuous Total Disability benefit, but which refer to Temporary Total Disability and are defined in the Temporary Total Disability benefit, are to be interpreted as defined in that benefit.

**Accident Medical Expense Benefit**

If an Insured Person suffers an Injury that requires him or her to be treated by a Physician, within the Commencement Period shown in the Schedule, the Company will pay the Usual and Customary Charges incurred for Medically Necessary Covered Accident Medical Services received due to that Injury, up to the Maximum Benefit Amount and Maximum Benefit Period shown in the Schedule per Insured Person for all Injuries caused by a single accident, subject to any applicable Deductible Amount. The Commencement Period starts on the date of the accident that caused such Injury. The Deductible Amount for the Accident Medical Expense Benefit is the Deductible Amount shown in the Schedule, if any, which must be met from Usual and Customary Charges for Medically Necessary Covered Accident Medical Services incurred due to Injuries sustained by the Insured Person in that accident.

As used in this Accident Medical Expense Benefit provision:

**Ambulatory Medical Center** means a licensed public establishment with an organized staff of Physicians and permanent facilities that are equipped and operated primarily for the purpose of providing medical services or performing surgical procedures. Such establishment must provide continuous Physician and registered nursing (RN) services whenever a patient is in the facility. An Ambulatory Medical Center does not include a Hospital, a Physician's office, or a clinic.

**Covered Accident Medical Service(s)** means any of the following services:
1. Hospital semi-private room and board (or room and board in an intensive care unit); Hospital ancillary services (including, but not limited to, use of the operating room or emergency room); or use of an Ambulatory Medical Center;
2. services of a Physician or a registered nurse (RN);
3. ambulance service to or from a Hospital;
4. laboratory tests;
5. radiological procedures;
6. anesthetics and the administration of anesthetics;
7. blood, blood products and artificial blood products, and the transfusion thereof;
8. physical therapy, Occupational therapy, and chiropractic care, up to the Physical Therapy, Occupational Therapy and Chiropractic Care Maximum, if any, shown in the Schedule;
9. rental of Durable Medical Equipment, up to the actual purchase price of such equipment;
10. artificial limbs, artificial eyes or other prosthetic appliances;
11. medicines or drugs administered by a Physician or that can be obtained only with a Physician's written prescription; or
12. repair or replacement of Sound Natural Teeth damaged or lost as a result of Injury, up to the Dental Maximum, if any, shown in the Schedule.

**Custodial Services** means any services which are not intended primarily to treat a specific Injury. Custodial Services include, but shall not be limited to services: (1) related to watching or protecting the Insured Person; (2) related to performing or assisting the Insured Person in performing any activities of daily living, such as: (a) walking; (b) grooming; (c) bathing; (d) dressing; (e) getting in or out of bed; (f) toiletting; (g) eating; (h) preparing foods; or (i) taking medications that can usually be self-administered; and (3) that are not required to be performed by trained or skilled medical or paramedical personnel.