**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 27, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Godwin v. Palomar Insurance Corporation et al

Case Number:   2:05-cv-00783-SRW

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached to correct the service date.**

**The correct main PDF document is attached to this notice for your review.  Reference is made to document # 43  filed on    November 21, 2006.**