IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| *ET AL.*, ) | |
| ) | |
|     DEFENDANTS. ) | |
| ) | |

## DEFENDANT'S WITNESS LIST

Comes now the defendant and identifies the following individuals as potential witnesses at the trial concerning this matter:

1. Ollie Godwin
   c/o Arlene M. Richardson
   RICHARDSON LEGAL CENTER, LLC
   Post Office Box 971
   Hayneville, Alabama 36040-0971
   334-548-5660 – phone

2. Marilyn Godwin
   656 Otis Faulk Drive
   Honoraville, Alabama 36042

3. Stephanie Pine
   c/o John W. Dodson
   FERGUSON, FROST & DODSON, LLP
   2500 Acton Road, Suite 200
   Birmingham, Alabama 35243
   205-879-8722 – phone

4. Priscilla Aiken
   c/o John W. Dodson
   FERGUSON, FROST & DODSON, LLP
   2500 Acton Road, Suite 200
   Birmingham, Alabama  35243
   205-879-8722 – phone

5. Any other current or former employee of National Union Fire Insurance Company of Pittsburgh, PA who has relevant knowledge concerning the matters made the basis of this suit.

6. Sonya Berryman
   c/o LLOYD, GRAY & WHITEHEAD, PC
   2501 20th Place South, Suite 300
   Birmingham, Alabama  35223
   205-967-8822 – phone

7. Any other current or former employee of Palomar Insurance Corporation who has relevant knowledge concerning the matters made the basis of this suit.

8. Cindy Jordan
   c/o John W. Dodson
   FERGUSON, FROST & DODSON, LLP
   2500 Acton Road, Suite 200
   Birmingham, Alabama  35243
   205-879-8722 – phone

9. Jerry Godwin
   c/o John W. Dodson
   FERGUSON, FROST & DODSON, LLP
   2500 Acton Road, Suite 200
   Birmingham, Alabama  35243
   205-879-8722 – phone

10. Any current or former employee of Godwin Material Service, Inc. who has relevant knowledge concerning the matters made the basis of this suit.

11. Dr. Daniel W. Michael
    c/o Orthopedic Surgeons, P.C.
    2151 Highland Avenue South, Suite 300
    Birmingham, Alabama  35205
    205-939-1600 – phone

12. Takia Walker
    c/o Blue Cross Blue Shield of Alabama
    450 Riverchase Parkway East
    Hoover, Alabama  35236
    205-220-2746 – phone

13. Carmen Perkins
    c/o Blue Cross Blue Shield of Alabama
    450 Riverchase Parkway East
    Hoover, Alabama  35236
    205-220-7214 – phone

14. Any witness from Blue Cross Blue Shield of Alabama knowledgeable regarding plaintiff's health insurance policy through Godwin Material Service, Inc. and claims made thereunder.

15. Any witness deposed after the date of this Witness List.

16. Any rebuttal witness made necessary by the testimony of parties or witnesses called by either party.

17. Any witness identified by plaintiff.

18. The defendant reserves the right to supplement this Witness List.

Respectfully submitted,

/s/ Michelle L. Crunk_____
John W. Dodson            (DOD012)
Michelle L .Crunk         (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama 35243-0189
205-879-8722 - phone
205-879-8831 - fax

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 12th day of December, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama  36040-0971

                                            /s/ Michelle L. Crunk
                                            OF COUNSEL

140539