IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:05-cv-00783-SRW |
| ) | From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE ) | Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., et al., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the attorney for the Plaintiffs, Ollie Godwin, Arlene M. Richardson, and submits her Motion to Continue, and in support thereof, would show this Honorable Court as follows:

1. That a pretrial conference, in the instant case, is currently scheduled for November 26, 2007.

2. That Arlene M. Richardson has a conflict with the November 26, 2007 date in that she has a Court-Ordered Mediation set for November 26, 2007 in the case of Bottemiller v. Capital Const. Co., et al. Case Number CV-06-1313.

3. That the aforementioned mediation was previously ordered by the Montgomery County Circuit Court.

4. That the Defendants have filed a Motion To Continue the trial of the instant case, to which I am not opposed.

5. That a continuation will not prejudice any party to this action, nor disserve judicial economy.

WHEREFORE PREMISES CONSIDERED, the attorney for the Plaintiff prays that this Honorable Court GRANT her Motion For Continuance and RE-SET this cause for a new date and time.

Respectfully Submitted this 13th day of November 2007.

s/Arlene M. Richardson<br>
Bar Number ASB 9452-I60A<br>
Attorney for the Plaintiff<br>
**Richardson Legal Center, L.L.C.**<br>
P.O. Box 6<br>
Highland Home, AL 36041<br>
Telephone: (334) 537-9011<br>
Fax: (561) 228-1085<br>
E-mail: arlawyer@mon-cre.net

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk    mlc@ffdlaw.com
John W. Dodson       jwd@ffdlaw.com, amj@ffdlaw.com
L. Jackson Young, Jr.

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants: None

s/Arlene M. Richardson<br>
Bar Number ASB 9452-I60A<br>
Attorney for the Plaintiff<br>
**Richardson Legal Center, L.L.C.**<br>
P.O. Box 6<br>
Highland Home, AL 36041<br>
Telephone: (334) 537-9011<br>
Fax: (561) 228-1085<br>
E-mail: arlawyer@mon-cre.net

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been delivered to:

Michelle L. Crunk. Esq.
L. Jackson Young, Jr.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
P.O. Box 430189
Birmingham, AL 35243-0189

by placing the same in the United States Mail, postage prepaid and properly addressed on this the 13 day of Nov , 2007.

Arlene M. Richardson