**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 27, 2007

# NOTICE OF DOCKETING ERROR

To:   ALL COUNSEL OF RECORD

Case Style:   Ollie Godwin v. Palomar Insurance Corporation, et al.

Case Number:   2:05-cv-783-SRW

Docket Entry Number:   47 - Motion to Continue the Pretrial Conference

**The above referenced Motion was filed in the wrong case on 11/13/2007. This Motion is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**